**THIERMAN BUCK LLP**
MARK R. THIERMAN, ESQ., Nev. Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ., Nev. Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ., Nev. Bar No. 13161
leah@thiermanbuck.com
JOSHUA H. HENDRICKSON, Nev. Bar No. 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice forthcoming*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice forthcoming*)
NATASHA VITERI, ESQ. (*Pro Hac Vice forthcoming*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice forthcoming*)
david@towardsjustice.org
natasha@towardsjustice.org
alex@towardsjustice.org
2840 Fairfax Street, Suite 220
Denver, CO 80207
*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION,<br><br>Defendant. | Case No.: 3:22-cv-00249-MMD-CLB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATIONS**<br><br>*First Request* |

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Plaintiff CIRILO UCHARIMA ALVARADO on behalf of himself and all others similarly situated, by and through his counsel of record, hereby request a thirty (30) day extension of the time for Plaintiff's Counsel to file their *pro hac vice* applications with the Court.

This request is submitted in compliance with LR IA 6-1. This is Plaintiff's first request for an extension of time.

Plaintiff filed his Complaint on June 1, 2022. (ECF No. 1). The deadline for Counsel to submit their completed *pro hac vice* applications is June 15, 2022. (ECF Nos. 2, 3, 4, and 5.)

Plaintiff's Counsel are requesting this extension due to a delay in receiving Certificates of Good Standing from each of the courts in which the attorneys are admitted, which have been requested. Therefore, good cause exists for the requested extension. The requested extension

/ / /

/ / /

/ / /

furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

Accordingly, Plaintiff requests an extension of up to and including July 15, 2022.

DATED: June 13, 2022

Respectfully submitted,

THIERMAN BUCK, LLP

By: */s/ Leah L. Jones*
LEAH L. JONES, ESQ., Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511

FAIRMARK PARTNERS, LLP
JAMIE CROOKS, ESQ.,
(*Pro Hac Vice forthcoming*)
1825 7th St NW, #821
Washington, DC 20001

TOWARDS JUSTICE
DAVID H. SELIGMAN, ESQ.
(*Pro Hac Vice forthcoming*)
NATASHA VITERI, ESQ.
(*Pro Hac Vice forthcoming*)
ALEXANDER HOOD, ESQ.
(*Pro Hac Vice forthcoming*)
2840 Fairfax Street, Suite 220
Denver, CO 80207

***Attorneys for Plaintiff and the Putative Class***

## ORDER

**IT IS SO ORDERED.**

Dated this  15  day of   June  , 2022.

_____
U.S. District/Magistrate Judge