Ellen Jean Winograd, Esq.
State Bar No. 815
Kelsey E. Gunderson, Esq.
State Bar No. 15238
Jose A. Tafoya, Esq.
State Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511-1149
Tel: (775) 688-3000 | Fax: (775) 688-3088
ewinograd@woodburnandwedge.com
Attorneys for Defendant WESTERN RANGE ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>WESTERN RANGE ASSOCIATION,<br><br>Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Defendant, WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel, Woodburn and Wedge, requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201(b)(2) of the content of the following documents filed in the United States District Court, District of Colorado in *Llacua et al. v. Western Range Association et al.*, Case No. 1:15-cv-01889-REB-CBS. The filed documents are attached hereto as Exhibits 1, 2, 3, 4, and 5. As to Exhibit 1, filed by attorney Alexander Hood, judicial notice of the filing of said complaint is requested, not the truth of the allegations contained therein.

These documents' accuracy can readily be ascertained pursuant to FRE 201(b)(2) because they are public records documents filed with the Colorado Federal District Court and authored in large part by Magistrate Judge Craig B. Shaffer and District Judge Robert E. Blackburn.

1. *Llacua et al. v. Western Range Association et al.*, Second Amended Complaint (ECF 73), a copy of which is attached hereto as **Exhibit 1**.

2. *Llacua et al. v. Western Range Association et al.*, Magistrate Judge Shaffer's Recommendation on Defendants' Motions to Dismiss the Second Amended Complaint (ECF 125), a copy of which is attached hereto as **Exhibit 2**.

3. *Llacua et al. v. Western Range Association et al.*, District Judge Blackburn's Order Overruling Objections to Recommendation of the United States Magistrate Judge (ECF 142), a copy of which is attached hereto as **Exhibit 3**.

4. *Llacua et al. v. Western Range Association et al.*, District Judge Blackburn's Order Re: Objections to Recommendation of United States Magistrate Judge (ECF 173), a copy of which is attached hereto as **Exhibit 4**.

5. *Llacua et al. v. Western Range Association et al.*, Final Judgment (ECF 174), a copy of which is attached hereto as **Exhibit 5**.

The undersigned hereby affirms pursuant to NRS 239B.030 that the preceding document does not contain the personal information of any individual.

DATED this __16__ day of August, 2022.

WOODBURN AND WEDGE

By: _/s/ Ellen Jean Winograd_
ELLEN JEAN WINOGRAD [NSB 815]
KELSEY E. GUNDERSON [NSB 15238]
JOSE TAFOYA [NSB 16011]
Attorneys for Defendant
WESTERN RANGE ASSOCIATION

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: (775) 688-3000