ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       vs.<br><br>WESTERN RANGE ASSOCIATION,<br><br>                              Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL<br>KELSEY E. GUNDERSON, ESQ.** |

PLEASE TAKE NOTICE that KELSEY E. GUNDERSON, ESQ. is no longer associated with the Law Firm of WOODBURN and WEDGE, Counsel for Defendant, WESTERN RANGE ASSOCIATION. Kelsey E. Gunderson, Esq., withdraws as Counsel of Record for Defendant WESTERN RANGE ASSOCIATION.

All future pleadings, correspondence and papers should continue to be directed to remaining counsel, for Defendant WESTERN RANGE ASSOCIATION, ELLEN JEAN WINOGRAD, ESQ., and JOSE TAFOYA,

///

///

///

///

1

ESQ., at WOODBURN AND WEDGE, 6100 Neil Road, Ste. 500, Reno, NV 89511.

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 21st day of September, 2022.

s// Kelsey E. Gunderson, Esq.
KELSEY E. GUNDERSON, ESQ.

Acknowledged and agreed.

DATED this 21 day of September, 2022.

Respectfully submitted.

WOODBURN and WEDGE

By: _____
Ellen Jean Winograd, Esq.
Jose Tafoya, Esq.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

TOWARDS JUSTICE
Alex Hood, Esq.
David Seligman, Esq.
Natasha Viteri, Esq.
2480 Fairfax Street, Ste. 220
Denver, CO 80207

THIERMAN BUCK LLP
Mark Thierman, Esq.
Joshua Buck, Esq.
Leah Jones, Esq.
Joshua Hendrickson, Esq.
7287 Lakeside Drive
Reno, Nv 89511

FAIRMARK PARTNERS, LLP
Jamie Crooks, Esq.
1825 7th Street NW, #821
Washington, DC 20001

By: _____
Employee of Woodburn and Wedge

3