| | |
|---|---|
| **THIERMAN BUCK LLP**<br>MARK R. THIERMAN, Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>JOSHUA D. BUCK, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>LEAH L. JONES, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>JOSHUA H. HENDRICKSON, Nev. Bar No. 12225<br>joshh@thiermanbuck.com<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027<br><br>**FAIRMARK PARTNERS, LLP**<br>JAMIE CROOKS, ESQ. (*Pro Hac Vice*)<br>jamie@fairmarklaw.com<br>1825 7th St NW, #821<br>Washington, DC 20001<br><br>**TOWARDS JUSTICE**<br>DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)<br>NATASHA VITERI, ESQ. (*Pro Hac Vice*)<br>ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)<br>alex@towardsjustice.org<br>1535 High Street, Ste. 300<br>Denver, CO 80218<br><br>*Attorneys for Plaintiff and the Putative Class* | **WOODBURN AND WEDGE**<br>ELLEN JEAN WINOGRAD, Nev. Bar No. 815<br>KELSEY E. GUNDERSON, Nev. Bar No. 15238<br>JOSE TAFOYA, Nev. Bar No. 16011<br>6100 Neil Road, Ste. 500<br>Reno, NV 89511<br>ewinograd@woodburnandwedge.com<br>Telephone: (775) 688-3000<br>Facsimile: (775) 688-3088<br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>V.<br><br>WESTERN RANGE ASSOCIATION;<br><br>Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**STIPULATION TO FILE RESPONSE TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE (ECF NO. 23) IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

Pursuant to Local Rule ("LR") 7-3(c), Plaintiff CIRILO UCHARIMA ALVARADO

1

("Plaintiff"), by and through his counsel of record, JAMIE CROOKS of FAIRMARK PARTNERS, LLP, and Defendant WESTERN RANGE ASSOCIATION ("Defendant"), by and through its counsel of record, ELLEN JEAN WINOGRAD of WOODBURN AND WEDGE, respectfully submit this stipulation and [PROPOSED] Order permitting the parties to file a response to and a reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion to Transfer Venue (ECF No. 23) in excess of page limits imposed by Local Rule 7-3(b).  The parties have met and conferred, reached an agreement, and have jointly agreed to permit fifteen (15) additional pages for Alvarado's response brief and fifteen (15) additional pages for WRA's reply thereto.

The Parties have good cause to seek to exceed the Local Rule 7-3(b) page limits, because the motion that WRA filed, ECF 23, was detailed and contained two separate motions (Rule 12(b)(6) dismissal and 28 U.S.C. § 1404 venue transfer) as well as a res judicata argument, a failure to join indispensable parties argument, and various immunity arguments.  The issues to be addressed are, in Alvarado's view, substantial and more than 24 pages is required to adequately brief them.  Had WRA opted to file its Motions to Dismiss and to Transfer Venue separately, Alvarado would have been entitled to 48 pages to address all of WRA's present arguments—Alvarado's counsel believe they can do so more efficiently in 39 pages.  For fairness reasons, the Parties agree that WRA should be entitled to an additional 15 pages for their reply.  For all of these reasons, good cause exists to grant an extension of the LR 7-3(b) page limits.

Dated: September 22, 2022

| FAIRMARK PARTNERS, LLP | WOODBURN AND WEDGE |
|---|---|
| /s/ *Jamie Crooks*<br>JAMIE CROOKS, ESQ. (Admitted *Pro Hac Vice*)<br>1825 7th St NW, #821<br>Washington, DC 20001<br><br>Counsel for Plaintiff and the Putative Class | /s/ *Ellen Winograd*<br>ELLEN WINOGRAD<br>6100 Neil Road, Ste. 500<br>Reno, NV 89511<br><br>Counsel for Defendant |

**ORDER GRANTING STIPULATION TO FILE RESPONSE TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE (ECF NO. 23) IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3**

IT IS SO ORDERED

Dated: September 22, 2022

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Jamie Crooks, declare:

I am the Managing Partner of the law offices of Fairmark Partners, LLP.  My business address is 1825 7th St NW, #821, Washington, DC 20001.  I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing document by causing it to be served via electronic service through the Court's CM/ECF electronic filing system, addressed as follows:

ELLEN WINOGRAD
6100 Neil Road, Ste. 500
Reno, NV 89511

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 22, 2022.

/s/Jamie Crooks

FAIRMARK PARTNERS, LLP

Counsel for Plaintiff Alvarado and the Putative Class