**THIERMAN BUCK LLP**
MARK R. THIERMAN, ESQ., Nev. Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ., Nev. Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ., Nev. Bar No. 13161
leah@thiermanbuck.com
JOSHUA H. HENDRICKSON, Nev. Bar No. 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (Admitted *Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (Admitted *Pro Hac Vice*)
NATASHA VITERI, ESQ. (Admitted *Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (Admitted *Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

*Attorneys for Plaintiff and the Putative Class*

**WOODBURN AND WEDGE**
ELLEN JEAN WINOGRAD, ESQ.
Nev. Bar No. 815
JOSE TAFOYA, ESQ.
Nev. Bar No. 16011
6100 Neil Road, Ste. 500
Reno, NV 89511
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com
(775) 688-3000
(775) 688-3088- Fax
Attorneys for Defendant
WESTERN RANGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION;<br><br>Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY AND VACATE CASE MANAGEMENT CONFERENCES PENDING RESOLUTION OF RULE 12 MOTIONS** |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, JAMIE CROOKS of FAIRMARK PARTNERS, LLP, and Defendant WESTERN RANGE ASSOCIATION ("Defendant"), by and through its counsel of record, ELLEN JEAN WINOGRAD of WOODBURN AND WEDGE, hereby

stipulate, and request this Court, to stay discovery in this matter until the resolution of Defendant's Rule 12 Motion and Motion for Change of Venue (ECF # 23). As further grounds for this stipulation and request the parties jointly state as follows:

1. Plaintiff filed suit against Western Range Association (ECF # 1) and it was served on July 26, 2022. (ECF # 22)

2. Defendant Western Range moved to Dismiss Plaintiff's Complaint or in the Alternative for Change of Venue. (ECF # 23)

3. Pursuant to a Stipulation of the parties, this Court Ordered a non-standard briefing schedule on Defendant Western Range's Motion to Dismiss or in the Alternative to Change Venue. (ECF # 26)

4. Plaintiff's deadline to file an opposition to Defendant's motion to dismiss or change venue is due October 14, 2022. (*Id.*)

5. Defendant's deadline to file a reply for this motion is due November 14, 2022. (*Id.*)

6. Pursuant to Magistrate Judge Carla Baldwin's 2022 Standing Order § V (A) and *Tradebay, LLC., v. eBay, Inc.,* 278 F.R.D. 597 (D. Nev. Dec. 13, 2011), and the Parties stipulate to move for a stay of Discovery as follows:

7. The Parties believe that a stay of discovery pending determination of Defendant's motion is in the interests of judicial economy and avoiding unnecessary expense before important legal issues are addressed. FRCP 1. The Court's decision on Defendant's FRCP (12)(b) dispositive motion(s) may narrow, eliminate, or transfer the issues to another Court. In the interest of judicial economy, Defendant believes it would be proper to make such disclosures once Defendant's pending motions have been decided and the parties know the precise scope of legal issues and in which forum this case will be litigated.

8. The parties respectfully submit that deferring discovery until these legal and venue issues are resolved, will maximize efficiency and serve the interests of justice and judicial economy, particularly to the extent that venue is at issue and Utah Local District Court Rules differ from those in Nevada. FRCP 1.

9. This Stipulation is made in good faith and not for purposes of delay.

10. Nothing in this Stipulation, nor the fact of entering into same, shall be construed as waiving any claim or defense held by any party.

11. For all of these reasons, the parties stipulate and request the Court to stay discovery pending a ruling on Defendant's Dispositive and Venue Change Motion(s). Further, if a stay is granted, the parties agree to vacate all case management conferences until the Defendant's pending Motion(s) are resolved and this Court issues new Case Management deadlines.

Dated: October 12, 2022

| | |
|---|---|
| **FAIRMARK PARTNERS, LLP** | **WOODBURN AND WEDGE** |
| /s/ Jamie Crooks, Esq. | /s/ Ellen Jean Winograd, Esq. |
| JAMIE CROOKS, ESQ. (Admitted *Pro Hac Vice*) | ELLEN JEAN WINOGRAD, ESQ. |
| 1825 7th St NW, #821 | 6100 Neil Road, Ste. 500 |
| Washington, DC 20001 | Reno, NV 89511 |
| Counsel for Plaintiff and the Putative Class | Counsel for Defendant |

## ORDER

**IT IS SO ORDERED**

Dated: October 13, 2022

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE