# EXHIBIT 2

MJ CIV PP,NDISPO,TERMED

## U.S. District Court – District of Colorado
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:15–cv–01889–REB–STV

Llacua et al v. Richins
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Scott T. Varholak
Case in other court:  USCA, 17–01113
Cause: 15:1 Antitrust Litigation

Date Filed: 09/01/2015
Date Terminated: 05/21/2021
Jury Demand: Both
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Rodolfo Llacua**
*and those similarly situated*

represented by **Andrew Arthur Schmidt**
Towards Justice–Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237–5680
207–619–0320
Fax: 303–957–2289
Email: andy@towardsjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hollis Seligman**
Towards Justice–Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237–5680
(720) 248–8426
Fax: (303) 957–2289
Email: david@towardsjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Elizabeth DiSalvo**
Towards Justice–Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237–5680
970–403–5694
Email: nina@towardsjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dermot William Lynch**
United States Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
202–591–6015
Email: dermot.lynch.legal@gmail.com
*TERMINATED: 10/18/2016*

**Alexander Neville Hood**
Towards Justice–Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237–5680
720–239–2606
Fax: 303–957–2289
Email: alex@towardsjustice.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esliper Huaman**
*and those similarly situated*

represented by **Andrew Arthur Schmidt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hollis Seligman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Elizabeth DiSalvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dermot William Lynch**
(See above for address)
*TERMINATED: 10/18/2016*

**Alexander Neville Hood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leovegildo Vilchez Guerra**
*and those similarly situated*

represented by **Alexander Neville Hood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Arthur Schmidt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hollis Seligman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Elizabeth DiSalvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dermot William Lynch**
(See above for address)
*TERMINATED: 10/18/2016*

**Plaintiff**

**Liber Vilchez Guerra**
*and those similarly situated*

represented by **Alexander Neville Hood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Arthur Schmidt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hollis Seligman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Elizabeth DiSalvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dermot William Lynch**
(See above for address)
*TERMINATED: 10/18/2016*

**Plaintiff**

**Rafael De La Cruz**
*and those similarly situated*

represented by **Alexander Neville Hood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Arthur Schmidt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Hollis Seligman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Elizabeth DiSalvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dermot William Lynch**
(See above for address)
*TERMINATED: 10/18/2016*

V.

**Defendant**

**Western Range Association**
*TERMINATED: 10/01/2019*

represented by **Amber J. Munck**
Greenberg Traurig LLP
1144 15th Street
Suite 3300
Denver, CO 80202
303–271–8927
Email: amunck@jeffco.us
*ATTORNEY TO BE NOTICED*

**Ellen Jean Winograd**
Woodburn & Wedge
6100 Neil Road
Suite 500
Reno, NV 89511
775–688–3000
Fax: 775–688–3088
Email: ewinograd@woodburnandwedge.com
*TERMINATED: 10/30/2015*

**L. Anthony George**
Bryan Cave LLP–Denver
1700 Lincoln Street
Suite 4100

Denver, CO 80203–4541
303–861–7000
Fax: 303–866–0200
Email: anthony.george@bryancave.com
*TERMINATED: 10/30/2015*

**Naomi G. Beer**
Greenberg Traurig LLP
1144 15th Street
Suite 3300
Denver, CO 80202
303–572–6500
Fax: 572–6540
Email: beern@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mountain Plains Agricultural Service**
*TERMINATED: 10/01/2019*

represented by **Elizabeth K. Dorminey**
Wimberly Lawson Steckel Schneider &
Stine, P.C.
3400 Peachtree Road Northeast
Lenox Towers
Suite 400
Atlanta, GA 30326
404–365–0900
Fax: 404–261–3707
Email: ekd@wimlaw.com
*ATTORNEY TO BE NOTICED*

**J. Larry Stine**
Wimberly Lawson Steckel Schneider &
Stine PC
3400 Peachtree Road Northeast
Lenox Towers
Suite 400
Atlanta, GA 30326
404–365–0900
Fax: 404–261–3707
Email: jls@wimlaw.com
*ATTORNEY TO BE NOTICED*

**Raymond Perez , II**
Wimberly Lawson Steckel Schneider &
Stine PC
3400 Peachtree Road Northeast
Lenox Towers
Suite 400
Atlanta, GA 30326
404–365–0900
Fax: 404–261–3707
Email: rp@wimlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Auza Sheep Corporation**
*TERMINATED: 10/01/2019*

represented by **J. Roderick Betts**
Paul Plevin Sullivan & Connaughton LLP
101 West Broadway
Suite 900
San Diego, CA 92101
619–237–5200
Fax: 619–615–0700
Email: rbetts@paulplevin.com
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth La Val**
Paul Plevin Sullivan & Connaughton LLP
101 West Broadway
Suite 900
San Diego, CA 92101
619–237–5200
Fax: 619–615–0700
Email: lrosner@paulplevin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nottingham Land and Livestock, LLLP**
*TERMINATED: 10/01/2019*

represented by **Justin David Cumming**
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202
303–623–9000
Email: jcumming@lewisroca.com
*ATTORNEY TO BE NOTICED*

**Kenneth F. Rossman , IV**
Lewis Roca Rothgerber Christie LLP–Denver
1200 17th Street
One Tabor Center
Suite 3000
Denver, CO 80202
303–628–9584
Fax: 303–623–9222
Email: krossman@lrrc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Two Bar Sheep Corporation, LLC**
*TERMINATED: 10/01/2019*

represented by **Justin David Cumming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth F. Rossman , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ball Brothers Sheep Company**
*TERMINATED: 03/31/2016*

represented by **Billie Jean Siddoway**
Siddoway Law Office
P.O. Box 704
Driggs, ID 83422
208–354–0440
Fax: 208–354–0441
Email: bsiddoway@deisslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Estill Ranches, LLC**
*TERMINATED: 03/31/2016*

represented by **Billie Jean Siddoway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cunningham Sheep Company**
*TERMINATED: 10/01/2019*

represented by **Bradford J. Axel**
Stokes & Lawrence, P.S.
1420 Fifth Avenue
Suite 3000
Seattle, WA 98101

206–626–6000
Fax: 206–464–1496
Email: bradford.axel@stokeslaw.com
*ATTORNEY TO BE NOTICED*

**Brendan Victor Monahan**
Stokes Lawrence Velikanje Moore & Shore
120 North Naches Avenue
Yakima, WA 98901
509–853–3000
Fax: 509–895–0060
Email: monahan@stokeslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dennis Richins** *doing business as* Dennis Richins Livestock | represented by | **Andrew G. Deiss** Deiss Law PC 10 West 100 South Suite 425 Salt Lake City, UT 84101 801–433–0226 Email: adeiss@deisslaw.com *TERMINATED: 03/12/2020* |

**Billie Jean Siddoway**
(See above for address)
*TERMINATED: 03/12/2020*

**Desmonne A. Bennett**
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303–607–3500
Email: desmonne.bennett@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Erik Karl Schuessler**
Burns Figa & Will PC
6400 South Fiddlers Green Circle
Plaza Tower One
Suite 1000
Greenwood Village, CO 80111
303–796–2626
Fax: 303–796–2777
Email: eschuessler@bfwlaw.com
*TERMINATED: 10/22/2020*

**Kole Wayne Kelley**
Burns Figa & Will PC
6400 South Fiddlers Green Circle
Plaza Tower One
Suite 1000
Greenwood Village, CO 80111
303–796–2626
Email: kkelley@bfwlaw.com
*TERMINATED: 10/22/2020*

**Michael James Hofmann**
Bryan Cave Leighton Paisner LLP–Denver
1700 Lincoln Street
Suite 4100
Denver, CO 80203–4541
303–861–7000

Fax: 303–866–0200
Email: michael.hofmann@bclplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Child Ranch, LLC**
*TERMINATED: 03/31/2016*

represented by **Billie Jean Siddoway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Dennis Richins**
*TERMINATED: 08/24/2020*

represented by **Andrew G. Deiss**
(See above for address)
*TERMINATED: 03/12/2020*

**Billie Jean Siddoway**
(See above for address)
*TERMINATED: 03/12/2020*

**Desmonne A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erik Karl Schuessler**
(See above for address)
*TERMINATED: 10/22/2020*

**Kole Wayne Kelley**
(See above for address)
*TERMINATED: 10/22/2020*

**Michael James Hofmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Western Range Association**
*TERMINATED: 08/24/2020*

represented by **Amber J. Munck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naomi G. Beer**
Greenberg Traurig LLP–Denver
1144 15th Street
Suite 3300
Denver, CO 80202
303–572–6500
Fax: 572–6540
Email: beern@gtlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2015 | 1 | COMPLAINT against All Defendants (Filing fee $ 400,Receipt Number 1082–4579675)Attorney Alexander Neville Hood added to party ESLIPER HUAMAN(pty:pla), Attorney Alexander Neville Hood added to party RODOLFO LLACUA(pty:pla), filed by ESLIPER HUAMAN, RODOLFO LLACUA.(Hood, Alexander) (Entered: 09/01/2015) |
| 09/01/2015 | 2 | Case assigned to Magistrate Judge Craig B. Shaffer. Text Only Entry. (jgonz, ) (Entered: 09/01/2015) |

| | | |
|---|---|---|
| 09/01/2015 | 3 | Magistrate Judge Consent Form issued pursuant to Magistrate Judge Pilot Project to Assign Civil Cases to Full Time Magistrate Judges. (jgonz, ) (Entered: 09/01/2015) |
| 09/01/2015 | 4 | SUMMONS REQUEST as to WESTERN RANGE ASSOCIATION; MOUNTAIN PLAINS AGRICULTURAL SERVICE; MARTIN AUZA SHEEP CORPORATION; NOTTINGHAM LAND AND LIVESTOCK, LLLP; TWO BAR SHEEP CORPORATION, LLC; BALL BROTHERS SHEEP COMPANY; ESTILL RANCHES, LLC; CUNNINGHAM SHEEP COMPANY; DENNIS RICHINS DBA DENNIS RICHINS LIVESTOCK; AND CHILD RANCH, LLC by Plaintiffs Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 09/01/2015) |
| 09/02/2015 | 5 | SUMMONS issued by Clerk. Magistrate Judge Consent Form issued pursuant to Magistrate Judge Pilot Project to Assign Civil Cases to Full Time Magistrate Judges (Attachments: # 1 Magistrate Judge Consent Form) (nmarb, ) (Entered: 09/02/2015) |
| 09/04/2015 | 6 | MINUTE ORDER setting a Scheduling Conference for 11/13/2015 at 11:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. ORDERED that parties shall adhere to the deadlines and instructions as set forth in Preparation for Rule 16(b) Scheduling Conference, located on the court's website under "Judicial Officers." FURTHER ORDERED that on or before NOVEMBER 6, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 3 ) indicating either unanimous consent of the parties or that consent has been declined. Text Only Entry by Magistrate Judge Craig B. Shaffer on 9/4/15. (cbssec) (Entered: 09/04/2015) |
| 09/29/2015 | 7 | NOTICE of Entry of Appearance by James Larry Stine on behalf of Mountain Plains Agricultural ServiceAttorney James Larry Stine added to party Mountain Plains Agricultural Service(pty:dft) (Stine, James) (Entered: 09/29/2015) |
| 09/29/2015 | 8 | NOTICE of Entry of Appearance by Elizabeth K. Dorminey on behalf of Mountain Plains Agricultural ServiceAttorney Elizabeth K. Dorminey added to party Mountain Plains Agricultural Service(pty:dft) (Dorminey, Elizabeth) (Entered: 09/29/2015) |
| 09/29/2015 | 9 | NOTICE of Entry of Appearance by Raymond Perez, II on behalf of Mountain Plains Agricultural ServiceAttorney Raymond Perez, II added to party Mountain Plains Agricultural Service(pty:dft) (Perez, Raymond) (Entered: 09/29/2015) |
| 10/07/2015 | 10 | MOTION to Dismiss by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 10/07/2015) |
| 10/07/2015 | 11 | BRIEF in Support of 10 MOTION to Dismiss filed by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 10/07/2015) |
| 10/09/2015 | 12 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs Esliper Huaman, Rodolfo Llacua Consent not achieved by parties.. (Hood, Alexander) (Entered: 10/09/2015) |
| 10/13/2015 | 13 | NOTICE of Entry of Appearance by Ellen Jean Winograd on behalf of Western Range AssociationAttorney Ellen Jean Winograd added to party Western Range Association(pty:dft) (Winograd, Ellen) (Entered: 10/13/2015) |
| 10/13/2015 | 14 | CASE REASSIGNED pursuant to 12 Consent to Jurisdiction of Magistrate Judge. Consent not achieved. This case is reassigned to Judge Wiley Y. Daniel. All future pleadings should be designated as 15–cv–01889–WYD. (Text Only Entry) (nmarb, ) (Entered: 10/14/2015) |
| 10/14/2015 | 15 | NOTICE of Entry of Appearance by L. Anthony George on behalf of Western Range AssociationAttorney L. Anthony George added to party Western Range Association(pty:dft) (George, L.) (Entered: 10/14/2015) |
| 10/15/2015 | 16 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Western Range Association. Western Range Association answer due 10/15/2015. (Winograd, Ellen) (Entered: 10/15/2015) |
| 10/15/2015 | 17 | MEMORANDUM RETURNING CASE by Senior Judge Wiley Y. Daniel. (rkeec) (Entered: 10/15/2015) |
| 10/15/2015 | 18 | CASE REASSIGNED pursuant to 17 Memorandum Returning Case. This case is reassigned to Judge Robert E. Blackburn. All future pleadings should be designated as 15–cv–01889–REB–CBS. (Text Only Entry) (rkeec) (Entered: 10/15/2015) |

| | | |
|---|---|---|
| 10/16/2015 | 19 | ORDER REFERRING CASE to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/16/15. IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:(1) To convene a scheduling conference under Fed. R. Civ. P. 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling order and resolve discovery matters; provided, further that the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburns practice standards found at www.cod.uscourts.gov.;(2) To hear and finally determine non−dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and(3) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A). Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Text Only Entry (rebsec) (Entered: 10/16/2015) |
| 10/16/2015 | 20 | MEMORANDUM regarding 10 MOTION to Dismiss filed by Mountain Plains Agricultural Service. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/16/15. Text Only Entry (rebsec) (Entered: 10/16/2015) |
| 10/22/2015 | 21 | MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(George, L.) (Entered: 10/22/2015) |
| 10/23/2015 | 22 | MEMORANDUM regarding 21 MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, filed by Western Range Association. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/23/15. Text Only Entry (rebsec) (Entered: 10/23/2015) |
| 10/23/2015 | 23 | MOTION to Stay *This Matter Pending Resolution of Parties' Motions to Dismiss or in the Alternative Motion to Extend Rule 26(f) Conference* by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 10/23/2015) |
| 10/26/2015 | 24 | MEMORANDUM regarding 23 MOTION to Stay *This Matter Pending Resolution of Parties' Motions to Dismiss or in the Alternative Motion to Extend Rule 26(f) Conference* filed by Mountain Plains Agricultural Service. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/26/15. Text Only Entry (rebsec) (Entered: 10/26/2015) |
| 10/26/2015 | 25 | ORDER granting Western Range Association's 21 Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's 1 Complaint. ORDERED that the deadline is extended to on or before 11/5/15. FURTHER ORDERED that the 11/13/15 Scheduling Conference is converted into a Status Conference at 11:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Out−of−state counsel may participate by telephone and, after creating a conference call joining all participants, shall dial 303.844.2117 at the scheduled time. At this time parties need not submit a proposed scheduling order, nor comply with Rules 26(f) and 26(a). Text Only Entry by Magistrate Judge Craig B. Shaffer on 10/26/15. (cbssec) (Entered: 10/26/2015) |
| 10/26/2015 | 26 | NOTICE of Entry of Appearance *for Dennis Richins* by Billie Jean Siddoway on behalf of Dennis RichinsAttorney Billie Jean Siddoway added to party Dennis Richins(pty:dft) (Siddoway, Billie) (Entered: 10/26/2015) |
| 10/26/2015 | 27 | MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Dennis Richins. (Attachments: # 1 Proposed Order (PDF Only))(Siddoway, Billie) (Entered: 10/26/2015) |
| 10/26/2015 | 28 | NOTICE of Entry of Appearance by Justin David Cumming on behalf of Nottingham Land and Livestock, LLLPAttorney Justin David Cumming added to party Nottingham Land and Livestock, LLLP(pty:dft) (Cumming, Justin) (Entered: 10/26/2015) |
| 10/26/2015 | 29 | NOTICE of Entry of Appearance by Kenneth F. Rossman, IV on behalf of Nottingham Land and Livestock, LLLPAttorney Kenneth F. Rossman, IV added to party Nottingham Land and Livestock, LLLP(pty:dft) (Rossman, Kenneth) (Entered: 10/26/2015) |

| | | |
|---|---|---|
| 10/27/2015 | 30 | MEMORANDUM regarding 27 MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, filed by Dennis Richins. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/27/15. Text Only Entry (rebsec) (Entered: 10/27/2015) |
| 10/27/2015 | 31 | ORDER granting Dennis Richins' 27 Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's 1 Complaint. ORDERED that the deadline is extended to on or before 11/7/2015. Text Only Entry by Magistrate Judge Craig B. Shaffer on 10/27/15.(cbssec) (Entered: 10/27/2015) |
| 10/28/2015 | 32 | AMENDED COMPLAINT against All Defendants, filed by Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Ex. A – Redline)(Hood, Alexander) (Entered: 10/28/2015) |
| 10/28/2015 | 33 | RESPONSE to 10 MOTION to Dismiss filed by Plaintiffs Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 10/28/2015) |
| 10/29/2015 | 34 | NOTICE of Entry of Appearance by Naomi G. Beer on behalf of Western Range AssociationAttorney Naomi G. Beer added to party Western Range Association(pty:dft) (Beer, Naomi) (Entered: 10/29/2015) |
| 10/29/2015 | 35 | NOTICE of Entry of Appearance by Amber J. Munck on behalf of Western Range AssociationAttorney Amber J. Munck added to party Western Range Association(pty:dft) (Munck, Amber) (Entered: 10/29/2015) |
| 10/29/2015 | 36 | Unopposed MOTION to Withdraw as Attorney by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(George, L.) (Entered: 10/29/2015) |
| 10/29/2015 | 37 | NOTICE of Entry of Appearance by Brendan Victor Monahan on behalf of Cunningham Sheep CompanyAttorney Brendan Victor Monahan added to party Cunningham Sheep Company(pty:dft) (Monahan, Brendan) (Entered: 10/29/2015) |
| 10/29/2015 | 38 | NOTICE of Entry of Appearance by Bradford Joseph Axel on behalf of Cunningham Sheep CompanyAttorney Bradford Joseph Axel added to party Cunningham Sheep Company(pty:dft) (Axel, Bradford) (Entered: 10/29/2015) |
| 10/29/2015 | 39 | MOTION to Dismiss *Under Rules 12(B)(2) and 12(B)(6)* by Defendant Cunningham Sheep Company. (Axel, Bradford) (Entered: 10/29/2015) |
| 10/29/2015 | 40 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent CUNNINGHAM SHEEP COMPANY for Cunningham Sheep Company. (Axel, Bradford) (Entered: 10/29/2015) |
| 10/30/2015 | 41 | ORDER granting 36 Motion to Withdraw as Attorney. Attorneys L. Anthony George and Ellen Jean Winograd are terminated as counsel of record for defendant Western Range Association. ORDERED that the Clerk of Court shall remove them from the CM/ECF notification list for this matter. Text Only Entry by Magistrate Judge Craig B. Shaffer on 10/30/15. (cbssec) (Entered: 10/30/2015) |
| 10/30/2015 | 42 | ORDER finding as moot 10 Motion to Dismiss in light of Plaintiffs' 32 First Amended Complaint. Text Only Entry by Magistrate Judge Craig B. Shaffer on 10/30/15. (cbssec) (Entered: 10/30/2015) |
| 11/02/2015 | 43 | MINUTE ORDER denying without prejudice as moot 39 Motion to Dismiss by Judge Robert E. Blackburn on 11/2/15. Defendant's motion is directed to the original complaint in this case. However, plaintiffs now have filed their First Amended Complaint [#32], filed October 28, 2015. The filing of an amended complaint moots a motion directed at the superseded complaint. See Griggs v. Jornayvaz, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); United States ex rel. Babb v. Northrop Grumman Corp., 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Text Only Entry(rebsec) (Entered: 11/02/2015) |
| 11/10/2015 | 44 | MINUTE ORDER: Due to an unforeseen conflict on the court's calendar, the time of the Status Conference set for Friday, November 13, 2015 in Courtroom A 402 before Magistrate Judge Craig B. Shaffer IS MOVED ONE HALF HOUR EARLIER TO 10:30 a.m. Out–of–state counsel may participate via telephone by first creating a conference call joining all participants and then calling the court at (303) 844–2117 at the scheduled time. By Magistrate Judge Craig B. Shaffer on 11/10/2015. Text Only Entry (cbslc1) (Entered: 11/10/2015) |

| 11/11/2015 | 45 | MOTION to Dismiss *First Amended Complaint* by Defendants Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. (Rossman, Kenneth) (Entered: 11/11/2015) |
| 11/11/2015 | 46 | NOTICE of Entry of Appearance *of Justin D. Cumming for Defendant Two Bar Sheep Co LLC* by Justin David Cumming on behalf of Two Bar Sheep Corporation, LLCAttorney Justin David Cumming added to party Two Bar Sheep Corporation, LLC(pty:dft) (Cumming, Justin) (Entered: 11/11/2015) |
| 11/11/2015 | 47 | NOTICE of Entry of Appearance *of Kenneth F. Rossman, IV for Defendant Two Bar Sheep Co LLC* by Kenneth F. Rossman, IV on behalf of Two Bar Sheep Corporation, LLC (Rossman, Kenneth) (Entered: 11/11/2015) |
| 11/12/2015 | 48 | ORDER REFERRING MOTION(S): 45 MOTION to Dismiss *First Amended Complaint* filed by Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 11/12/2015. Text Only Entry. (reblc2) (Entered: 11/12/2015) |
| 11/12/2015 | 49 | MOTION to Dismiss *Plaintiff's First Amended Complaint* by Defendant Cunningham Sheep Company. (Attachments: # 1 Exhibit Herder Rule, # 2 Exhibit 10.31.15 DC Court Order)(Axel, Bradford) (Entered: 11/12/2015) |
| 11/12/2015 | 50 | ORDER REFERRING MOTION(S): 49 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Cunningham Sheep Company, CUNNINGHAM SHEEP COMPANY. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 11/12/2015. Text Only Entry. (reblc2) (Entered: 11/12/2015) |
| 11/12/2015 | 51 | RESPONSE to 23 MOTION to Stay *This Matter Pending Resolution of Parties' Motions to Dismiss or in the Alternative Motion to Extend Rule 26(f) Conference* filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 11/12/2015) |
| 11/13/2015 | 52 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Craig B. Shaffer: Status Conference held on 11/13/2015. Scheduling Conference set for 12/17/2015 12:30 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Proposed Scheduling Order due by 12/14/2015. Parties shall exchange Rule 26(a)(1) disclosures by 12/7/2015. Denying without prejudice 23 Motion to Stay. FTR: Courtroom A–402. (amont, ) (Entered: 11/13/2015) |
| 11/16/2015 | 53 | MOTION for Leave to File Excess Pages by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Proposed Order (PDF Only))(Stine, James) (Entered: 11/16/2015) |
| 11/16/2015 | 54 | MOTION to Dismiss *Plaintiffs' First Amended Complaint and Memorandum in Support* by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 11/16/2015) |
| 11/16/2015 | 55 | MOTION to Dismiss by Defendants Child Ranch, LLC, Estill Ranches, LLC, Dennis Richins. (Attachments: # 1 Affidavit /Declaration of Jon Child, # 2 Affidavit /Declaration of John Estill, # 3 Affidavit /Declaration of Dennis Richins)(Siddoway, Billie) (Entered: 11/16/2015) |
| 11/16/2015 | 56 | CORPORATE DISCLOSURE STATEMENT. (Beer, Naomi) (Entered: 11/16/2015) |
| 11/16/2015 | 57 | MOTION to Dismiss *Counts I, II and V and Memorandum of Law in Support Thereof* by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Beer, Naomi) (Entered: 11/16/2015) |
| 11/17/2015 | 58 | MINUTE ORDER granting 53 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 11/17/15. Text Only Entry(rebsec) (Entered: 11/17/2015) |
| 11/17/2015 | 59 | MEMORANDUM regarding 54 MOTION to Dismiss *Plaintiffs' First Amended Complaint and Memorandum in Support* filed by Mountain Plains Agricultural Service, 57 MOTION to Dismiss *Counts I, II and V and Memorandum of Law in Support Thereof* filed by Western Range Association, 55 MOTION to Dismiss filed by Dennis Richins, Child Ranch, LLC, Estill Ranches, LLC. Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 11/17/15. Text Only Entry (rebsec) (Entered: 11/17/2015) |

| 11/23/2015 | 60 | NOTICE of Entry of Appearance by J. Roderick Betts on behalf of Martin Auza Sheep CorporationAttorney J. Roderick Betts added to party Martin Auza Sheep Corporation(pty:dft) (Betts, J.) (Entered: 11/23/2015) |
|---|---|---|
| 11/23/2015 | 61 | CORPORATE DISCLOSURE STATEMENT. (Betts, J.) (Entered: 11/23/2015) |
| 11/23/2015 | 62 | NOTICE of Entry of Appearance by Lauren Elizabeth Rosner on behalf of Martin Auza Sheep CorporationAttorney Lauren Elizabeth Rosner added to party Martin Auza Sheep Corporation(pty:dft) (Rosner, Lauren) (Entered: 11/23/2015) |
| 11/23/2015 | 63 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 60 Notice of Entry of Appearance :J. Rod Betts has failed to comply with D.C.COLO.LCivR5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil Cases), which mandate, with exceptions inapplicable here, that all documents shall be converted directly to portable document format (PDF) from software applications in which they were created (i.e., no scanned documents). Failure in the future to follow these procedures may lead to mandatory CM/ECF training or action by the court. (Text Only Entry) (mlace, ) (Entered: 11/24/2015) |
| 11/23/2015 | 64 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 62 Notice of Entry of Appearance :Lauren E. Rosner has failed to comply with D.C.COLO.LCivR5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil Cases), which mandate, with exceptions inapplicable here, that all documents shall be converted directly to portable document format (PDF) from software applications in which they were created (i.e., no scanned documents). Failure in the future to follow these procedures may lead to mandatory CM/ECF training or action by the court. (Text Only Entry) (mlace, ) (Entered: 11/24/2015) |
| 11/24/2015 | 65 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 32 Amended Complaint by Defendant Martin Auza Sheep Corporation. (Attachments: # 1 Proposed Order (PDF Only))(Betts, J.) (Entered: 11/24/2015) |
| 11/25/2015 | 66 | Unopposed MOTION to Stay *RESPONSE DEADLINES TO MOTIONS TO DISMISS PENDING AN AMENDED COMPLAINT AND TO EXTEND BRIEFING AND DISCOVERY DEADLINES* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 11/25/2015) |
| 11/25/2015 | 67 | MEMORANDUM regarding 66 Unopposed MOTION to Stay *RESPONSE DEADLINES TO MOTIONS TO DISMISS PENDING AN AMENDED COMPLAINT AND TO EXTEND BRIEFING AND DISCOVERY DEADLINES* filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz, 65 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 32 Amended Complaint filed by Martin Auza Sheep Corporation. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 11/25/15. Text Only Entry (rebsec) (Entered: 11/25/2015) |
| 11/27/2015 | 68 | ORDER granting 66 Motion to Stay and finding as moot 65 Motion for Extension of Time to Answer or Otherwise Respond. ORDERED that the stipulated deadlines proposed by the parties (see Doc. #66) are adopted by the court. FURTHER ORDERED that briefing on the pending motions to dismiss (doc. ## 45, 49, 54, 55, and 57) is stayed, as well as any remaining deadlines for filing a responsive pleading to Plaintiff's 32 Amended Complaint. FURTHER ORDERED that the court will proceed with the Scheduling Conference on 12/17/2015. Text Only Entry by Magistrate Judge Craig B. Shaffer on 11/27/15. (cbssec) (Entered: 11/27/2015) |
| 11/30/2015 | 69 | MINUTE ORDER re: 12/17/2015 Scheduling Conference. ORDERED that out–of–state counsel may participate by telephone and shall first initiate a conference call among themselves before contacting the court (303.844.2117) at the scheduled time. Text Only Entry by Magistrate Judge Craig B. Shaffer on 11/30/15. (cbssec) (Entered: 11/30/2015) |
| 12/01/2015 | 70 | CORPORATE DISCLOSURE STATEMENT. (Rossman, Kenneth) (Entered: 12/01/2015) |
| 12/02/2015 | 71 | NOTICE of Entry of Appearance by Billie Jean Siddoway on behalf of Ball Brothers Sheep CompanyAttorney Billie Jean Siddoway added to party Ball Brothers Sheep Company(pty:dft) (Siddoway, Billie) (Entered: 12/02/2015) |

| 12/02/2015 | 72 | CORPORATE DISCLOSURE STATEMENT. (Siddoway, Billie) (Entered: 12/02/2015) |
|---|---|---|
| 12/04/2015 | 73 | AMENDED COMPLAINT *(Second Amended Complaint)* against All Defendants, filed by Esliper Huaman, Leovegildo Vilchez Guerra, Rodolfo Llacua, Liber Vilchez Guerra, Rafael De La Cruz. (Attachments: # 1 Redline Comparison to First Amended Complaint, # 2 Exhibit A [1 of 2], # 3 Exhibit A [2 of 2], # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E [1 of 3], # 8 Exhibit E [2 of 3], # 9 Exhibit E [3 of 3])(Hood, Alexander) (Entered: 12/04/2015) |
| 12/10/2015 | 74 | ORDER: in light of Plaintiffs' 73 Amended Complaint, it is ORDERED that 45 Motion to Dismiss; 49 Motion to Dismiss; 54 Motion to Dismiss; 55 Motion to Dismiss; and 57 Motion to Dismiss are denied as moot. Text Only Entry by Magistrate Judge Craig B. Shaffer on 12/10/15.(cbssec) (Entered: 12/10/2015) |
| 12/11/2015 | 75 | CORPORATE DISCLOSURE STATEMENT. (Stine, James) (Entered: 12/11/2015) |
| 12/14/2015 | 76 | Proposed Scheduling Order by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 12/14/2015) |
| 12/17/2015 | 77 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Craig B. Shaffer: Scheduling Conference held on 12/17/2015. Telephone Status and Discovery Hearing set for 2/18/2016 01:30 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time. FTR: Courtroom A–402. (amont, ) (Entered: 12/17/2015) |
| 12/29/2015 | 78 | NOTICE *of Change of Name for Attorney Lauren E. Rosner* by Defendant Martin Auza Sheep Corporation (La Val, Lauren) (Entered: 12/29/2015) |
| 01/04/2016 | 79 | NOTICE re 73 Amended Complaint, *NOTICE OF SCRIVENERS ERRORS* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodulfo Llacua (Hood, Alexander) (Entered: 01/04/2016) |
| 01/05/2016 | 80 | NOTICE of Change of Address/Contact Information */Firm Name* by Kenneth F. Rossman, IV (Rossman, Kenneth) (Entered: 01/05/2016) |
| 01/07/2016 | 81 | Unopposed MOTION for Leave to *Exceed the Page Limitation* 73 Amended Complaint, by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(Munck, Amber) (Entered: 01/07/2016) |
| 01/07/2016 | 82 | MOTION for Leave to File Excess Pages by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Proposed Order (PDF Only))(Dorminey, Elizabeth) (Entered: 01/07/2016) |
| 01/08/2016 | 83 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint* by Defendant Martin Auza Sheep Corporation. (Attachments: # 1 Request for Judicial Notice)(Betts, J.) (Entered: 01/08/2016) |
| 01/08/2016 | 84 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum in Support* by Defendant Mountain Plains Agricultural Service. (Dorminey, Elizabeth) (Entered: 01/08/2016) |
| 01/08/2016 | 85 | MINUTE ORDER granting 81 Motion for Leave; granting 82 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 1/8/16. Text Only Entry(rebsec) (Entered: 01/08/2016) |
| 01/08/2016 | 86 | MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint* by Defendant Cunningham Sheep Company. (Axel, Bradford) (Entered: 01/08/2016) |
| 01/08/2016 | 87 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof* by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(Beer, Naomi) (Entered: 01/08/2016) |
| 01/08/2016 | 88 | MOTION to Dismiss *SECOND AMENDED COMPLAINT* by Defendants Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. (Rossman, Kenneth) (Entered: 01/08/2016) |

| | | |
|---|---|---|
| 01/08/2016 | 89 | MOTION to Dismiss *Second Amended Complaint* by Defendants Ball Brothers Sheep Company, Child Ranch, LLC, Estill Ranches, LLC, Dennis Richins. (Attachments: # 1 Affidavit of Jon Child, # 2 Affidavit of John Estill, # 3 Affidavit of Robert Ball, # 4 Affidavit of Dennis Richins)(Siddoway, Billie) (Entered: 01/08/2016) |
| 01/11/2016 | 90 | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 84 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum in Support* :J. Larry Stine has failed to comply with D.C.COLO.LCivR5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil Cases) which mandate that the s/ signature must match the filers name on the account for which the login and password are registered. Counsel must re−file the above referenced document. (Text Only Entry) (evana, ) (Entered: 01/11/2016) |
| 01/12/2016 | 91 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint − Re−filed Per Notice [Doc. 90]* by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 01/12/2016) |
| 01/12/2016 | 92 | MEMORANDUM regarding 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT* filed by Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC, 89 MOTION to Dismiss *Second Amended Complaint* filed by Ball Brothers Sheep Company, Dennis Richins, Child Ranch, LLC, Estill Ranches, LLC, 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint* filed by Cunningham Sheep Company, CUNNINGHAM SHEEP COMPANY, 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint* filed by Martin Auza Sheep Corporation, 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint − Re−filed Per Notice [Doc. 90]* filed by Mountain Plains Agricultural Service, 87 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof* filed by Western Range Association. Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 1/12/16. Text Only Entry (rebsec) (Entered: 01/12/2016) |
| 01/15/2016 | 93 | MOTION for Leave to *PERMIT A CONSOLIDATED RESPONSE TO DEFENDANTS SIX MOTIONS TO DISMISS AND TO SET A PAGE LIMIT FOR THAT RESPONSE* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 01/15/2016) |
| 01/19/2016 | 94 | MEMORANDUM regarding 93 MOTION for Leave to *PERMIT A CONSOLIDATED RESPONSE TO DEFENDANTS SIX MOTIONS TO DISMISS AND TO SET A PAGE LIMIT FOR THAT RESPONSE* filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 1/19/16. Text Only Entry (rebsec) (Entered: 01/19/2016) |
| 01/19/2016 | 95 | ORDER granting 93 Motion for Leave to File a Consolidated Response of no more than 60 pages to Defendants' motions to dismiss. Text Only Entry by Magistrate Judge Craig B. Shaffer on 1/19/16. (cbssec) (Entered: 01/19/2016) |
| 01/29/2016 | 96 | RESPONSE to 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT*, 89 MOTION to Dismiss *Second Amended Complaint*, 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint*, 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint*, 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint − Re−filed Per Notice [Doc. 90]*, 87 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof* filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Ex. A −− MPAS Bulletin, # 2 Ex. B −− USDOL NV Wage Report)(Hood, Alexander) (Entered: 01/29/2016) |
| 02/01/2016 | 97 | ORDER setting a hearing on all pending MOTIONS to Dismiss doc. ## 83 , 86 , 87 , 88 , 89 , and 91 . ORDERED that an in−person Motion Hearing will be held on 4/1/2016 at 1:30 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Text Only Entry by Magistrate Judge Craig B. Shaffer on 2/1/16. (cbssec) (Entered: 02/01/2016) |
| 02/11/2016 | 98 | Unopposed MOTION for Extension of Time to *for Defendants to File Their Reply in Support of Their Motions to Dismiss* by Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(Munck, Amber) (Entered: 02/11/2016) |

| | | |
|---|---|---|
| 02/12/2016 | 99 | MEMORANDUM regarding 98 Unopposed MOTION for Extension of Time to *for Defendants to File Their Reply in Support of Their Motions to Dismiss* filed by Western Range Association. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 2/12/16. Text Only Entry (rebsec) (Entered: 02/12/2016) |
| 02/12/2016 | 100 | ORDER granting 98 Motion for Extension of Time for all Defendants to file reply briefs in support of their respective motions to dismiss up to and including February 22, 2016. Text Only Entry by Magistrate Judge Craig B. Shaffer on 2/12/16. (cbssec) (Entered: 02/12/2016) |
| 02/15/2016 | 101 | NOTICE re 77 Scheduling Conference,, Set/Reset Hearings, *Plaintiffs' Written Discovery Statement* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Attachments: # 1 Ex. 1 – Defendant WRA Document Request Example, # 2 Ex. 2 – Defendant WRA Request for Interrogatories Example, # 3 Ex. 3 – Defendant Nottingham Discovery Request, # 4 Ex. 4 – Defendant Two Bar Discovery Request)(Hood, Alexander) (Entered: 02/15/2016) |
| 02/16/2016 | 102 | RESPONSE to 77 Scheduling Conference,, Set/Reset Hearings, *of Defendant Western Range Association's Submission of Written Report Addressing Identifiable Discovery Issues* by Defendant Western Range Association. (Attachments: # 1 Exhibit A)(Munck, Amber) (Entered: 02/16/2016) |
| 02/18/2016 | 103 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Discovery Hearing and Status Conference held on 2/18/2016. Set/Reset Hearings: Scheduling Conference set for 3/8/2016 01:30 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. FTR: Courtroom A402. (mdave, ) (Entered: 02/18/2016) |
| 02/22/2016 | 104 | REPLY to Response to 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint* filed by Defendant Cunningham Sheep Company. (Attachments: # 1 Exhibit A)(Axel, Bradford) (Entered: 02/22/2016) |
| 02/22/2016 | 105 | REPLY to Response to 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint – Re–filed Per Notice [Doc. 90]* filed by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 02/22/2016) |
| 02/22/2016 | 106 | REPLY to Response to 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint* filed by Defendant Martin Auza Sheep Corporation. (La Val, Lauren) (Entered: 02/22/2016) |
| 02/22/2016 | 107 | REPLY to Response to 57 MOTION to Dismiss *Counts I, II and V and Memorandum of Law in Support Thereof* filed by Defendant Western Range Association. (Munck, Amber) (Entered: 02/22/2016) |
| 02/22/2016 | 108 | REPLY to Response to 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT* filed by Defendants Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. (Rossman, Kenneth) (Entered: 02/22/2016) |
| 02/22/2016 | 109 | REPLY to Response to 89 MOTION to Dismiss *Second Amended Complaint* filed by Defendants Ball Brothers Sheep Company, Child Ranch, LLC, Estill Ranches, LLC, Dennis Richins. (Attachments: # 1 Exhibit 1: Declaration of Peter Orwick, # 2 Exhibit 2: Complaint, Hispanic Affairs Project v. Perez)(Siddoway, Billie) (Entered: 02/22/2016) |
| 02/23/2016 | 110 | NOTICE of Supplemental Authorities re: 104 Reply to Response to Motion, 96 Response to Motion,,, 108 Reply to Response to Motion, 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT*, 89 MOTION to Dismiss *Second Amended Complaint*, 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint*, 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint*, 106 Reply to Response to Motion, 107 Reply to Response to Motion, 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint – Re–filed Per Notice [Doc. 90]*, 87 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof*, 109 Reply to Response to Motion, 105 Reply to Response to Motion by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Hood, Alexander) (Entered: 02/23/2016) |

| | | |
|---|---|---|
| 03/07/2016 | 111 | MOTION for Leave to *File a Surreply Regarding* 104 Reply to Response to Motion, 108 Reply to Response to Motion, 106 Reply to Response to Motion, 107 Reply to Response to Motion, 109 Reply to Response to Motion, 105 Reply to Response to Motion by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Ex. 1 – Proposed Surreply)(Hood, Alexander) (Entered: 03/07/2016) |
| 03/08/2016 | 112 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Craig B. Shaffer: Scheduling Conference held on 3/8/2016. Status Report due by 6/3/2016. Telephone Status Conference set for 6/14/2016 01:30 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time. FTR: Courtroom A–402. (amont, ) (Entered: 03/08/2016) |
| 03/08/2016 | 113 | MEMORANDUM regarding 111 MOTION for Leave to *File a Surreply Regarding* 104 Reply to Response to Motion, 108 Reply to Response to Motion, 106 Reply to Response to Motion, 107 Reply to Response to Motion, 109 Reply to Response to Motion, 105 Reply to filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 3/8/16. Text Only Entry (rebsec) (Entered: 03/08/2016) |
| 03/14/2016 | 114 | ORDER granting 111 Motion for Leave to File a Surreply. ORDERED that the Clerk of Court shall accept for filing Plaintiffs' tendered Surreply (doc. #111–121) relating to pending motions (doc. ## 83 , 86 , 88 , 87 , 89 , and 91 ).Text Only Entry by Magistrate Judge Craig B. Shaffer on 3/14/16. (cbssec) (Entered: 03/14/2016) |
| 03/14/2016 | 115 | SURREPLY re 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT*, 89 MOTION to Dismiss *Second Amended Complaint*, 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint*, 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint*, 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint – Re–filed Per Notice [Doc. 90]*, 87 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof* filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (nmarb, ) (Entered: 03/15/2016) |
| 03/29/2016 | 116 | NOTICE of Voluntary Dismissal of Party *Without Prejudice –– BALL BROTHERS SHEEP COMPANY; ESTILL RANCHES, LLC; and CHILD RANCH, LLC* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Hood, Alexander) (Entered: 03/29/2016) |
| 03/31/2016 | 117 | ORDER Dismissing Parties. RE: 116 Notice of Voluntary Dismissal of All Claims Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(I) is Approved; that the claims of the plaintiffs against defendants, Ball Brothers Sheep Company, Estill Ranches, LLC, and Child Ranch, LLC, are Dismissed without Prejudice with the affected parties to pay their own attorney fees and costs and are dropped as parties to this action. Signed by Judge Robert E. Blackburn on 3/31/2016. (cmira) (Entered: 03/31/2016) |
| 03/31/2016 | 118 | NOTICE of Supplemental Authorities re: 104 Reply to Response to Motion, 115 Surreply,, 96 Response to Motion,,, 108 Reply to Response to Motion, 88 MOTION to Dismiss *SECOND AMENDED COMPLAINT*, 89 MOTION to Dismiss *Second Amended Complaint*, 86 MOTION to Dismiss for Failure to State a Claim *in Plaintiff's Second Amended Complaint*, 83 MOTION to Dismiss *Plaintiffs' Second Amended Complaint*, 106 Reply to Response to Motion, 107 Reply to Response to Motion, 91 MOTION to Dismiss *Plaintiffs' Second Amended Complaint – Re–filed Per Notice [Doc. 90]*, 87 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum of Law in Support Thereof*, 109 Reply to Response to Motion, 105 Reply to Response to Motion by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Attachments: # 1 Ex. 1 – Beltran v. Interexchange, Inc., No. 14–cv–3074–CMA–KMT (D. Colo. Mar. 31, 2016))(Hood, Alexander) (Entered: 03/31/2016) |
| 03/31/2016 | 119 | NOTICE of Entry of Appearance *as Co–Counsel* by Andrew G. Deiss on behalf of Dennis RichinsAttorney Andrew G. Deiss added to party Dennis Richins(pty:dft) (Deiss, Andrew) (Entered: 03/31/2016) |

| | | |
|---|---|---|
| 04/01/2016 | 120 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Craig B. Shaffer: Motion Hearing held on 4/1/2016.taking under advisement 83 Motion to Dismiss; taking under advisement 86 Motion to Dismiss; taking under advisement 87 Motion to Dismiss; taking under advisement 88 Motion to Dismiss; taking under advisement 89 Motion to Dismiss; taking under advisement 91 Motion to Dismiss. Court Reporter: FTR – E. E. Miller. FTR: Courtroom A402. (emill) (Entered: 04/04/2016) |
| 04/28/2016 | 121 | STIPULATION for Extension of Time *to Respond to Discovery Requests* by Defendants Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. (Rossman, Kenneth) (Entered: 04/28/2016) |
| 04/28/2016 | 122 | STIPULATION for Extension of Time *to Respond to Discovery Requests* by Defendant Martin Auza Sheep Corporation. (La Val, Lauren) (Entered: 04/28/2016) |
| 05/03/2016 | 123 | STIPULATION for Extension of Time *for Plaintiffs to Respond to Discovery* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 05/03/2016) |
| 05/04/2016 | 124 | STIPULATION for Extension of Time *to Respond to Discovery Requests* by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 05/04/2016) |
| 06/03/2016 | 125 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Craig B. Shaffer on 6/3/16, re 73 Amended Complaint, filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. The Court RECOMMENDS dismissing Plaintiffs' federal claims (Counts I–V) for failure to state a claim. The court further RECOMMENDS dismissing the state law claims (Counts VI–VIII) without prejudice. The Court recommends declining to exercise jurisdiction over Plaintiffs' state law claims in Counts VI–VIII.. (nmarb, ) (Entered: 06/03/2016) |
| 06/06/2016 | 126 | Unopposed MOTION for Extension of Time *to OBJECT TO THE MAGISTRATE JUDGES REPORT AND RECOMMENDATION OF JUNE 3, 2016, DKT. NO. 125* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 06/06/2016) |
| 06/06/2016 | 127 | MINUTE ORDER granting 126 Motion for Extension of Time to File by Judge Robert E. Blackburn on 6/6/16. Objections to 125 Recommendation on Defendants' Motions To Dismiss the Second Amended Complaint due by 7/1/16. Text Only Entry(rebsec) (Entered: 06/06/2016) |
| 06/14/2016 | 128 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Status Conference held on 6/14/2016. The case is STAYED pending a ruling from U.S. District Judge Blackburn regarding 125 Report and Recommendation. FTR: Courtroom A402. (mdave, ) (Entered: 06/14/2016) |
| 06/28/2016 | 129 | Unopposed MOTION for Leave to File Excess Pages *TO OBJECT TO MAGISTRATE JUDGES REPORT AND RECOMMENDATION OF JUNE 3, 2016, DKT. NO. 125 (Request for 5 Additional Pages)* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 06/28/2016) |
| 06/29/2016 | 130 | MINUTE ORDER granting 129 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 6/29/16. Text Only Entry(rebsec) (Entered: 06/29/2016) |
| 07/01/2016 | 131 | OBJECTION to 125 Report and Recommendations filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander) (Entered: 07/01/2016) |
| 07/13/2016 | 132 | Unopposed MOTION for Extension of Time to File Response/Reply as to 125 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 73 Amended Complaint, filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz by Defendants Ball Brothers Sheep Company, Child Ranch, LLC, Cunningham Sheep Company, Estill Ranches, LLC, Martin Auza Sheep Corporation, Mountain Plains Agricultural Service, Nottingham Land and Livestock, LLLP, Dennis Richins, Two Bar Sheep Corporation, LLC, Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(Munck, Amber) (Entered: 07/13/2016) |

| 07/14/2016 | 133 | MINUTE ORDER granting 132 Motion for Extension of Time to File Response/Reply by Judge Robert E. Blackburn on 7/14/16. By 8/1/16, defendants may file their responses to the plaintiffs' [#131] Objection to Report and Recommendation. Text Only Entry(rebsec) (Entered: 07/14/2016) |
|---|---|---|
| 08/01/2016 | 134 | MOTION for Leave to File Excess Pages *filed on behalf of all Defendants* by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Proposed Order (PDF Only))(Stine, James) (Entered: 08/01/2016) |
| 08/01/2016 | 135 | RESPONSE to Objection to 125 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 73 Amended Complaint, filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz *filed on behalf of all Defendants* filed by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 08/01/2016) |
| 08/01/2016 | 136 | RESPONSE to Objection to 125 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 73 Amended Complaint, filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz filed by Defendants Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC. (Rossman, Kenneth) (Entered: 08/01/2016) |
| 08/01/2016 | 137 | MINUTE ORDER granting 134 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 8/1/16. Text Only Entry(rebsec) (Entered: 08/01/2016) |
| 08/18/2016 | 138 | NOTICE *OF FILING OF MOTION TO AMEND AS A RESTRICTED DOCUMENT PURSUANT TO D.C.COLO.LCIVR 7.2* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Hood, Alexander) (Entered: 08/18/2016) |
| 08/18/2016 | 139 | UNRESTRICTED DOCUMENT – Level 1: PLEASE SEE DOC 140 FOR TITLE OF DOCUMENT by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Third Amended Complaint (Clean), # 2 Third Amended Complaint (Redline), # 3 Ex. A to TAC [1 of 2], # 4 Ex. A to TAC [2 of 2], # 5 Ex. B to TAC, # 6 Ex. C TAC, # 7 Ex. D to TAC, # 8 Ex. E to TAC [1 of 3], # 9 Ex. E to TAC [2 of 3], # 10 Ex. E to TAC [3 of 3], # 11 Ex. F to TAC [1 of 5], # 12 Ex. F to TAC [2 of 5], # 13 Ex. F to TAC [3 of 5], # 14 Ex. F to TAC [4 of 5], # 15 Ex. F to TAC [5 of 5])(Hood, Alexander) Modified on 2/6/2017 to add text and to unrestrict pursuant to 166 Order (athom, ). Modified on 2/6/2017 (athom, ). (Entered: 08/18/2016) |
| 08/18/2016 | 140 | MOTION to Amend. Public Entry for 139 Restricted Document – Level 1 filed August 18, 2016 by Plaintiff Rodolfo Llacua. Text Only Entry. (cmira) (Entered: 08/19/2016) |
| 08/19/2016 | 141 | ORDER REFERRING MOTION(S): 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1, filed by Rodolfo Llacua. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 08/19/2016. Text Only Entry (reblc2) (Entered: 08/19/2016) |
| 09/06/2016 | 142 | ORDER That the Recommendation on Defendants' Motions To Dismiss the Second Amended Complaint 125 , filed June 3, 2016, is approved and adopted as an order of this court, except to the extent it recommends plaintiffs' federal claims be dismissed with prejudice; That the objections in Plaintiff's 131 , Objection to Report and Recommendation filed July 1, 2016, are overruled. That the following motions are granted: Defendant Martin Auza Sheep Companys Motion To Dismiss Plaintiffs Second Amended Complaint 83 ; Defendant Cunningham Sheep Company's Motion To Dismiss Counts I, II, and III of Plaintiffs Second Amended Complaint 86 ; Defendant Western Range Associations Combined Motion To Dismiss Plaintiffs Second Amended Complaint and Memorandum of Law in Support 87 ; Defendants Nottingham Land and Livestock, LLLPs and Two Bar Sheep Co, LLC's Motion To Dismiss Second Amended Complaint 88 ; Motion To Dismiss Claims Against Child Ranch, LLC; Estill Ranches, LLC; and Dennis Richins d/b/a Dennis Livestock 89 ; Defendant Mountain Plains Agricultural Services Motion To Dismiss Plaintiffs Second Amended Complaint and Memorandum in Support 91 , and That plaintiffs claims are dismissed without prejudice, pending resolution of plaintiffs motion for leave to file an amended complaint, by Judge Robert E. Blackburn on 9/6/2016.(evana, ) (Entered: 09/06/2016) |

| 09/08/2016 | 143 | Unopposed MOTION for Extension of Time to File Response/Reply as to 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, *Plaintiffs' Motion to Amend 139* by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 09/08/2016) |
|---|---|---|
| 09/09/2016 | 144 | NOTICE of Supplemental Authorities *Related to Plaintiffs' RICO Claims Against Defendants Western Range and Mountain Plains* re: 139 Restricted Document – Level 1,, 142 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Attachments: # 1 Exhibit Exhibit 1, George v. Urban Settlement Serv.)(Lynch, Dermot) (Entered: 09/09/2016) |
| 09/09/2016 | 145 | MEMORANDUM regarding 143 Unopposed MOTION for Extension of Time to File Response/Reply as to 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, *Plaintiffs' Motion to Amend 139* filed by Mountain Plains Agricultural Service. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 9/9/16. Text Only Entry (rebsec) (Entered: 09/09/2016) |
| 09/09/2016 | 146 | ORDER granting 143 Motion for Extension of Time to File Response. Defendants shall have up to and including 9/26/2016 in which to file a combined response to Plaintiffs' motion (Doc. 139) to amend. By Magistrate Judge Craig B. Shaffer on 9/9/2016. Text Only Entry(cbslc1) (Entered: 09/09/2016) |
| 09/23/2016 | 147 | Joint MOTION for Leave to File Excess Pages by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Proposed Order (PDF Only))(Stine, James) (Entered: 09/23/2016) |
| 09/26/2016 | 148 | BRIEF in Opposition to 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1, Dkt. 139 Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Defendant Mountain Plains Agricultural Service. (Stine, James) (Modified on 9/27/2016 edited to show link to 139 )(evana, ). (Entered: 09/26/2016) |
| 09/26/2016 | 149 | MINUTE ORDER granting 147 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 9/26/16. Text Only Entry(rebsec) (Entered: 09/26/2016) |
| 10/06/2016 | 150 | Unopposed MOTION for Leave to File Excess Pages *for Plaintiffs' Reply in Support of their Motion to Amend [# 139]* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Proposed Order (PDF Only))(Lynch, Dermot) (Entered: 10/06/2016) |
| 10/07/2016 | 151 | MINUTE ORDER granting 150 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 10/7/16. Text Only Entry(rebsec) (Entered: 10/07/2016) |
| 10/13/2016 | 152 | REPLY to Response to 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Lynch, Dermot) (Entered: 10/13/2016) |
| 10/14/2016 | 153 | MOTION to Withdraw as Attorney by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Proposed Order (PDF Only))(Lynch, Dermot) (Entered: 10/14/2016) |
| 10/17/2016 | 154 | MEMORANDUM regarding 153 MOTION to Withdraw as Attorney filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/17/16. Text Only Entry (rebsec) (Entered: 10/17/2016) |
| 10/18/2016 | 155 | ORDER granting 153 Motion to Withdraw as Attorney. Attorney Dermot William Lynch terminated as counsel of record. The clerk of court shall remove Mr. Lynch from receiving electronic notices in this case. By Magistrate Judge Craig B. Shaffer on 10/18/2016. Text Only Entry(cbslc1) (Entered: 10/18/2016) |
| 12/12/2016 | 156 | Unopposed MOTION to Sever *AND TRANSFER PLAINTIFF DE LA CRUZS NEVADA MINIMUM WAGE CLAIM TO THE DISTRICT OF NEVADA* by Plaintiff Rafael De La Cruz. (Hood, Alexander) (Entered: 12/12/2016) |

| 12/13/2016 | 157 | MEMORANDUM regarding 156 Unopposed MOTION to Sever *AND TRANSFER PLAINTIFF DE LA CRUZS NEVADA MINIMUM WAGE CLAIM TO THE DISTRICT OF NEVADA* filed by Rafael De La Cruz. Motion referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 12/13/16. Text Only Entry (rebsec) (Entered: 12/13/2016) |
|---|---|---|
| 12/21/2016 | 158 | MEMORANDUM OPINION AND RECOMMENDATION ON PLAINTIFFS 140 MOTION TO AMEND THE SECOND AMENDED COMPLAINT by Magistrate Judge Craig B. Shaffer on 12/21/2016. The court RECCOMENDS denying in part and GRANTS in part Plaintiffs motion to file Tac. The court further RECOMMENDS that after Judge Blackburn rules on any objections to this recommendation (or after the time has passed without objections), Plaintiffs should prepare and file a version of the TAC that omits all claims for which Plaintiffs do not have permission to file. (jgonz, ) (Entered: 12/22/2016) |
| 12/28/2016 | 159 | Unopposed MOTION for Leave to Restrict by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Seligman, David) (Entered: 12/28/2016) |
| 01/02/2017 | 160 | Unopposed MOTION for Extension of Time to *OBJECT TO THE 158 MAGISTRATE JUDGES REPORT AND RECOMMENDATION OF DECEMBER 22, 2016, DKT. NO. 158* by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Hood, Alexander). Modified on 1/3/2017 to add link. (cmira). (Entered: 01/02/2017) |
| 01/04/2017 | 161 | MINUTE ORDER granting 160 Motion for Extension of Time to File by Judge Robert E. Blackburn on 1/4/17. Objections to R&R due by 1/26/2017. Text Only Entry (rebsec) (Entered: 01/04/2017) |
| 01/26/2017 | 162 | OBJECTION to 158 Report and Recommendations *on Plaintiffs' Motion to Amend the Second Amended Complaint* filed by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Pertinent Case: Saxton v. Lucas, No. 15–CV–00255–CMA–MJW, 2016 WL 750697)(Stine, James) (Entered: 01/26/2017) |
| 01/26/2017 | 163 | OBJECTION to 158 Report and Recommendations *on Plaintiffs' Motion to Amend the Second Amended Complaint As It Relates to Count VIII* filed by Defendant Western Range Association. (Beer, Naomi) (Entered: 01/26/2017) |
| 01/26/2017 | 164 | OBJECTION to 158 Report and Recommendations filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Seligman, David) (Entered: 01/26/2017) |
| 02/03/2017 | 165 | Unopposed MOTION for Extension of Time to File Response/Reply as to 158 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, filed by Rodolfo Llacua by Defendant Western Range Association. (Munck, Amber) (Entered: 02/03/2017) |
| 02/06/2017 | 166 | ORDER. The Unopposed Motion To Restrict [sic] ECF Doc. 139 [# 159 ], which the court construes as a motion to unrestrict, is granted. The Motion To Amend [# 139 ] and all attachments [##139–1 through 139–15] shall be unrestricted. By Judge Robert E. Blackburn on 02/06/2017. (athom, ) (Entered: 02/06/2017) |
| 02/06/2017 | 167 | MINUTE ORDER granting 165 Motion for Extension of Time to File Response/Reply by Judge Robert E. Blackburn on 2/6/17. Defendants may file their responses to [#164] Objection to Report and Recommendation by 2/24/2017. Text Only Entry (rebsec) (Entered: 02/06/2017) |
| 02/09/2017 | 168 | RESPONSE to Objection to 158 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, filed by Rodolfo Llacua filed by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Seligman, David) (Entered: 02/09/2017) |
| 02/24/2017 | 169 | RESPONSE to Objection to 158 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1, filed by Rodolfo Llacua *(JOINT)* filed by Defendant Western Range Association. (Munck, Amber) Modified on 2/24/2017 to note that counsel has |

| | | |
|---|---|---|
| | | been contacted to re–file this response as a complete document (athom, ). (Entered: 02/24/2017) |
| 02/24/2017 | 170 | RESPONSE to Objection to 158 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, filed by Rodolfo Llacua *(JOINT AMENDED)* filed by Defendant Western Range Association. (Munck, Amber) (Entered: 02/24/2017) |
| 02/24/2017 | 171 | RESPONSE to Objection to 158 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 140 MOTION to Amend/Correct/Modify 139 Restricted Document – Level 1,, filed by Rodolfo Llacua filed by Defendant Dennis Richins. (Siddoway, Billie) (Entered: 02/24/2017) |
| 02/27/2017 | 172 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 171 Response to Objection to Report and Recommendation, filed by attorney Billie Jean Siddoway. The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Civil Cases). (Text Only Entry) (athom, ) (Entered: 02/27/2017) |
| 03/07/2017 | 173 | ORDER Re: Objections to Recommendation of United States Magistrate Judge. The magistrate judge's Memorandum Opinion and Recommendation on Plaintiffs' Motion To Amend the Second Amended Complaint 158 is approved in part and rejected in part as stated in the order. The objections stated in plaintiffs' Objection to Report and Recommendation 164 are overruled. The objections stated in Defendant MPAS's Objection to Magistrate Judge's Memorandum Opinion and Recommendation on Plaintiff's Motion To Amend the Second Amended Complaint 162 are deemed to be moot. The objections stated in Defendant Western Range Association's Objection to Magistrate Judge's Memorandum Opinion and Recommendation on Plaintiff's Motion To Amend the Second Amended Complaint as it Relates to Count VIII 163 are deemed to be moot. Plaintiffs' Motion To Amend 139 is denied. By Judge Robert E. Blackburn on 3/7/17. (kfinn) (Entered: 03/07/2017) |
| 03/07/2017 | 174 | JUDGMENT by Clerk: in favor of Ball Brothers Sheep Company, Child Ranch, LLC, Cunningham Sheep Company, Estill Ranches, LLC, Martin Auza Sheep Corporation, Mountain Plains Agricultural Service, Nottingham Land and Livestock, LLLP, Two Bar Sheep Corporation, LLC, Western Range Association, Dennis Richins against Esliper Huaman, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Rafael De La Cruz, Rodolfo Llacua re: 173 Order Re: Objections to Recommendation of the United States Magistrate Judge. By Clerk on 3/7/17. (kfinn) (Entered: 03/07/2017) |
| 03/21/2017 | 175 | Proposed Bill of Costs by Defendant Mountain Plains Agricultural Service. (Stine, James) (Entered: 03/21/2017) |
| 03/21/2017 | 176 | NOTICE re 175 Proposed Bill of Costs *Notice of Filing Statement Regarding Bill of Costs* by Defendant Mountain Plains Agricultural Service (Attachments: # 1 Exhibit A – Clerk of Court Fees Receipts)(Stine, James) (Entered: 03/21/2017) |
| 03/28/2017 | 177 | NOTICE OF APPEAL as to 174 Clerk's Judgment,, by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Filing fee $ 505, Receipt Number 1082–5444130) (Hood, Alexander) (Entered: 03/28/2017) |
| 03/29/2017 | 178 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz to the U.S. Court of Appeals. ( Retained Counsel, Fee paid,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 03/29/2017) |
| 03/29/2017 | 179 | USCA Case Number 17–1113 for 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. (athom, ) (Entered: 03/29/2017) |
| 03/30/2017 | 180 | Costs Taxed in amount of $ 0.00 against Plaintiffs. (athom, ) (Entered: 03/30/2017) |
| 04/06/2017 | 181 | MOTION/OBJECTIONS to 180 Costs Taxed *Objection to Cost Determination by Clerk* by Defendant Mountain Plains Agricultural Service. (Attachments: # 1 Exhibit |

| | | A – Clerk of Court Fee Receipts, # 2 Inapplicable Case – Golan v. Holder, # 3 Pertinent Case – Crooked Creek Prop. v. Hutchinson, # 4 Pertinent Case – Butler v. Wright)(Stine, J.) Modified on 6/12/2017 to correct event (athom, ). (Entered: 04/06/2017) |
|---|---|---|
| 04/14/2017 | 182 | TRANSCRIPT ORDER FORM re 177 Notice of Appeal by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua (Hood, Alexander) (Entered: 04/14/2017) |
| 05/01/2017 | 183 | RESPONSE to 181 Objections, by Plaintiffs Rafael De La Cruz, Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman, Rodolfo Llacua. (Attachments: # 1 Ex. A – Voicemail Transcript)(Hood, Alexander) (Entered: 05/01/2017) |
| 05/02/2017 | 184 | TRANSCRIPT of Motions Hearing held on April 1, 2016 before Magistrate Judge Shaffer. Pages: 1–119.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens–Koenig Reporting, ) (Entered: 05/02/2017) |
| 05/08/2017 | 185 | LETTER TO USCA and all counsel certifying the record is complete as to 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. All transcripts ordered are now on file as of 5/2/2017. ( Appeal No. 17–1113) Text Only Entry (athom, ) (Entered: 05/08/2017) |
| 06/12/2017 | 186 | ORDER Granting Defendant Mountain Plains Agriculture Service's 181 Motion to Review Award of Costs. Defendant Mountain Plains Agricultural Service is awarded costs in the amount of $543. By Judge Robert E. Blackburn on 06/12/2017. (athom, ) (Entered: 06/12/2017) |
| 05/15/2018 | 187 | NOTICE of Change of Address/Contact Information *for Plaintiffs' Attorney Alexander Hood* by Alexander Neville Hood (Hood, Alexander) (Entered: 05/15/2018) |
| 05/15/2018 | 188 | NOTICE of Change of Address/Contact Information *for Plaintiffs' Attorney David Seligman* by David Hollis Seligman (Seligman, David) (Entered: 05/15/2018) |
| 07/16/2019 | 189 | USCA Opinion as to 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz : The district court's dismissal of the Shepherds' RICO claim against Richins is REVERSED and the matter is REMANDED to the district court for further proceedings. In all other respects, the orders of the district court are hereby AFFIRMED. (USCA Case No. 17–1113) (This document is not the Mandate) (athom, ) (Entered: 07/16/2019) |
| 07/16/2019 | 190 | USCA Judgment as to 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz : The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court. In all other respects, the orders of the district court are hereby affirmed. (USCA Case No. 17–1113) (This document is not the Mandate) (athom, ) (Entered: 07/16/2019) |
| 09/23/2019 | 191 | ORDER of USCA denying appellants' petition for rehearing and rehearing en banc as to 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz. (USCA Case No. 17–1113) (athom, ) (Entered: 09/23/2019) |
| 10/01/2019 | 192 | MANDATE of USCA as to 189 USCA Opinion, 190 USCA Judgment, 177 Notice of Appeal filed by Liber Vilchez Guerra, Rodolfo Llacua, Esliper Huaman, Leovegildo Vilchez Guerra, Rafael De La Cruz : (USCA Case No. 17–1113) (athom, ) (Entered: 10/01/2019) |

| 01/08/2020 | 193 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Lauren Elizabeth La Val was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (kmont) (Entered: 01/08/2020) |
|---|---|---|
| 01/10/2020 | 194 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Billie Jean Siddoway was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 01/10/2020) |
| 01/14/2020 | 195 | ORDER REFERRING CASE to Magistrate Judge S. Kato Crews and Magistrate Judge S. Kato Crews. IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:(1) To convene a scheduling conference under Fed. R. Civ. P. 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling order and resolve discovery matters; provided, further that the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburns practice standards found at www.cod.uscourts.gov.;(2) To hear and finally determine non–dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and(3) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A). Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.By Judge Robert E. Blackburn on 1/14/20. Text Only Entry (rebsec) (Entered: 01/14/2020) |
| 01/16/2020 | <u>196</u> | ORDER OF RECUSAL by Magistrate Judge S. Kato Crews on 1/16/2020. (jgonz, ) (Entered: 01/21/2020) |
| 01/21/2020 | 197 | CASE REASSIGNED Pursuant to Order of Recusal. This case is randomly reassigned to Judge Magistrate Judge Scott T. Varholak in the referral role. All future pleadings should be designated as 15–cv–01889–REB–STV. (Text Only Entry) (jgonz, ) (Entered: 01/21/2020) |
| 01/21/2020 | 198 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:(1) To convene a scheduling conference under Fed. R. Civ. P. 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling order and resolve discovery matters; provided, further that the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburns practice standards found at www.cod.uscourts.gov.;(2) To hear and finally determine non–dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and(3) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A). Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.By Judge Robert E. Blackburn on 1/21/20. Text Only Entry (rebsec) (Entered: 01/21/2020) |
| 01/21/2020 | <u>199</u> | ORDER Setting Scheduling Conference for 3/10/2020 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Proposed Scheduling Order due 3/3/2020, by Magistrate Judge Scott T. Varholak on 1/21/2020. (jgonz, ) (Entered: 01/21/2020) |
| 01/30/2020 | 200 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Brendan Victor Monahan was administratively removed from the Court's Attorney Roll and barred from filing electronically under CM/ECF for failing to pay |

| | | |
|---|---|---|
| | | the 2018 Biennial Fee. Counsel must complete a new Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the Attorney Roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (kmont) (Entered: 01/30/2020) |
| 03/03/2020 | 201 | MOTION for Order to *RESET MARCH 10, 2020 SCHEDULING CONFERENCE AS A STATUS CONFERENCE* by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra. (Hood, Alexander) (Entered: 03/03/2020) |
| 03/04/2020 | 202 | MEMORANDUM by Judge Robert E. Blackburn on 3/4/20 regarding 201 MOTION for Order to *RESET MARCH 10, 2020 SCHEDULING CONFERENCE AS A STATUS CONFERENCE* filed by Liber Vilchez Guerra, Leovegildo Vilchez Guerra. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 03/04/2020) |
| 03/04/2020 | 203 | ORDER granting 201 Motion for Order. The Scheduling Conference set for 3/10/2020 10:00 AM is VACATED and RESET as a Status Conference on 3/10/2020 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Defendant and defense counsel shall be prepared to address Defendant's participation in this litigation. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/4/2020. Text Only Entry(stvlc2, ) (Entered: 03/04/2020) |
| 03/04/2020 | 204 | MINUTE ORDER On January 21, 2020, the Court entered an Order requiring the parties to meet and confer and, on or before March 3, 2020, file a joint proposed scheduling order in the form required pursuant to D.C.COLO.LCivR 16.2. [#199] On March 3, 2020, Plaintiffs' counsel filed a Motion to reset the March 10, 2020 Scheduling Conference, noting that counsel for Defendant Richins failed to respond to Plaintiffs' counsel's attempts to meet and confer except to indicate that they intended to withdraw as counsel. [#201] Pursuant to D.C.COLO.LAttyR 5(b), "[a]n attorney who has filed an Entry of Appearance... may seek to withdraw on motion showing good cause" and "[w]ithdrawal shall be effective only on court order entered after service of the motion to withdraw on all counsel of record, any unrepresented party, and the client of the withdrawing attorney." Accordingly, IT IS ORDERED that, on or before 3/11/2020, counsel for Defendant Richins shall either meet and confer with Plaintiffs' counsel pursuant to 199 Order Setting Settlement Conference or file a Motion to Withdraw. The Status Conference set for 3/10/2020 10:00 AM is VACATED and this matter is SET for a Scheduling Conference on 3/24/2020 09:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. On or before 3/17/2020, the parties shall submit a joint proposed scheduling order. To the extent defense counsel file a Motion to Withdraw, the Scheduling Conference will be converted to a Motion Hearing on the Motion to Withdraw, at which Defendant Ritchins will be required to participate in person or by telephone. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/04/2020. Text Only Entry (stvlc1, ) (Entered: 03/04/2020) |
| 03/10/2020 | 205 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Andrew G. Deiss was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 03/10/2020) |
| 03/10/2020 | 206 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Billie Jean Siddoway was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 03/10/2020) |
| 03/11/2020 | 207 | Standing Order Regarding Appearances for Certain Civil Non–Evidentiary Proceedings for Magistrate Judge Scott T. Varholak, by Magistrate Judge Scott T. Varholak on 3/11/2020. (jgonz, ) (Entered: 03/12/2020) |

| 03/12/2020 | 208 | Joint MOTION to Withdraw by Defendant Dennis Richins. (Deiss, Andrew) (Entered: 03/12/2020) |
|---|---|---|
| 03/12/2020 | 209 | ORDER by Judge Robert E. Blackburn on 3/12/20 granting 208 Motion to Withdraw As Counsel. Provided that counsel must advise Mr. Richins as soon as practible that he is personally responsible for compliance with all court orders and deadlines unless and until new counsel enters their appearance. The clerk of the court shall provide notice of this order and all future docket entries to Mr. Richins at the address given in the motion until such time as new counsel enters an appearance. Text Only Entry (rebsec) (Entered: 03/12/2020) |
| 03/16/2020 | 210 | MINUTE ORDER The Scheduling Conference set for 3/24/2020 09:30 AM is VACATED and RESET for 4/29/2020 09:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. The parties shall submit a joint Proposed Scheduling Order on or before 4/22/2020. The Clerk of Court shall mail a copy of this Minute Order to Defendant Dennis Richens at 80 East Center St., Henefer, UT 84033. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/16/2020. Text Only Entry (stvlc1, ) (Entered: 03/16/2020) |
| 03/17/2020 | 211 | CERTIFICATE of Service by Mail by Clerk of Court re 210 Minute Order, to Defendant Dennis Richens at 80 East Center St., Henefer, UT 84033. Text Only Entry (jgonz, ) (Entered: 03/17/2020) |
| 04/10/2020 | 212 | CERTIFICATE of Service by Mail by Clerk of Court re 209 Order on Motion to Withdraw. Order mailed to: Dennis Richins, 80 East Center Street, Henefer, UT 84033. Text Only Entry (athom, ) (Entered: 04/10/2020) |
| 04/20/2020 | 213 | MINUTE ORDER The parties shall participate in the Scheduling Conference set for 4/29/2020 09:00 AM telephonically by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Clerk of Court shall mail a copy of this Minute Order to Defendant Dennis Richens at 80 East Center St., Henefer, UT 84033. SO ORDERED, by Magistrate Judge Scott T. Varholak on 4/20/2020. Text Only Entry (stvlc1, ) (Entered: 04/20/2020) |
| 04/20/2020 | 214 | CERTIFICATE of Service by Mail by Clerk of Court re 213 Minute Order, to Dennis Richins, 80 East Center Street, Henefer, UT 84033. Text Only Entry (jgonz, ) (Entered: 04/20/2020) |
| 04/20/2020 | 215 | MOTION for Order to *RESET APRIL 29, 2020 SCHEDULING CONFERENCE AS A STATUS CONFERENCE* by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra. (Hood, Alexander) (Entered: 04/20/2020) |
| 04/21/2020 | 216 | MEMORANDUM by Judge Robert E. Blackburn on 4/21/20 regarding 215 MOTION for Order to *RESET APRIL 29, 2020 SCHEDULING CONFERENCE AS A STATUS CONFERENCE* filed by Liber Vilchez Guerra, Leovegildo Vilchez Guerra. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 04/21/2020) |
| 04/21/2020 | 217 | ORDER granting 215 Motion for Order. The Telephonic Scheduling Conference set for 4/29/2020 09:00 AM is VACATED and RESET as a Teleponic Status Conference on 4/29/2020 09:00 AM before Magistrate Judge Scott T. Varholak. Pro se Defendant shall be prepared to address his efforts to secure replacement counsel and when he will be prepared to proceed in this litigation. The Court will set a new time for the Scheduling Conference at the Status Conference. As previously noted, the parties shall participate in the Status Conference telephonically by calling 888.808.6929 at the scheduled time and utilizing access code: 2805116#. The Clerk of Court shall mail a copy of this Minute Order to Defendant Dennis Richens at 80 East Center St., Henefer, UT 84033. SO ORDERED, by Magistrate Judge Scott T. Varholak on 4/21/2020. Text Only Entry(stvlc2, ) (Entered: 04/21/2020) |
| 04/22/2020 | 218 | CERTIFICATE of Service by Mail by Clerk of Court re 217 Order, to Dennis Richins, 80 East Center Street, Henefer, UT 84033. Text Only Entry (jgonz, ) (Entered: 04/22/2020) |
| 04/28/2020 | 219 | NOTICE of Entry of Appearance by Erik Karl Schuessler on behalf of Dennis RichinsAttorney Erik Karl Schuessler added to party Dennis Richins(pty:dft) (Schuessler, Erik) (Entered: 04/28/2020) |

| | | |
|---|---|---|
| 04/29/2020 | 220 | MINUTE ENTRY for Telephonic Status Conference held before Magistrate Judge Scott T. Varholak on 4/29/2020. ORDERED: A Scheduling Conference set for 6/4/2020 09:15 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Parties may appear by phone by calling 888.808.6929 at the scheduled time utilizing access code: 2805116#. Parties shall file a ProposedScheduling Order one week in advance of the Scheduling Conference. Answer is due on or before May 29, 2020. FTR: 402. (morti, ) (Entered: 04/29/2020) |
| 05/21/2020 | 221 | NOTICE of Entry of Appearance by Kole Wayne Kelley on behalf of Dennis RichinsAttorney Kole Wayne Kelley added to party Dennis Richins(pty:dft) (Kelley, Kole) (Entered: 05/21/2020) |
| 05/29/2020 | 222 | ANSWER to 73 Amended Complaint, *and*, THIRD PARTY COMPLAINT against WESTERN RANGE ASSOCIATION by Dennis Richins.(Schuessler, Erik) (Entered: 05/29/2020) |
| 05/29/2020 | 223 | SUMMONS REQUEST as to Western Range Association re 222 Answer to Amended Complaint, Third Party Complaint by Defendant Dennis Richins, ThirdParty Plaintiff Dennis Richins. (Schuessler, Erik) (Entered: 05/29/2020) |
| 05/29/2020 | 224 | Proposed Scheduling Order *for June 4, 2020 Scheduling Conference* by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Rodolfo Llacua. (Hood, Alexander) (Entered: 05/29/2020) |
| 05/29/2020 | 225 | Administrative Notice: The 223 Third Party Summons submitted is incomplete and will not be issued. All named parties must be listed in the caption – et al can not be used. Please re–submit your completed form for issuance by selecting the Summons Request event. (Text Only Entry) (athom, ) (Entered: 05/29/2020) |
| 05/29/2020 | 226 | SUMMONS REQUEST as to Western Range Association re 73 Amended Complaint, by Defendant Dennis Richins, ThirdParty Plaintiff Dennis Richins. (Schuessler, Erik) (Entered: 05/29/2020) |
| 06/01/2020 | 227 | SUMMONS issued by Clerk. (athom, ) (Entered: 06/01/2020) |
| 06/04/2020 | 228 | MINUTE ENTRY for Scheduling Conference held before Magistrate Judge Scott T. Varholak on 6/4/2020. Discovery due by 1/15/2021. Dispositive Motions due by 2/19/2021. FTR: STV Courtroom A402. (lgale, ) (Entered: 06/04/2020) |
| 06/04/2020 | 229 | CIVIL SCHEDULING ORDER: by Magistrate Judge Scott T. Varholak on 6/4/20. (lgale, ) (Entered: 06/04/2020) |
| 06/09/2020 | 230 | SUMMONS Returned Executed by Dennis Richins. Western Range Association served on 6/3/2020, answer due 6/24/2020. (Schuessler, Erik) (Entered: 06/09/2020) |
| 06/24/2020 | 231 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 222 Answer to Amended Complaint, Third Party Complaint by ThirdParty Defendant Western Range Association. (Attachments: # 1 Proposed Order (PDF Only))(Munck, Amber) (Entered: 06/24/2020) |
| 06/25/2020 | 232 | MEMORANDUM by Judge Robert E. Blackburn on 6/25/20 regarding 231 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 222 Answer to Amended Complaint, Third Party Complaint filed by Western Range Association. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 06/25/2020) |
| 06/25/2020 | 233 | ORDER granting 231 Motion for Extension of Time for Third–Party Defendant to Respond to 222 Third Party Complaint until 7/24/2020, by Magistrate Judge Scott T. Varholak on 6/25/2020. Text Only Entry(stvlc1, ) (Entered: 06/25/2020) |
| 07/24/2020 | 234 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 222 Answer to Amended Complaint, Third Party Complaint by ThirdParty Defendant Western Range Association. (Beer, Naomi) (Entered: 07/24/2020) |
| 07/24/2020 | 235 | MEMORANDUM by Judge Robert E. Blackburn on 7/24/20 regarding 234 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 222 Answer to Amended Complaint, Third Party Complaint filed by Western Range Association. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 07/24/2020) |

| 07/24/2020 | 236 | ORDER granting 234 Second Motion for Extension of Time for Third–Party Defendant to Respond to 222 Third Party Complaint until 8/24/2020, by Magistrate Judge Scott T. Varholak on 7/24/2020. Text Only Entry(stvlc1, ) (Entered: 07/24/2020) |
|---|---|---|
| 08/24/2020 | 237 | NOTICE of Voluntary Dismissal re 222 Third Party Complaint by Defendant Dennis Richins, ThirdParty Plaintiff Dennis Richins (Schuessler, Erik) Modified on 5/21/2021 to correct event text (athom, ). (Entered: 08/24/2020) |
| 10/07/2020 | 238 | Unopposed MOTION to Stay re 229 Scheduling Order by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman. (Attachments: # 1 Ex. 1 – June 4, 2020 Conferral, # 2 Ex. 2 – Stipulation, # 3 Ex. 3 – Subsequent Attempts at Conferral)(Hood, Alexander) (Entered: 10/07/2020) |
| 10/08/2020 | 239 | MEMORANDUM by Judge Robert E. Blackburn on 10/8/20 regarding 238 Unopposed MOTION to Stay re 229 Scheduling Order filed by Liber Vilchez Guerra, Esliper Huaman, Leovegildo Vilchez Guerra. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 10/08/2020) |
| 10/08/2020 | 240 | ORDER granting 238 Motion to Stay. All case deadlines are STAYED pending Defendant obtaining new counsel. The parties are ORDERED to submit a joint status report and proposed scheduling deadlines on or before 10/30/2020. SO ORDERED, by Magistrate Judge Scott T. Varholak on 10/8/2020. Text Only Entry(stvlc2, ) (Entered: 10/08/2020) |
| 10/21/2020 | 241 | NOTICE of Entry of Appearance by Desmonne Alana Bennett on behalf of Dennis RichinsAttorney Desmonne Alana Bennett added to party Dennis Richins(pty:dft), Attorney Desmonne Alana Bennett added to party Dennis Richins(pty:3pp) (Bennett, Desmonne) (Entered: 10/21/2020) |
| 10/22/2020 | 242 | MOTION to Withdraw as Attorney *of Record* by Defendant Dennis Richins, ThirdParty Plaintiff Dennis Richins. (Schuessler, Erik) (Entered: 10/22/2020) |
| 10/22/2020 | 243 | ORDER REFERRING MOTION(S): 242 MOTION to Withdraw as Attorney *of Record* filed by Dennis Richins. Motion referred to Magistrate Judge Scott T. Varholak by Judge Robert E. Blackburn on 10/22/2020. Text Only Entry (reblc2) (Entered: 10/22/2020) |
| 10/22/2020 | 244 | ORDER granting 242 Motion to Withdraw as Attorneys of Record. Attorneys Kole Wayne Kelley and Erik Karl Schuessler are relieved of any further representation of Defendant/Third Party Plaintiff Dennis Richins. The Clerk of Court is instructed to terminate Attorneys Kelley and Schuessler as counsel of record, and to remove their names from the electronic certificate of mailing. Mr. Richins shall continue to be represented by Attorney Desmonne Alana Bennett. SO ORDERED, by Magistrate Judge Scott T. Varholak on 10/22/2020. Text Only Entry(stvlc1, ) (Entered: 10/22/2020) |
| 10/30/2020 | 245 | Joint MOTION for Order to *Amend Scheduling Order and Status Report* by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra. (Hood, Alexander) (Entered: 10/30/2020) |
| 11/02/2020 | 246 | MEMORANDUM by Judge Robert E. Blackburn on 11/2/20 regarding 245 Joint MOTION for Order to *Amend Scheduling Order and Status Report* filed by Liber Vilchez Guerra, Leovegildo Vilchez Guerra. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 11/02/2020) |
| 11/02/2020 | 247 | ORDER granting 245 Motion to Amend Scheduling Order. The deadline to join parties and amend the pleadings is 12/4/2020. The deadline to disclose expert witnesses is 2/12/2021. The deadline to disclose rebuttal experts is 3/26/2021. The Deadline to file motions for class certification is 4/9/2021. Discovery due by 6/11/2021. Dispositive Motions due by 7/16/2021. SO ORDERED, by Magistrate Judge Scott T. Varholak on 11/2/2020. Text Only Entry(stvlc2, ) (Entered: 11/02/2020) |
| 11/09/2020 | 248 | NOTICE of Change of Address/Contact Information *for Towards Justice* by Alexander Neville Hood (Hood, Alexander) (Entered: 11/09/2020) |
| 12/29/2020 | 249 | NOTICE of Entry of Appearance by Michael James Hofmann on behalf of Dennis RichinsAttorney Michael James Hofmann added to party Dennis Richins(pty:dft), |

| | | |
|---|---|---|
| | | Attorney Michael James Hofmann added to party Dennis Richins(pty:3pp) (Hofmann, Michael) (Entered: 12/29/2020) |
| 02/04/2021 | 250 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 2/4/21. All motions concerning the testimony of expert witnesses raising issues under Fed. R. Evid. 401, 702, 703, 704, or 705 as codified and construed shall be filed by March 15, 2021. A combined Final Pretrial Conference and Trial Preparation Conference is set 11/24/2021 at 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. A Five Day Jury Trial is set 12/13/2021 through 12/17/2021 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 02/04/2021) |
| 02/19/2021 | 251 | MOTION to Compel *Plaintiff Esliper Huaman's Response to Defendant's First Discovery Requests* by Defendant Dennis Richins. (Attachments: # 1 Exhibit 1)(Bennett, Desmonne) (Entered: 02/19/2021) |
| 02/22/2021 | 252 | MEMORANDUM by Judge Robert E. Blackburn on 2/22/21 regarding 251 MOTION to Compel *Plaintiff Esliper Huaman's Response to Defendant's First Discovery Requests* filed by Dennis Richins. Motion referred to Magistrate Judge Scott T. Varholak. Text Only Entry (rebsec) (Entered: 02/22/2021) |
| 02/22/2021 | 253 | ORDER This matter is before the Court on 251 Defendant's Motion to Compel Plaintiff Esliper Huaman's Response to Defendant's First Discovery Requests (the "Motion to Compel"). Pursuant to this Court's Civil Practice Standards, "a party may not file an opposed discovery motion without first complying with the[ ] discovery dispute procedures" set forth in the practice standards. At the Scheduling Conference, the Court expressly advised the parties "to review [the] practice standards especially with regard to resolving discovery disputes" and explained that "[c]ounsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions." [#228] Accordingly, the Motion to Compel is STRICKEN and the parties shall instead comply with the discovery dispute procedure set forth in this Court's practice standards. SO ORDERED, by Magistrate Judge Scott T. Varholak on 2/22/2021. Text Only Entry(stvlc1, ) (Entered: 02/22/2021) |
| 03/10/2021 | 254 | RESPONSE to 251 MOTION to Compel *Plaintiff Esliper Huaman's Response to Defendant's First Discovery Requests* filed by Plaintiff Esliper Huaman. (Hood, Alexander) (Entered: 03/10/2021) |
| 03/16/2021 | 255 | ORDER TO SHOW CAUSE: returnable by Plaintiff Huaman why Plaintiff Huamans claims should not be dismissed pursuant to Fed. R. Civ. P. 37(d)(1)(A)(ii) for failure to respond to discovery and/or pursuant to D.C.COLO.LCivR 41.1 for failure to comply with the Federal Rules of Civil Procedure and failure to prosecute. Show Cause Response due by 4/16/2021, by Magistrate Judge Scott T. Varholak on 3/16/2021. (jgonz, ) (Entered: 03/16/2021) |
| 04/13/2021 | 256 | MINUTE ORDER by Judge Robert E. Blackburn on 4/13/21. The parties have notified the court that this case has settled. Therefore, Dismissal Paper due by 5/13/2021. Text Only Entry (rebsec) (Entered: 04/13/2021) |
| 04/15/2021 | 257 | RESPONSE TO ORDER TO SHOW CAUSE re 255 by Plaintiff Esliper Huaman. (Hood, Alexander) (Entered: 04/15/2021) |
| 04/21/2021 | 258 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Andrew Arthur Schmidt was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (ebutl) (Entered: 04/21/2021) |
| 05/06/2021 | 259 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a) Amber J. Munck was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Counsel, however, need not pay any delinquent biennial fees. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this |

| | | |
|---|---|---|
| | | case. (Text Only Entry) (tnguy) (Entered: 05/06/2021) |
| 05/13/2021 | <u>260</u> | Joint MOTION for Extension of Time to *File Dismissal Papers (Requesting One–Week Extension)* by Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez Guerra, Esliper Huaman. (Hood, Alexander) (Entered: 05/13/2021) |
| 05/13/2021 | 261 | MINUTE ORDER by Judge Robert E. Blackburn on 5/13/21 granting <u>260</u> Motion for Extension of Time to File. Dismissal Paper due by 5/20/2021. Text Only Entry(rebsec) (Entered: 05/13/2021) |
| 05/20/2021 | <u>262</u> | STIPULATION of Dismissal of Case *with Prejudice* by Defendant Dennis Richins, ThirdParty Plaintiff Dennis Richins. (Bennett, Desmonne) (Entered: 05/20/2021) |
| 05/21/2021 | <u>263</u> | ORDER OF DISMISSAL. The Stipulation of Dismissal With Prejudice [# <u>262</u> ] is approved. Plaintiffs' claims are dismissed with prejudice, with each party to bear their own attorney fees and costs. Any pending pretrial deadlines are vacated. The combined Final Pretrial Conference and Trial Preparation Conferencescheduled for 11/24/2021, at 1:30 p.m., is vacated. The trial scheduled to commence on 12/13/2021, is vacated. This case is closed. by Judge Robert E. Blackburn on 05/21/2021. (athom, ) (Entered: 05/21/2021) |