# EXHIBIT 3

FILED EFFECTIVE

2015 DEC -8 PM 1:33


SECRETARY OF STATE
STATE OF IDAHO

File Number: C51623

# STATEMENT OF CHANGE OF BUSINESS MAILING ADDRESS
(see reverse for instructions)

The entity identified below submits to the Secretary of State the following statement for the purpose of changing its business mailing address.

1. The name of the business entity is: WESTERN RANGE ASSOCIATION

2. The business mailing address is currently on file as:
   1245 E. Brickyard Rd, Suite #190, Salt Lake City, UT 84106

3. The business mailing address is to be changed to:
   161 Fifth Avenue South, Suite 100, Twin Falls, ID 83301

4. Change of address is effective:

   ☑ Upon Receipt   OR   ☐ _____
                              (Date)

Signed: _____
Printed Name: Lane Jensen
Capacity: President
Dated: 12/2/15

g:\corp\forms\miscforms\change_address.pmd          FILE ONE COPY          NO FEE REQUIRED