# EXHIBIT 4

# STATE OF IDAHO
*Office of the secretary of state, Lawerence Denney*
## ANNUAL REPORT
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

**For Office Use Only**
**-FILED-**
File #: 0004790139
Date Filed: 6/23/2022 11:02:37 AM

**Entity Name and Mailing Address:**

| | |
|---|---|
| Entity Name: | WESTERN RANGE ASSOCIATION |
| Foreign Name (name in home jurisdiction): | WESTERN RANGE ASSOCIATION |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0000166495 |
| Address | 161 5TH AVE S STE 100 TWIN FALLS, ID 83301-6217 |

**Entity Details:**

| | |
|---|---|
| Entity Status | Active-Good Standing |
| This entity is organized under the laws of: | CALIFORNIA |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | C51623 |

**The registered agent on record is:**

Registered Agent

CT CORPORATION SYSTEM
Commercial Registered Agent
Physical Address
921 S ORCHARD ST
STE G
BOISE, ID 83705
Mailing Address
921 S ORCHARD ST
STE G
BOISE, ID 83705

**Agent or Address Change**

☐ Select if you are appointing a new agent.

**Corporate Officers and Directors:**

| Name | Title | Business Address |
|---|---|---|
| ▪ Ryan Indart | Director | 10464 EAST HERNDON CLOVIS, CA 93615 |
| ▪ Nick Etcheverry | President | 16249 WINFIELD AVE. BAKERSFIELD, CA 93314 |
| Henry Etcheverry | Director | 59 W. 100 N. RUPERT, ID 83350 |
| ▪ Andree Soares | Treasurer | 1232 CALIFORNIA AVENUE LOS BANOS, CA 93635 |
| ▪ David Little | Vice President | HC 30 BOX 346 SPRING CREEK, NV 89815 |
| Hank Dufurrena | Director | 44115 BIG CREEK RD. WINNEMUCCA, NV 89445 |
| Stephen Elgorriaga | Director | 13377 RD. 18 1/2 MADERA, CA 83637 |



| David Julian | Director | 4975 HWY 233<br>KEMMERER, WY 83101 |
|---|---|---|
| Frank Shirts | Director | BOX 393<br>WILDER, ID 83676 |
| ■ Ernie Etchart | Director | 13621 5875 RD<br>MONTROSE, CO 81403-8044 |
| Lane Jensen | Director | 7015 NORTH 6800 WEST<br>TREMONTON, UT 84337 |
| Treston Vermandel | Director | PO BOX 30678<br>BILLINGS, MT 59115 |
| Harry Soulen | Director | PO BOX 827<br>WEISER, ID 83672 |

The annual report must be signed by an authorized signer of the entity.

Job Title:  Executive Director

*Monica Youree*                                             06/23/2022
Sign Here                                                         Date

B0720-1578 06/23/2022 11:02 AM Received by ID Secretary of State Lawerence Denney