# EXHIBIT 5

| No. C 51623 | Due no later than Jul 31, 2014 | 2. Registered Agent and Address **(NO PO BOX)** |
|---|---|---|
| Return to:<br>SECRETARY OF STATE<br>700 WEST JEFFERSON<br>PO BOX 83720<br>BOISE, ID 83720-0080<br><br>**NO FILING FEE IF RECEIVED BY DUE DATE** | **Annual Report Form**<br>**1. Mailing Address: Correct in this box if needed.**<br>WESTERN RANGE ASSOCIATION<br>DENNIS RICHINS<br>1245 E BRICKYARD RD<br>SUITE #190<br>SALT LAKE CITY UT  84106 | C T CORPORATION SYSTEM<br>921 S ORCHARD STREET<br>SUITE G<br>BOISE ID  83705<br>USA<br><br>3. New Registered Agent Signature:* |

4. Corporations: Enter Names and Business Addresses of President, Secretary, and Directors. Treasurer (optional).

| Office Held | Name | Street or PO Address | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| DIRECTOR | DAVID LITTLE | HC 30 BOX 360 | SPRING CREEK | NV | USA | 89815 |
| DIRECTOR | KEN WIXOM | 260 WEST 300 NORTH | BLACKFOOT | ID | USA | 83221 |
| DIRECTOR | CAYLE KREBS | 75396 HIGHWAY 74 | IONE | OR | USA | 97843 |
| DIRECTOR | RAYMOND A TALBOTT | 20654 W. HENRY MILLER ROAD | LOS BANOS | CA | USA | 93635 |
| DIRECTOR | HENRY ETCHEVERRY | P.O. BOX 427 | LAVA HOT SPRINGS | ID | USA | 83246 |
| PRESIDENT | LANE JENSEN | 7015 NORTH 6800 WEST | TREMONTON | UT | USA | 84337 |
| DIRECTOR | PHIL SOULEN | 1760 FAIRMONT DRIVE | WEISER | ID | USA | 83672 |
| DIRECTOR | FRANK SHIRTS | BOX 393 | WILDER | ID | USA | 83676 |
| DIRECTOR | RYAN INDART | 10464 EAST HERNDON | CLOVIS | CA | USA | 93612 |
| SECRETARY | TRUMAN JULIAN | 409 QUARTZ STREET | KEMMERER | WY | USA | 83101 |
| DIRECTOR | JOHN ESPIL | 2889 GRANVILLE DRIVE | SPARKS | NV | USA | 89436 |
| DIRECTOR | JOE HELLE | 1100 STONE CREEK ROAD | DILLON | MT | USA | 59725 |
| DIRECTOR | STEVE RAFTOPOULOS | 1040 STOCK DRIVE | CRAIG | CO | USA | 81625 |
| DIRECTOR | BEN ELGORRIAGA | 22273 AVE. 15 | MADERA | CA | USA | 93637 |
| DIRECTOR | NICK ETCHEVERRY | 16249 WINFIELD AVENUE | BAKERSFIELD | CA | USA | 93314 |

| 5. Organized Under the Laws of:<br>CA<br>C 51623 | 6. Annual Report must be signed.*<br>Signature: Dennis Richins<br>Name (type or print): Dennis Richins | Date: 07/06/2014<br>Title:  Executive Diretor |
|---|---|---|
| Processed 07/06/2014 | * Electronically provided signatures are accepted as original signatures. | |