# EXHIBIT 6

No. **C 51623**

**Due no later than Jul 31, 2015**

# Annual Report Form

Return to:

SECRETARY OF STATE
700 WEST JEFFERSON
PO BOX 83720
BOISE, ID 83720-0080

**NO FILING FEE IF RECEIVED BY DUE DATE**

**1. Mailing Address: Correct in this box if needed.**

WESTERN RANGE ASSOCIATION
GREG HEIDEMANN
1245 E BRICKYARD RD
SUITE #190
SALT LAKE CITY UT 84106

2. Registered Agent and Address **(NO PO BOX)**

C T CORPORATION SYSTEM
921 S ORCHARD STREET
SUITE G
BOISE ID 83705

3. New Registered Agent Signature:*

4. Corporations: Enter Names and Business Addresses of President, Secretary, and Directors. Treasurer (optional).

| Office Held | Name | Street or PO Address | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| DIRECTOR | TOM W HELLE | 1350 STONE CREEK ROAD | DILLON | MT | USA | 59725 |
| DIRECTOR | RAYMOND A TALBOTT | 20654 W. HENRY MILLER ROAD | LOS BANOS | CA | USA | 93635 |
| DIRECTOR | HENRY ETCHEVERRY | P.O. BOX 427 | LAVA HOT SPRINGS | ID | USA | 83246 |
| PRESIDENT | LANE JENSEN | 7015 NORTH 6800 WEST | TREMONTON | UT | USA | 84337 |
| DIRECTOR | PHIL SOULEN | 1760 FAIRMONT DRIVE | WEISER | ID | USA | 83672 |
| DIRECTOR | FRANK SHIRTS | BOX 393 | WILDER | ID | USA | 83676 |
| DIRECTOR | RYAN INDART | 10464 EAST HERNDON | CLOVIS | CA | USA | 93612 |
| SECRETARY | TRUMAN JULIAN | 409 QUARTZ STREET | KEMMERER | WY | USA | 83101 |
| DIRECTOR | JOHN ESPIL | 2889 GRANVILLE DRIVE | SPARKS | NV | USA | 89436 |
| DIRECTOR | STEVE RAFTOPOULOS | 1040 STOCK DRIVE | CRAIG | CO | USA | 81625 |
| DIRECTOR | BEN ELGORRIAGA | 22273 AVE. 15 | MADERA | CA | USA | 93637 |
| DIRECTOR | NICK ETCHEVERRY | 16249 WINFIELD AVENUE | BAKERSFIELD | CA | USA | 93314 |
| DIRECTOR | DAVID LITTLE | HC 30 BOX 360 | SPRING CREEK | NV | USA | 89815 |
| DIRECTOR | KEN WIXOM | 260 WEST 300 NORTH | BLACKFOOT | ID | USA | 83221 |

5. Organized Under the Laws of:

**CA**
**C 51623**

6. Annual Report must be signed.*

Signature: Greg Heidemann — Date: 07/09/2015

Name (type or print): Greg Heidemann — Title: Executive Director

Processed 07/09/2015

* Electronically provided signatures are accepted as original signatures.