# EXHIBIT 7







