ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com
**Attorneys for Defendant**
WESTERN RANGE ASSOCIATION

THIERMAN BUCK, LLP
MARK R. THIERMAN, ESQ., NV Bar No. 8285
JOSHUA D. BUCK, ESQ., NV Bar No. 12187
LEAH L. HONES, ESQ., NV Bar No. 13161
JOSHUA HENDRICKSON, ESQ., NV Bar No. 12225
7287 Lakeside Drive
Reno, NV 89511
Tel: 775-284-1500-
Fax: 775-703-5027
joshh@thiermanbuck.com
**Attorneys for Plaintiff**

FAIRMARK PARTNERS, LLP
JAMIE CROOKS, ESQ., (Pro Hac Vice)
11825 7th Street SW. #821
Washington, DC 20001
jamie@fairmarklaw.com
**Attorneys for Plaintiff**

TOWARDS JUSTICE
DAVID H. SELIGMAN, ESQ., (Pro Hac Vice)
NATASHA VITERI, ESQ., (Pro Hac Vice)
ALEXANDER HOOD, ESQ., (Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION,<br><br>Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT WESTERN RANGE ASSOCIATION'S REPLY IN SUPPORT OF IT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>**[WESTERN RANGE ASSOCIATION'S] FIRST REQUEST** |

Defendant WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel, ELLEN JEAN WINOGRAD, ESQ., and JOSE TAFOYA, ESQ., of WOODBURN AND WEDGE, and Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, JAMIE CROOKS, ESQ., of FAIRMARK PARTNERS, LLC., hereby stipulate to extend the time in which Defendant Western Range has to Reply to its Motion to Dismiss Plaintiff's Complaint or in the Alternative Motion to Transfer Venue.

Defendant Western Range filed its Motion to Dismiss Plaintiff's Complaint or in the Alternative Motion to Transfer Venue on August 16, 2022. [Doc #23]. The parties filed a stipulation to expand time for Plaintiff to file Opposition to Defendant's Motion to Dismiss, to and including October 14, 2022, and to extend Defendant's time to file a Reply, to and including November 14, 2022. [Doc #26]. The Order granting the extensions was entered on August 28, 2022. [Doc #27].

This is the second request by the parties for an extension and it is Western Range Association's first request. The parties agree to allow Defendant Western Range to and including November 22, 2022 to file its reply in support of the Dismissal Motion.

This request for an extension is made in good faith and not for the purposes of delay.

The undersigned does hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the social security number of any person.

DATED this 10th November, 2022.

| WOODBURN AND WEDGE | FAIRMARK PARTNERS, LLP |
|---|---|
| By s// Ellen Jean Winograd, Esq. | By: s// Jamie Crooks, Esq. |
| ELLEN JEAN WINOGRAD, ESQ. | JAMIE CROOKS, ESQ. |
| JOSE TAFOYA, ESQ. | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| WESTERN RANGE ASSOCIATION | |

**ORDER**

IT IS SO ORDERED.

DATED: ___Nov. 10___, 2022.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE