**THIERMAN BUCK LLP**
MARK R. THIERMAN, ESQ., Nev. Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ., Nev. Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ., Nev. Bar No. 13161
leah@thiermanbuck.com
JOSHUA H. HENDRICKSON, Nev. Bar No. 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (Admitted *Pro Hac Vice*)
AISHA RICH, ESQ. (Admitted *Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (Admitted *Pro Hac Vice*)
NATASHA VITERI, ESQ. (Admitted *Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (Admitted *Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

*Attorneys for Plaintiff and the Putative Class*

**WOODBURN AND WEDGE**
ELLEN JEAN WINOGRAD, ESQ.
Nev. Bar No. 815
JOSE TAFOYA, ESQ.
Nev. Bar No. 16011
6100 Neil Road, Ste. 500
Reno, NV 89511
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com
(775) 688-3000
(775) 688-3088- Fax
Attorneys for Defendant
WESTERN RANGE ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;**

**Plaintiff,**

V.

**WESTERN RANGE ASSOCIATION;**

**Defendant.**

Case No. 3:22-cv-00249-MMD-CLB

**ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT, TO HOLD LR 26 INITIAL CONFERENCE, AND TO SERVE INITIAL DISCLOSURES**

**(FIRST REQUEST)**

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, JAMIE CROOKS of FAIRMARK PARTNERS, LLP, and Defendant WESTERN RANGE ASSOCIATION ("Defendant"), by and through its counsel of record, ELLEN JEAN WINOGRAD and JOSE TAFOYA of WOODBURN AND

1  WEDGE, hereby stipulate, and request this Court, to grant Defendant an extension to and including May 19,

2  2023, 45 days in which to respond to Plaintiff's Complaint.

3          The Answer to Plaintiff's 32-page Complaint is currently due on April 4, 2023. Defense Counsel has

4  family obligations, preparation for a religious holiday and a Nevada Supreme Court Brief due on April 26, 2023,

5  which make this extension necessary.

6          In addition, the parties stipulate that the LR 26 Initial Conference will be on or before June 4, 2023, and

7  Initial Disclosures will also be exchanged on or before June 4, 2023.

8          This Stipulation is made in good faith and not for purposes of delay.

9          Dated: this ___ day of March, 2023.

10

11  **FAIRMARK PARTNERS, LLP**                              **WOODBURN AND WEDGE**

12  *S// AISHA RICH, ESQ.*                                  *S// ELLEN JEAN WINOGRAD, ESQ.*

13  AISHA RICH, ESQ. (Admitted *Pro Hac Vice*)             ELLEN JEAN WINOGRAD, ESQ.
    1825 7th St NW, #821                                    JOSE TAFOYA, ESQ.

14  Washington, DC 20001                                    6100 Neil Road, Ste. 500
                                                            Reno, NV 89511

15  Counsel for Plaintiff and the Putative Class            Counsel for Defendant

16

17

18

19

20

21     **IT IS SO ORDERED**

22     Dated: March 30, 2023

23

24     _____

25     UNITED STATES DISTRICT/MAGISTRATE JUDGE

26

27

28