| | |
|---|---|
| **THIERMAN BUCK LLP**<br>MARK R. THIERMAN, Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>JOSHUA D. BUCK, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>LEAH L. JONES, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>JOSHUA H. HENDRICKSON, Nev. Bar No. 12225<br>joshh@thiermanbuck.com<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027<br><br>**FAIRMARK PARTNERS, LLP**<br>JAMIE CROOKS, ESQ. (*Pro Hac Vice*)<br>AISHA RICH, ESQ. (*Pro Hac Vice*)<br>jamie@fairmarklaw.com<br>1825 7th St NW, #821<br>Washington, DC 20001<br><br>**TOWARDS JUSTICE**<br>DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)<br>NATASHA VITERI, ESQ. (*Pro Hac Vice*)<br>ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)<br>alex@towardsjustice.org<br>1535 High Street, Ste. 300<br>Denver, CO 80218<br><br>*Attorneys for Plaintiff and the Putative Class* | **WOODBURN AND WEDGE**<br>ELLEN JEAN WINOGRAD,<br>Nev. Bar No. 815<br>JOSE TAFOYA, Nev. Bar No. 16011<br>6100 Neil Road, Ste. 500<br>Reno, NV 89511<br>ewinograd@woodburnandwedge.com<br>Telephone: (775) 688-3000<br>Facsimile: (775) 688-3088<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION;<br><br>Defendant. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND THERETO**<br><br>**(FIRST REQUEST)** |

1

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, AISHA RICH of FAIRMARK PARTNERS, LLP, and Defendant WESTERN RANGE ASSOCIATION ("Defendant"), by and through its counsel of record, ELLEN JEAN WINOGRAD of WOODBURN AND WEDGE, hereby stipulate, and request this Court, to (1) grant Plaintiff leave to file a First Amended Complaint by June 16, 2023 and (2) to grant Defendant leave to respond to the First Amended Complaint by July 17, 2023.

The Answer to Plaintiff's original Complaint is currently due May 19, 2023. Plaintiff has recently informed Defendant that he intends to file an Amended Complaint in order to obtain Defendant's consent as is required by Fed. R. Civ. P. 15(a)(2). The Parties conferred and have agreed on a proposed amended pleadings schedule, as follows:

- Plaintiff will file his First Amended Complaint by June 16, 2023; and
- Defendant will file its response by July 17, 2023.

Plaintiff and Defendant intend to have their Local Rule 26(f) conference on or before June 4, 2023, as previously specified by stipulation to this Court. *See* Dkt. 44. However, in light of the timing of Plaintiff's First Amended Complaint, the Parties further stipulate, and request this Court, to allow them to file their stipulated discovery plan and scheduling order by June 30, 2023, instead of within 14 days of the conference, as is required by Local Rule 26-1(a).

//
//
//
//
//
//
//
//
//
//
//

This Stipulation was prepared by counsel for Plaintiff with the consent of Defendant and is made in good faith and not for purposes of delay.

Dated: April 28, 2023                                             Dated: April 28, 2023

**FAIRMARK PARTNERS, LLP**                        **WOODBURN AND WEDGE**

/s/ Aisha Rich                                                        /s/ Ellen Jean Winograd, Esq.
AISHA RICH, ESQ. (*Pro Hac Vice*)               ELLEN JEAN WINOGRAD
1825 7th St NW, #821                                      6100 Neil Road, Ste. 500
Washington, DC 20001                                    Reno, NV 89511

*Counsel for Plaintiff and the Putative Class*      *Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this 1st day of   May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3