**THIERMAN BUCK LLP**
MARK R. THIERMAN, Nev. Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, Nev. Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
JOSHUA H. HENDRICKSON, Nev. Bar No. 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
AISHA RICH, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
NATASHA VITERI, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

*Attorneys for Plaintiff and the Putative Class*

**EDELSON PC**
Natasha Fernández-Silber*
nfernandezsilber@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

*Attorneys for Plaintiff and the Putative Class (Cont'd)*

**WOODBURN AND WEDGE**
ELLEN JEAN WINOGRAD,
Nev. Bar No. 815
JOSE TAFOYA, Nev. Bar No. 16011
6100 Neil Road, Ste. 500
Reno, NV 89511
ewinograd@woodburnandwedge.com
Telephone: (775) 688-3000
Facsimile: (775) 688-3088

*Attorneys for Defendant Western Ranch Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs. | Case No. 3:22-cv-00249-MMD-CLB |

1

|   |   |
|---|---|
| WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F. I. M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation;<br><br>Defendants. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO FILE LR 26 STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff") and Defendant WESTERN RANGE ASSOCIATION ("WRA") originally stipulated to, and requested that this Court, (1) grant Plaintiff leave to file a First Amended Complaint by June 16, 2023; (2) grant WRA leave to respond to the First Amended Complaint by July 17, 2023; and (3) order Plaintiff and WRA to file a stipulated discovery plan and scheduling order by June 30, 2023. *See* Dkt. 46, 47.

Plaintiff filed his First Amended Complaint on June 16, 2023. Dkt. 50. Although Plaintiff has added eight member ranches of the WRA as named defendants, the substance of Plaintiff's claims, factual allegations, and legal theories remain materially identical to those asserted in the original Complaint. WRA is planning to file its response, as stipulated, by July 17, 2023.

Plaintiff and WRA had their Local Rule 26(f) conference on May 24, 2023, within the timeframe previously specified by stipulation to this Court. *See* Dkt. 44. Plaintiff and WRA have since served initial disclosures, and WRA was served with Plaintiff's First Requests for Production on May 30, 2023. Plaintiff has agreed to extend WRA's deadline to respond to Plaintiff's First Requests for Production to July 28, 2023. Though the discovery process is now underway, the Parties were unable to reach consensus as to a stipulated discovery plan and scheduling order prior to the filing of the First Amended Complaint and the meet and confer process is still actively underway. The Parties believe they may be able to reach a consensus if they have additional time to negotiate. For this reason, the Parties further stipulate, and request that this Court allow them to move deadlines

at least 14 days to file their stipulated discovery plan and scheduling order by July 15, 2023.

This stipulation is the second request to move the deadline to file a stipulated discovery plan and scheduling order, but is the first request following the Amendment of the Complaint and the addition of the eight new defendants. The request is made to promote judicial economy (FRCP 1) and not for purposes of delay.

This Stipulation was prepared by counsel for Defendant WRA with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: June 28, 2023                              Dated: June 28, 2023

**FAIRMARK PARTNERS, LLP**                        **WOODBURN AND WEDGE**

/s/ Aisha Rich                                    */s/ Ellen Jean Winograd, Esq.*
AISHA RICH, ESQ. (*Pro Hac Vice*)                 ELLEN JEAN WINOGRAD
1825 7th St NW, #821                              JOSE A. TAFOYA
Washington, DC 20001                              6100 Neil Road, Ste. 500
                                                  Reno, NV 89511
*Counsel for Plaintiff and the Putative Class*    *Counsel for Defendant Western Range*
                                                  *Association*

**ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of June 2023.

_____
U.S. Magistrate Judge

3