ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*
*John Espil Sheep Co., Inc.*
*The Little Paris Sheep Company, LLC*
*Borda Land & Sheep Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation;<br><br>Defendants. | Case No.:   3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS JOHN ESPIL SHEEP CO., INC., THE LITTLE PARIS SHEEP COMPANY, LLC, AND BORDA LAND & SHEEP COMPANY, LLC, TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

1
2
3
4
5
6

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, AISHA RICH of FAIRMARK PARTNERS, LLP, and Defendants BORDA LAND & SHEEP COMPANY, LLC, THE LITTLE PARIS SHEEP COMPANY, LLC, and JOHN ESPIL SHEEP CO., INC. (collectively, "Defendants"), by and through their counsel of record, DUNCAN G. BURKE of SIMONS HALL JOHNSTON PC, hereby stipulate, and request this Court, to grant Defendants leave to respond to the First Amended Complaint by August 14, 2023.

7
8
9
10
11
12
13
14
15
16

A response to Plaintiff's First Amended Complaint by BORDA LAND & SHEEP COMPANY, LLC, is currently due on July 13, 2023.  A response to Plaintiff's First Amended Complaint by THE LITTLE PARIS SHEEP COMPANY, LLC, is currently due on July 26, 2023. JOHN ESPIL SHEEP CO., INC. has authorized SIMONS HALL JOHNSTON PC to accept service on its behalf, and acknowledges that it has been served with the summons and complaint. SIMONS HALL JOHNSTON PC was recently retained and lead counsel, ANTHONY L. HALL, is out of the country and inaccessible until the second week of August.  The parties stipulate and request that this Court allow Defendants to file their response to the First Amended Complaint by August 14, 2023.  This stipulation does not affect the deadlines that are currently in place for Defendants that are not a party to this stipulation.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

This Stipulation was prepared by counsel for Defendants with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:  July 13, 2023

**EDELSON PC**

/s/ *YAMAN SALAHI*

YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
150 California St., 18th Floor, #821
San Francisco, CA 94111

*Counsel for Plaintiff and the Putative Class*

Dated:  July 13, 2023

**SIMONS HALL JOHNSTON PC**

/s/ *DUNCAN GEORGE BURKE*

DUNCAN GEORGE BURKE
690 Sierra Rose Dr.,
Reno, Nevada 89511

*Counsel for Defendants*
*John Espil Sheep Co., Inc.*
*The Little Paris Sheep Company,*
*LLC Borda Land & Sheep Company,*
*LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this ___13th___ day of __July__ 2023.

_____
U.S. Magistrate Judge