Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No. 6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone (775) 499-5647
*Attorney for Defendants*
*F.I.M. Corporation*
*Need More Sheep Co LLC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.: 3:22-cv-00249-MMD-CLB <br><br> ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS F.I.M. CORP. AND NEED MORE SHEEP CO., LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST) |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, YAMAN SALAHI, ESQ. of EDELSON, P.C. and Defendants F.I.M. Corp. and Need More Sheep Co., LLC (collectively, "Stipulating Defendants"), by and through their counsel of record, JERRY M. SNYDER of

1

JERRY SNYDER LAW, hereby stipulate, and request this Court, to grant Stipulating Defendants leave to respond to the First Amended Complaint by August 10, 2023. A response to Plaintiff's First Amended Complaint by Stipulating Defendants was due on July 13, 2023. Jerry Snyder, a sole practitioner, was recently retained and given the complexity of the issues involved, the procedural history of the case, and counsel's case load, more time is required to frame a response to the Complaint. The undersigned parties stipulate and request that this Court allow Stipulating Defendants to file their response to the First Amended Complaint by August 10, 2023. This stipulation does not affect the deadlines that are currently in place for Defendants that are not a party to this stipulation.

This Stipulation was prepared by counsel for Stipulating Defendants with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:  July 17, 2023

/s/ *Jerry M. Snyder*
Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No.   6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone: (775) 499-5647
*Attorney for F.I.M. Corp, Inc.*
*Need More Sheep Co., LLC*

/s/ Yaman Salahi
YAMAN SALAHI, ESQ (*pro hac vice*)
150 California St., 18th Floor, #821
San Francisco, CA 94111

*Counsel for Plaintiff and Putative Class*

**ORDER**

**IT IS SO ORDERED.**
**Dated:** July 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2