**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.: 3:22-cv-00249-MMD-CLB <br><br> ORDER GRANTING <br><br> STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ELLISON RANCHING COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> (FIRST REQUEST) |

Defendant Ellison Ranching Company ("Ellison"), by and through its counsel, Fabian VanCott, and Plaintiff Cirilo Ucharima Alvarado ("Plaintiff"), by and through his counsel, Edelson PC, hereby stipulate and agree, and request this Court, to grant Ellison leave to respond to the First Amended Complaint up to and including August 10, 2023.

A response to Plaintiff's First Amended Complaint by Ellison is currently due on July 24, 2023. Ellison's counsel, Fabian VanCott was very recently retained and therefore requests this extra time to conduct its preliminary investigation in order to properly respond

to the First Amended Complaint. This stipulation does not affect the deadlines that are currently in place for the remaining Defendants as they are not parties to this stipulation.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: July 21st, 2023                                             Dated: July 21st, 2023

**EDELSON PC**                                                    **FABIAN VANCOTT**
*/s/ YAMAN SALAHI, ESQ*                                           */s/ DAVID SEXTON*
YAMAN SALAHI, ESQ. (Pro Hac Vice)                                 David Sexton
250 California St., 18th Floor, #821                              411 E. Bonneville Ave. Ste. 400
San Francisco, CA 94111                                           Las Vegas, Nevada 89101
*Counsel for Plaintiff and the Punitive Class*                    *Counsel for Ellison Ranching Company*

**ORDER**

**IT IS SO ORDERED.**

Dated this __24th__ day of __July__ 2023.

_____
U.S. Magistrate Judge