UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, | 3:22-cv-00249-MMD-CLB |
| Plaintiff(s), | **MINUTES OF PROCEEDINGS** |
| vs. | DATE: July 25, 2023 |
| WESTERN RANGE ASSOCIATION, et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE CARLA BALDWIN,   U.S.MAGISTRATE JUDGE
Deputy Clerk:   Lisa Mann   Court Reporter:   Liberty Recorder
Counsel for Plaintiff(s):   Yaman Salahi and Aisha Rich
Counsel for Defendant(s):   Ellen Winograd, David Sexton, Duncan Burke, and Jerry Snyder

PROCEEDINGS: VIRTUAL CASE MANAGEMENT CONFERENCE

1:01 p.m. Court convenes.

The Court inquires and Ms. Rich advises that she is present telephonically and not by video as she will soon be leaving the Fairmark Partners, LLP firm and advises that Mr. Salahi will be representing the Plaintiffs in this case.

The Court expresses her displeasure in the way things were stated by Plaintiffs counsel in the Joint Case Management Report (ECF No. 65.) The Court further expresses her concern with the number of attorneys representing the Plaintiffs in this case and advises that she expects Mr. Salahi to be lead counsel for the Plaintiffs and further expects that the comments as stated by Plaintiffs' counsel in the Joint Case Management Report (ECF No. 65) will not occur in future filings with this Court.

The Court advises counsel of the papers the Court reviewed in preparation for this case management conference.

The Court inquires and Mr. Salahi reports that conversations have been had with counsel for Defendant Holland Ranch, LLC regarding an extension of time until August 10, 2023, to answer or otherwise plead. However, Mr. Salahi further reports that no formal appearance has been made by that attorney as she is not permitted to practice in Federal Court and is searching for counsel who can appear in Federal Court. Therefore, the Court orders that Defendant Holland Ranch, LLC shall have until **Thursday, August 10, 2023**, to file an answer or otherwise plead to the First Amended Complaint (ECF No. 50.)

The Court advises counsel of her expectations of counsel going forward in this case. The Court explains that she expects counsel to talk on the telephone, to have a video conference, or to speak in person regarding any meet and confers. In addition, the Court expects counsel to return telephone calls and/or to return emails.

The Court discusses her Standing Order (ECF no. 28) and directs counsel to carefully read and review the order as it pertains to discovery disputes, issues at depositions, and the requirement of lead counsel to appear at hearings.

The Court and counsel discuss a discovery plan and scheduling order in this case. The Court advises that there is no need to stay discovery and notes that Ms. Winograd shall respond to discovery requests as best she can with the understanding that supplemental responses may be required. The Court further advises that she is amenable to the length of time set forth in the proposed schedules as outlined by the parties in the Joint Case Management Report (ECF No. 65.) However, the Court advises counsel that she will not adopt either proposal. Instead, counsel are ordered to meet and confer within

the next thirty (30) days regarding a discovery plan and scheduling order. Specifically, counsel shall meet and confer regarding the length, scope, and timing for discovery. In addition, counsel shall also meet and confer regarding a protective order and a protocol for electronically stored information ("ESI".) Thereafter, counsel shall file the proposed discovery plan and scheduling order, a protective order, and a protocol for ESI by no later than **Wednesday, August 30, 2023**. The Court directs the Courtroom Deputy to email counsel with language the Court requires to be included in a protective order regarding the sealing of documents and the jurisdiction of the Court. If the parties are unable to agree on a joint discovery plan and scheduling order, a stipulated protective order, or a stipulation regarding protocol for ESI, counsel shall file by no later than **Wednesday, August 30, 2023**, separate status reports indicating such and shall attach the competing versions as an exhibit to the status report.

The Court and counsel discuss the scheduling of continued case management conferences and schedule a continued Virtual Case Management Conference for **Wednesday, October 25, 2023,** at **9:00 a.m.** Counsel shall file a joint or separate case management report by no later than five (5) court days prior to the conference and are directed to review the Court's Standing Order (ECF No. 28) regarding the information required to be included in such report. If there are no issues for the Court's consideration, the Court will vacate the case management conference.

IT IS SO ORDERED.

1:39 p.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Lisa Mann, Deputy Clerk