1   **THIERMAN BUCK LLP**
    MARK R. THIERMAN, Nev. Bar No. 8285
2   mark@thiermanbuck.com
    JOSHUA D. BUCK, Nev. Bar No. 12187
3   josh@thiermanbuck.com
    LEAH L. JONES, Nev. Bar No. 13161
4   leah@thiermanbuck.com
    JOSHUA H. HENDRICKSON, Nev. Bar No. 12225
5   joshh@thiermanbuck.com
    7287 Lakeside Drive
6   Reno, Nevada 89511
    Telephone: (775) 284-1500
7   Facsimile: (775) 703-5027

8   **FAIRMARK PARTNERS, LLP**
    JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
9   AISHA RICH, ESQ. (*Pro Hac Vice*)
    jamie@fairmarklaw.com
10  1825 7th St NW, #821
    Washington, DC 20001
11

    **TOWARDS JUSTICE**
12  DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
    NATASHA VITERI, ESQ. (*Pro Hac Vice*)
13  ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
    alex@towardsjustice.org
14  PO Box 371680, PMB 44465
    Denver, CO 80237
15

    **EDELSON PC**
16  YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
    ysalahi@edelson.com
17  150 California Street, 18th Floor
    San Francisco, California 94111
18

19  *Attorneys for Plaintiff and the Putative Class*

**WOODBURN AND WEDGE**
ELLEN JEAN WINOGRAD, ESQ.
Nev. Bar No. 815
JOSE TAFOYA, ESQ.
Nev. Bar No. 16011
6100 Neil Road, Ste. 500
Reno, NV 89511
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Attorneys for Defendant*
*Western Range Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

20

21

22  CIRILO UCHARIMA ALVARADO, on Behalf
    Of Himself and All Others Similarly Situated,

23                                        Plaintiff,

24          vs.

25

26  WESTERN RANGE ASSOCIATION, a California
    Non-profit corporation; ELLISON RANCHING
27  COMPANY, a Nevada corporation; JOHN ESPIL
    SHEEP CO., INC., a Nevada corporation; F.I.M.
28  CORP., a Nevada Corporation; THE LITTLE
    PARIS SHEEP COMPANY, LLC, a Nevada
    Limited Liability Company; BORDA LAND &

)   Case No. 3:22-cv-00249-MMD-CLB
)
)
)   **ORDER GRANTING**
)   **STIPULATION FOR EXTENSION**
)   **OF TIME FOR DEFENDANT**
)   **WESTERN RANGE**
)   **ASSOCIATION TO RESPOND TO**
)   **PLAINTIFF'S FIRST SET OF**
)   **REQUEST FOR PRODUCTION**
)   **DOCUMENTS**
)
)   (Second Request)
)
)
)

-1-

1  SHEEP COMPANY, LLC, a Nevada Limited          )
   Liability Company; HOLLAND RANCH, LLC,        )
2  a Nevada Limited Liability Company; NEED      )
   MORE SHEEP CO., LLC, a Nevada Limited         )
3  Liability Company; and FAULKNER LAND AND      )
   LIVESTOCK COMPANY, INC., an Idaho             )
4  Corporation.                                  )
                                                 )
5                          Defendants.           )
   _____)

6        Defendant WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel,

7  ELLEN JEAN WINOGRAD, ESQ., and JOSE TAFOYA, ESQ., of WOODBURN AND WEDGE, and

8  Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, YAMAN

9  SALAHI, ESQ., of EDELSON, P.C., hereby stipulate to extend the time in which Defendant Western

10 Range has to Respond to Plaintiff's First Set of Request for Production of Documents.

11        Plaintiff served Defendant Western Range Association with its First Set of Requests for

12 Production on May 30, 2023, making responses due on June 29, 2023. The parties previously agreed

13 and stipulated to an extension of time to and including July 28, 2023 in which to allow Defendant

14 Western Range to respond to Plaintiff's First Set of Request for Production of Documents.

15        Pursuant to this Court's July 25, 2023 Status Conference, the parties are working together to

16 draft a proposed Joint Protective Order.  Therefore, the parties agree to a two-week extension to an

17 including Friday, August 11, 2023 for Defendant Western Range to respond to Plaintiff's First Set of

18 Request for Production of Documents and to allow the parties to agree on a Protective Order.

19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    This request is made in good faith and not for the purpose of delay.

2    The undersigned does hereby affirm pursuant to NRS 239B.030 that the preceding document

3    does not contain the social security number of any person.

4    DATED this 28th July, 2023.

5    WOODBURN AND WEDGE                    EDELSON PC

6

7    By *s// Ellen Jean Winograd, Esq.*        By *s// Yaman Salahi, Esq.*
        ELLEN JEAN WINOGRAD, ESQ.              YAMAN SALAHI, ESQ.
        JOSE TAFOYA, ESQ.                      Attorneys for Plaintiff
8       Attorneys for Defendant
        WESTERN RANGE ASSOCIATION
9

10

11                          **ORDER**

12   IT IS SO ORDERED.

13   DATED: July 31_____, 2023.

14                                          _____
15                                          UNITED STATES
                                            MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

-3-