Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No. 6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone (775) 499-5647
*Attorney for Defendants*
*F.I.M. Corporation*
*Need More Sheep Co LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

|  |  |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, | Case No.:   3:22-cv-00249-MMD-CLB |
| vs. | STIPULATION AND ORDER (1) TO SET ASIDE ENTRY OF DEFAULT AGAINST FAULKNER LAND AND LIVESTOCK, COMPANY, INC., AND (2) TO EXTEND FAULKNER LAND AND LIVESTOCK'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST) |
| WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. |  |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through

his counsel of record, YAMAN SALAHI, ESQ. of EDELSON, P.C. and Defendant

FAULKNER LAND AND LIVESTOCK COMPANY, INC. ("Faulkner"), by and

through its counsel of record, JERRY M. SNYDER of JERRY SNYDER LAW,

1

hereby stipulate, and request this Court: (1) to set aside the default entered against Faulkner on July 18, 2023, and (2) to grant Faulkner leave to respond to the First Amended Complaint by August 10, 2023. Faulkner's response to Plaintiff's First Amended Complaint was due on July 12, 2023. Faulkner's long time attorney had recently retired, and while she stated that she would assist Faulkner in finding new counsel, she did not do so in a timely manner. Jerry Snyder, a sole practitioner, was not engaged until default had already been entered. Given the complexity of the issues involved, the procedural history of the case, and counsel's case load, more time is required to frame a response to the Complaint. The undersigned parties stipulate and request that this Court set aside the default and allow Faulkner to file its response to the First Amended Complaint by August 10, 2023. This stipulation does not affect the deadlines that are currently in place for Defendants that are not a party to this stipulation.

This Stipulation was prepared by counsel for Faulkner with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:  July 21, 2023

/s/ *Jerry M. Snyder*
Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No.   6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone: (775) 499-5647
*Attorney for F.I.M. Corp, Inc.*
*Need More Sheep Co., LLC*

/s. *Yaman Salahi*
YAMAN SALAHI, ESQ (*pro hac vice*)
150 California St., 18th Floor, #821
San Francisco, CA 94111

*Counsel for Plaintiff and Putative Class*

**ORDER**

**IT IS SO ORDERED**

Dated this 1st Day of August 2023

_____

U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**


On July 21, 2023, I electronically transmitted the attached documents to

the Clerk's office and served all parties via the CM-ECF system.


July 17, 2023


_____

Jerry Snyder