ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*
*John Espil Sheep Co., Inc.*
*The Little Paris Sheep Company, LLC*
*Borda Land & Sheep Company, LLC*
*Holland Ranch, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation;<br><br>Defendants. | Case No.: 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HOLLAND RANCH, LLC, TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

1    Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, AISHA RICH of FAIRMARK PARTNERS, LLP, and Defendant HOLLAND RANCH, LLC ("Defendant"), by and through its counsel of record, DUNCAN G. BURKE of SIMONS HALL JOHNSTON PC, hereby stipulate, and request this Court, to grant Defendant leave to respond to the First Amended Complaint by August 14, 2023.

A response to Plaintiff's First Amended Complaint by Defendant is currently due on August 10, 2023. SIMONS HALL JOHNSTON PC was recently retained by Defendant and lead counsel, ANTHONY L. HALL, is out of the country and inaccessible until the second week of August. The Court previously granted a stipulation permitting the other defendants represented by SIMONS HALL JOHNSTON PC to file their response to the First Amended Complaint by August 14, 2023. Accordingly, the parties stipulate and request that this Court allow Defendant to file its response to the First Amended Complaint by August 14, 2023 – the same date as the other defendants represented by SIMONS HALL JOHNSTON PC. This stipulation does not affect the deadlines that are currently in place for Defendants that are not a party to this stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: August 2, 2023

**FAIRMARK PARTNERS LLP**

/s/ Aisha Rich
AISHA RICH, ESQ. (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001

*Counsel for Plaintiff and the Putative Class*

Dated: August 2, 2023

**SIMONS HALL JOHNSTON PC**

/s/ Duncan Burke
DUNCAN GEORGE BURKE
690 Sierra Rose Dr.,
Reno, Nevada 89511

*Counsel for Defendants*
*John Espil Sheep Co., Inc.*
*The Little Paris Sheep Company, LLC*
*Borda Land & Sheep Company, LLC*
*Holland Ranch, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this   2nd   day of August 2023.

_____
U.S. Magistrate Judge