# EXHIBIT 1

# EXHIBIT 1

## DECLARATION OF JOHN FAULKNER

1. I am a shareholder and officer of Faulkner Land and Livestock, a sheep ranching operation in the State of Idaho. The matters set forth in this Declaration are true and correct and made from my own personal knowledge. If called upon, I could and would testify competently as to the following:

2. Faulkner Land and Livestock operates in the States of Idaho and Arizona. We graze sheep on land in Idaho in the summer and on land in Arizona in the winter. Faulkner does not run sheep in the State of Nevada.

3. Faulkner employs temporary, non-immigrant guest workers pursuant to the H-2A program. Western Range Association administers many aspects of member participation in the H-2A program. While Western Range advises Faulkner as to the minimum wage that the Department of Labor requires H-2A workers to be paid, it has always been clear to me that I could pay H-2A sheep herders more than this minimum amount. I have never agreed with Western Range or anyone else to refrain from paying sheep herders more than the minimum amount required by the Department of Labor.

4. In the fall, Faulkner transports approximately 6,000 ewes from Idaho to Arizona via truck. In the Spring, Faulkner ships 6,000 ewes and between 6,000 and 7,500 lambs from Arizona to Idaho. Each of these trips amounts to between 30 and 35 truckloads of sheep. These trucks pass through the State of Nevada.

5. Typically a sheepherder will accompany the truck loads of sheep, primarily in order to assist with loading and unloading the sheep. The sheepherder

is also available to assist in the event that unforeseen circumstances arise that require a sheepherder to tend to the animals during these trips. However, the sheepherder usually is nothing more than a passenger on these trips. In nearly all cases, the H-2A sheepherders work in the state of Nevada amounts to nothing more than riding as a passenger in a truck.

6. Because of these shipping activities, and in an effort at disclosing our operations in as much detail as possible, Faulkner listed certain Nevada counties as worksites with the paperwork submitted for the H-2A program. However, apart from these trips to ship sheep between Idaho and Arizona, Faulkner conducts no operations in the state of Nevada. These trips are the sole employment-related contact that sheepherders that work for me have with the State of Nevada.

DATED August 10, 2023

_____
John Faulkner