**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
NATASHA VITERI, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

**EDELSON PC**
Natasha Fernández-Silber (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*<br><br>*Defendants*. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** |

Pursuant to Local Rule IA 11-6(b) and (e), Natasha Viteri moves to withdraw as counsel of record for Plaintiff Cirilo Ucharima Alvarado, who has been informed of her intended withdrawal from the case. There is good cause for this motion as Natasha Viteri is leaving Towards Justice on September 15, 2023. All of Plaintiff's other attorneys of record will continue to represent Plaintiff in this litigation, including lead counsel Yaman Salahi, so Ms. Viteri's withdrawal will not delay the progress of this case.

Dated: August 10, 2023

By: */s/ Natasha Viteri*
**TOWARDS JUSTICE**
NATASHA VITERI, ESQ. (*Pro Hac Vice*)
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

**ORDER**

**IT IS SO ORDERED.**

Dated this 10th day of August 2023.

_____
U.S. Magistrate Judge

2