Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No. 6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone (775) 499-5647
*Attorney for Defendants*
*F.I.M. Corporation*
*Need More Sheep Co LLC.*
*Faulkner Land And Livestock Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.: 3:22-cv-00249-MMD-CLB <br><br> STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS FILED BY F.I.M. CORPORATION, NEED MORE SHEEP COMPANY, AND FAULKNER LAND AND LIVESTOCK (FIRST REQUEST) |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, YAMAN SALAHI, ESQ. of EDELSON, P.C., and Defendants F.I.M. CORPORATION ("F.I.M."), NEED MORE SHEEP COMPANY, LLC, ("Need More Sheep"), and FAULKNER LAND AND LIVESTOCK

COMPANY, INC. ("Faulkner," collective the "Moving Defendants") by and through their counsel of record, JERRY M. SNYDER of JERRY SNYDER LAW, hereby stipulate, and request this Court extend Plaintiff's time to respond to the Motion to Dismiss filed by the Moving Defendants on August 10, 2023 (Doc. No. 96) from August 24, 2023 to September 12, 2023, and to likewise extend the Moving Defendants' time to file a reply to September 19, 2023. This stipulation does not affect any other deadlines that are currently in place, and does not affect any Defendants that are not a party to this stipulation. This extension is requested in order to accommodate the travel schedules of counsel for both Plaintiff and the Moving Defendants, as well as the Labor Day holiday.

This Stipulation was prepared by counsel for the Moving Defendants with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:   August 11, 2023

/s/ *Jerry M. Snyder*
Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No.   6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone: (775) 499-5647
*Attorney for F.I.M. Corp, Inc.*
*Need More Sheep Co., LLC*

/s/ *Yaman Salahi*
YAMAN SALAHI, ESQ (*pro hac vice*)
150 California St., 18th Floor, #821
San Francisco, CA 94111

*Counsel for Plaintiff and Putative Class*

2

**ORDER**

**IT IS SO ORDERED**

Dated this 11th day of August, 2023

_____
U.S. District/ Magistrate Judge

**CERTIFICATE OF SERVICE**

On August 11, 2023, I electronically transmitted the attached documents to the Clerk's office and served all parties via the CM-ECF system.

August 11, 2023

_____
Jerry Snyder

4