**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
AISHA RICH, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300

**EDELSON PC**
Natasha Fernández-Silber (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
PO Box 371680, PMB 44465
Denver, CO 80237

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>*Plaintiff,*<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*,<br><br>*Defendants.* | Case No. 3:22-cv-00249-MMD-CLB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

By and through their counsel, Plaintiff Cirilo Ucharima Alvarado and Defendants F.I.M. Corporation ("F.I.M."), Need More Sheep Company, LLC ("Need More Sheep"), Faulkner Land and Livestock Company, Inc. ("Faulkner"), Borda Land & Sheep Company, LLC ("Borda"), Holland Ranch, LLC ("Holland Ranch"), John Espil Sheep Co., Inc. ("Espil Sheep"), Little Paris Sheep Company, LLC ("Little Paris"), and Ellison Ranching Company ("Ellison") (together, "Stipulating Defendants"), hereby stipulate as follows, subject to the Court's approval.

**WHEREAS,** each of the Stipulating Defendants has filed a motion to dismiss Plaintiff's

1   First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b), *see* Dkt. Nos. 96

2   (F.I.M., Faulkner, and Need More Sheep), 99 (Ellison), and 109 (Borda, Holland Ranch, Espil

3   Sheep, and Little Paris);

4        **WHEREAS**, Defendant Ellison has also filed a motion to strike certain allegations pursuant

5   to Federal Rule of Civil Procedure 12(f), *see* Dkt. No. 100;

6        **WHEREAS**, on August 11, 2023, the Court approved a stipulation between Plaintiff and

7   Defendants F.I.M., Faulkner, and Need More Sheep modifying the briefing schedule for the latter's

8   motion to dismiss, such that Plaintiff's opposition would be due on September 12, 2023 and the

9   moving Defendants' reply brief would be due on September 19, 2023, *see* Dkt. No. 105; and,

10       **WHEREAS,** subsequently, counsel for Plaintiff and the other moving Defendants, namely,

11  Ellison, Borda, Holland Ranch, and Espil Sheep, and Little Paris, met and conferred and agreed that

12  synchronizing the briefing schedules on all pending motions would serve the interests of efficiency,

13  and further agreed that Defendants' reply deadline shall be two weeks after Plaintiffs' opposition

14  brief, or September 26, 2023.

15       **THEREFORE BE IT RESOLVED THAT:**

16  - Plaintiff's deadline to file briefs in opposition to the Stipulating Defendants' motions to

17    dismiss and motion to strike shall be September 12, 2023; and,

18  - Stipulating Defendants' reply briefs shall be due on September 26, 2023.

19

20

21  Dated:  August 21, 2023                    Dated:  August 21, 2023

22  **EDELSON PC**                             **FABIAN VANCOTT**

23  /s/ *Yaman Salahi*                          /s/ *David M. Sexton*
    YAMAN SALAHI (*Pro Hac Vice*)             DAVID M. SEXTON, ESQ.
24  150 California St., 18th Floor             Nevada Bar #14951
    San Francisco, CA 94111                   411 E. Bonneville Ave., Ste. 400
25                                             Las Vegas, Nevada 89101

26  *Counsel for Plaintiff and the Putative Class*
                                              *Counsel for Defendant Ellison Ranching*
27                                            *Company*

28

Dated:  August 21, 2023

**SIMONS HALL JOHNSTON PC**

/s/ Duncan G. Burke
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
690 Sierra Rose Dr.
Reno, Nevada 89511

*Counsel for Defendants John Espil Sheep Co., Inc., The Little Paris Sheep Company, LLC, Borda Land & Sheep Company, LLC, and Holland Ranch, LLC*

Dated:  August 21, 2023

**JERRY SNYDER LAW**

/s/ Jerry M. Snyder
JERRY M. SNYDER
Nevada Bar #6830
429 Plumb Ln.
Reno, Nevada 89509

*Counsel for Defendants F.I.M. Corporation, Need More Sheep Co LLC, and Faulkner Land & Livestock Co.*

**ORDER**

Pursuant to the Parties' stipulation, the Court orders as follows:

- Plaintiff's deadline to file briefs in opposition to the Stipulating Defendants' motions to dismiss and motion to strike shall be September 12, 2023; and

- Stipulating Defendants' reply briefs shall be due on September 26, 2023.

**IT IS SO ORDERED.**

Dated this _22nd_ day of _August_ 2023.

_____

U.S. District Judge