**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **CIRILO UCHARIMA ALVARADO**, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>**WESTERN RANGE ASSOCIATION**, a California non-profit corporation; **ELLISON RANCHING COMPANY**, a Nevada corporation; **JOHN ESPIL SHEEP CO., INC.**, a Nevada corporation; **F.I.M. CORP.**, a Nevada corporation; **THE LITTLE PARIS SHEEP COMPANY, LLC**, a Nevada limited liability company; **BORDA LAND & SHEEP COMPANY, LLC**, a Nevada limited liability company; **HOLLAND RANCH, LLC**, a Nevada limited liability company; **NEED MORE SHEEP CO., LLC**, a Nevada limited liability company; and **FAULKNER LAND AND LIVESTOCK COMPANY INC.**, an Idaho corporation,<br><br>       *Defendants*. | Case No.: 3:22-cv-00249-MMD-CLB<br><br>**[ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ONE CONSOLIDATED BRIEF IN OPPOSITION TO RANCH DEFENDANTS' MOTIONS TO DISMISS** |

        This matter comes before the Court on Plaintiff's motion for leave to file one consolidated brief in opposition to the Ranch Defendants' motions to dismiss.  Having reviewed the papers and the record in this case, the Court finds good cause to approve Plaintiff's request.  Plaintiff's motion is hereby **GRANTED**.  Plaintiff may file a single consolidated brief in opposition to the Ranch Defendants' motions to dismiss, not to exceed 50 pages in length.

        **IT IS SO ORDERED.**

        Dated: September 11, 2023

_____
Miranda M. Du
United States District Judge