**THIERMAN BUCK LLP**
LEAH L. JONES, ESQ., Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel: 775.284.1500
Fax: 775.703.5027
leah@thiermanbuck.com

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435
ysalahi@edelson.com

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
1535 High Street, Ste. 300
Denver, CO 80218
Tel: 720.248.8426
david@towardsjustice.org
alex@towardsjustice.org

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
RUCHA A. DESAI, ESQ. (*Pro Hac Vice* Forthcoming)
1825 7th Street NW, #821
Washington, DC 20001
Tel: 619.507.4182
jamie@fairmarklaw.com
rucha@fairmarklaw.com

**EDELSON PC**
NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)*
350 N La Salle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378
nfernandezsilber@edelson.com

*Admitted in New York and Michigan

*Attorneys for Plaintiff and the proposed Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **CIRILO UCHARIMA ALVARADO**, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>**WESTERN RANGE ASSOCIATION**, *et al.*,<br><br>   *Defendants*. | Case No.: 3:22-cv-00249-MMD-CLB<br><br>**DECLARATION OF YAMAN SALAHI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ELLISON RANCHING COMPANY'S MOTION TO STRIKE** |

I, Yaman Salahi, hereby declare as follows:

1. I am a Partner in the San Francisco office of Edelson PC licensed to practice law in California.

2. I represent Plaintiff in the above-captioned matter.

3. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4. Attached as **Exhibit A** is a true and correct copy of a blog post on Western Ranch Association's website, dated June 20, 2014, and captured by the Internet Archive's Wayback Machine on August 4, 2020. The archive copy may be viewed at the following URL: https://web.archive.org/web/20200804175114/http://westernrange.org/blog/post/2014/06/20/Members-of-Western-Range-Association#continue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of September 2023, in San Francisco, California.

*/s/ Yaman Salahi*

**Index of Exhibits**

Exhibit A: WRA Blog Post