1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
RUCHA DESAI, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

**EDELSON PC**
NATASHA FERNÁNDEZ-SILBER, ESQ. (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
JULIAN ZHU (*Pro Hac Vice forthcoming*)**
jzhu@edelson.com
350 N. La Salle Dr., 14th Floor
Chicago, IL 60654
* Admitted in Michigan and New York only
** Admitted in California; Illinois application pending

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 3:22-cv-00249-MMD-CLB |
| *Plaintiff,* | ) ) **ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF TIME FOR PARTIES TO FILE A PROPOSED ESI PROTOCOL DUE TO MEDICAL EMERGENCY** |
| v. | ) ) |
| WESTERN RANGE ASSOCIATION, *et al.,* | ) ) ) |
| *Defendants.* | ) ) ) ) ) ) |

Case No. 3:22-cv-00249-MMD-CLB

ECF No. 144

1

**ORDER**

2

Pursuant to the Parties' stipulation, the Court orders as follows:

3

- Parties' deadline to file a Proposed ESI Protocol shall be October 27, 2023.

4

**IT IS SO ORDERED.**

5

6

7

Dated this 16th day of October 2023.

8

9

10

U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27