ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*
*John Espil Sheep Co., Inc.*
*The Little Paris Sheep Company, LLC*
*Borda Land & Sheep Company, LLC*
*Holland Ranch, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation;<br><br>Defendants. | Case No.:   3:22-cv-00249-MMD-CLB<br><br>**ORDER ON JOINT STIPULATION RE NEW CASE MANAGEMENT CONFERENCE DATE** |

Defendants Western Range Association, Ellison Ranching Company, John Espil Sheep Co., Inc., F.I.M. Corp., The Little Paris Sheep Company, LLC, Borda Land & Sheep Company, LLC, Holland Ranch, LLC, Need More Sheep Co., LLC, and Faulkner Land and Livestock Company, Inc., hereby stipulate, and request this Court, to reschedule the case management conference currently scheduled for October 25, 2023, at 9:00 a.m. to allow the parties to first complete their meet and confer efforts to file a Proposed ESI Protocol on or before October 27, 2023.

On July 25, 2023, the Court set October 25, 2023, at 9:00 a.m. for a Virtual Case Management Conference. Since that date, the Court has entered its Order Granting Proposed Stipulated Protective Order (ECF No. 113) and its Discovery Plan and Scheduling Order (ECF No. 126). The parties continue to discuss a proposed protocol to govern discovery of electronically stored information ("ESI Protocol"). On Monday, October 16, 2023, the Court entered its Order Granting Joint Stipulation Re: Extension of a Time for Parties to File a Proposed ESI Protocol Due to Medical Emergency, extending the time for the parties to submit an ESI Protocol to October 27, 2023.

The case management conference currently scheduled for October 25, 2023, at 9:00 a.m. precedes the date for the parties to submit an ESI Protocol. In order to conserve judicial resources and reserve the case management conference for irreconcilable issues, the parties respectfully request that the case management conference be rescheduled to the week of November 6, 2023, with joint or separate case management reports due no later than (5) court days prior to the conference.[1]

---

[1] Mr. Snyder's signature could not be confirmed for this submission. Undersigned counsel from Simons Hall Johnston PC, Duncan Burke, received no response to an October 20, 2023, email to Mr. Snyder requesting his authorization for the stipulation. In addition, Mr. Snyder was

| | |
|---|---|
| Dated:  October 23, 2023 | Respectfully submitted, |
| **EDELSON PC** | **SIMONS HALL JOHNSTON PC** |
| /s/ YAMAN SALAHI<br>YAMAN SALAHI, ESQ. (*Pro Hac Vice*)<br>150 California St., 18th Floor, #821<br>San Francisco, CA 94111 | /s/ DUNCAN GEORGE BURKE<br>DUNCAN GEORGE BURKE<br>690 Sierra Rose Dr.,<br>Reno, Nevada 89511 |
| *Counsel for Plaintiff and the Putative Class* | *Counsel for Defendants*<br>*John Espil Sheep Co., Inc.*<br>*The Little Paris Sheep Company, LLC,*<br>*Borda Land & Sheep Company, LLC*<br>*Holland Ranch, LLC* |
| **FAIRMARK PARTNERS, LLP** | **WOODBURN AND WEDGE** |
| /s/ JAMIE CROOKS<br>JAMIE CROOKS (*Pro Hac Vice*)<br>RUCHA A. DESAI (*Pro Hac Vice*<br>Forthcoming) 1825 7th St NW, #821<br>Washington, DC 20001 | /s/ ELLEN JEAN WINOGRAD<br>ELLEN JEAN WINOGRAD<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511 |
| | *Counsel for Defendant Western Range Association* |
| **TOWARDS JUSTICE** | **FABIAN VANCOTT** |
| /s/ DAVID SELIGMAN<br>DAVID SELIGMAN (*Pro Hac Vice*)<br>1825 7th St NW, #821<br>Washington, DC 20001 | /s/ SCOTT M. PETERSEN<br>SCOTT M. PETERSEN<br>411 E. Bonneville Ave., Ste 400<br>Las Vegas, Nevada 89101 |
| *Co-Lead Counsel for Plaintiff and the proposed Class* | *Counsel for Defendant Ellison Ranching Company* |
| | **JERRY SNYDER LAW** |
| | JERRY M. SNYDER<br>429 W. Plumb Ln.<br>Reno, NV 89509 |
| | *Counsel for Defendants F.I.M. Corporation, Need More Sheep Co LLC, and Faulker Land & Livestock Co.* |

---

unavailable by phone and his voicemail box was full as of October 23, 2023.  The undersigned counsel for the remaining parties are unable to make any representations on behalf of Mr. Snyder or his clients for purposes of this submission.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court orders as follows:

- The virtual case management conference currently set for October 25, 2023, at 9:00 a.m. is rescheduled to  Nov. 8, 2023  at  9:00 a.m.

- Counsel shall file a joint or separate case management report no later than five (5) court days prior to the conference and are directed to review the Court's Standing Order (ECF No. 28) regarding the information required to be included in such report.  If there are no issues for the Court's consideration, the Court will vacate the case management conference.

**IT IS SO ORDERED.**

Dated this 23rd day of  Oct  2023.

_____
U.S. Magistrate Judge

1