**THIERMAN BUCK, LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
325 West Liberty Street
Reno, Nevada 89501
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
RUCHA ABHAY DESAI, ESQ. *(Pro Hac Vice)*
rucha@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
david@towardsjustice.org
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

**EDELSON PC**
NATASHA FERNÁNDEZ-SILBER, ESQ.
(*Pro Hac Vice*)*
nfernandezsilber@edelson.com
JULIAN ZHU (Pro Hac Vice forthcoming)**
jzhu@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
*Admitted in New York and Michigan
**Admitted in California and Illinois

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*,<br><br>      *Defendants*. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**NOTICE OF CHANGE OF ADDRESS PURSUANT TO LOCAL RULE IA 3-1** |

///

///

///

1

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the office of Thierman Buck, LLP, local counsel for Plaintiff CIRILO UCHARIMA ALVARADO, has relocated to the following address:

Thierman Buck, LLP
325 West Liberty Street
Reno, NV 89501

This change is effective immediately. Please direct all mailed communications to this address. Telephone numbers, facsimile numbers, and e-mail addresses remain the same.

Dated: January 23, 2024

**THIERMAN BUCK, LLP**

*/s/Leah L. Jones*
Leah L. Jones
leah@thiermanbuck.com
325 West Liberty Street
Reno, Nevada 89501
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

*Local Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I hereby certify that on this date I electronically filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** on the following parties through the CM/ECF filing system:

Ellen Jean Winograd
ewinograd@woodburnandwedge.com
*Attorneys for Defendant Western Range Association*

Kirsten R. Allen
kallen@fabianvancott.com
Tanner James Bean
tbean@fabianvancott.com
Scott M. Petersen
spetersen@fabianvancott.com
Trevor Waite
twaite@fabianvancott.com
*Attorneys for Defendant Ellison Ranching Company*

Duncan George Burke
dburke@shjnevada.com
Anthony L. Hall
ahall@shjnevada.com
Jonathan A. McGuire
jmcguire@shjnevada.com
*Attorneys for Defendant Borda Land & Sheep Company,*
*LLC, Defendant John Espil Sheep Co, Inc., Defendant*
*Little Paris Sheep Company, LLC, and Defendant*
*Holland Ranch, LLC*

Jerry M. Snyder
jerry@jerrysnyderlaw.com
*Attorney for Defendant F.I.M. Corp., Defendant Need*
*More Sheep Co., LLC, and Defendant Faulkner Land*
*and Livestock Company, Inc.*

DATED: January 23, 2024

*/s/Brittany Manning*
An Employee of Thierman Buck, LLP
