ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com

REBECCA HAUSE-SCHULTZ, ESQ.
Pro Hac Vice
FISHER & PHILLIPS, LLP
621 Capitol Mall, Ste. 1400
Sacramento, CA 95814
(916) 210-0400
Rhause-schultz@fisherphillips.com

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on Behalf Of Himself and All Others Similarly Situated,<br><br>                     Plaintiff,<br>vs.<br><br>WESTERN RANGE ASSOCIATION, a California Non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada Corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada Limited Liability Company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada Limited Liability Company; HOLLAND RANCH, LLC, a Nevada Limited Liability Company; NEED MORE SHEEP CO., LLC, a Nevada Limited Liability Company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho Corporation.<br><br>                     Defendants. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**REQUEST FOR CLARIFICATION** |

Defendant, WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel, ELLEN JEAN WINOGRAD, ESQ., and JOSE TAFOYA, ESQ., of WOODBURN AND WEDGE and REBECCA HAUSE-SCHULTZ, ESQ., of FISHER & PHILLIPS, LLP., hereby request clarification of this Court's March 4, 2024 Order.

This Court's March 4, 2024 Order Granted In Part and Denied In Part various Dismissal Motions filed by the Co-Defendants, in all of which Western Range Association joined. Western Range Association requests clarification, that the Dismissal Motions were granted in part and denied in part, similarly as to Western Range Association who joined in said Motions. [ECF #173, p. 1, Fn. 2].

DATED this 4 day of March, 2024.

WOODBURN and WEDGE

By: _____
ELLEN JEAN WINOGRAD, ESQ.
and
FISHER & PHILLIPS, LLP
REBECCA HAUSE-SCHULTZ, ESQ.

2

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Request for Clarification was made through the Court's electronic filing and notification or, as appropriate by sending a copy thereof by first-class mail from Reno, NV, addressed to the following:

TOWARDS JUSTICE
David H. Seligman, Esq.
Alexander Hood, Esq.
2480 Fairfax Street, Ste. 220
Denver, CO 80207

THIERMAN BUCK LLP
Leah Jones, Esq.
7287 Lakeside Drive
Reno, Nv 89511

FAIRMARK PARTNERS, LLP
Jamie Crooks, Esq.
1825 7th Street NW, #821
Washington, DC 20001

EDELSON P.C.
Yaman Salahi, Esq.
150 California Street, 18th Floor
San Francisco, CA 94111

EDELSON P.C.
Natasha Fernandez-Silber, Esq.
350 N. La Salle Drive, 14th Floor
Chicago, IL 60654

**Attorneys for Plaintiff**

JERRY SNYDER LAW
Jerry Snyder, Esq.
429 W. Plumb Lane
Reno, NV 89509
**F.I.M., Faulkner and Need More Sheep**

FABIAN VANCOTT
Trevor Waite, Esq.
411 East Bonneville Avenue, Ste. 400
Las Vegas, NV 89101

FABIAN VANCOTT
Kirsten Allen, Esq.
Tanner Bean, Esq.
95 South State Street, Ste. 2300
Salt Lake City, UT 84111
**Ellison Ranching**

SIMONS HALL JOHNSTON, P.C.
Anthony Hall, Esq.
Duncan Burke, Esq.
Jonathan McQuire, Esq.
690 Sierra Rose Drive
Reno, NV 89511
**John Espil, Little Paris Sheep, Borda Land & Holland Ranch**

DATED this 4th day of March, 2024.

By: /s/ Denise Earl
Employee of Woodburn and Wedge