1  Joshua M. Halen (SBN 13885)
2  HOLLAND & HART LLP
   5470 Kietzke Lane, Suite 100
3  Reno, Nevada 89511
   Telephone: (775) 327-3000
4  jmhalen@hollandhart.com

5  Cory A. Talbot (Pro Hac Vice forthcoming)
   April M. Medley (Pro Hac Vice forthcoming)
6  HOLLAND & HART LLP
   222 S. Main Street, Suite 2200
7  Salt Lake City, Utah 84101
   Telephone: (801) 799-5800
8  catalbot@hollandhart.com
9  AMMedley@hollandhart.com

10  *Attorneys for Defendant,*
    *The Little Paris Sheep Company, LLC*
11

12              **IN THE UNITED STATES DISTRICT COURT**

13                        **DISTRICT OF NEVADA**

14  CIRILO UCHARIMA ALVARADO, on behalf of
    himself and all others similarly situated,
15
                                                    Case No. 3:22-CV-00249-MMD-CLB
16          Plaintiff,

17          v.
                                                    **ORDER GRANTING SUBSTITUTION**
18  WESTERN RANGE ASSOCIATION, a                    **OF COUNSEL**
    California non-profit corporation; ELLISON
19  RANCHING COMPANY, a Nevada corporation;
    JOHN ESPIL SHEEP CO., INC., a Nevada
20  corporation; F. I. M. CORP., a Nevada
    corporation; THE LITTLE PARISH SHEEP
21  COMPANY, LLC, a Nevada limited liability
    company; BORDA LAND & SHEEP
22  COMPANY, LLC, a Nevada limited liability
    company; HOLLAND RANCH, LLC, a Nevada
23  limited liability company; NEED MORE SHEEP
    CO., LLC, a Nevada limited liability company;
24  and FAULKNER LAND AND LIVESTOCK
25  COMPANY, INC., an Idaho corporation,

26          Defendants.
27
28

PLEASE TAKE NOTICE that, subject to approval by the Court, Cory A. Talbot, April M. Medley, and Joshua M. Halen of the law firm of Holland & Hart LLP, hereby substitute for Anthony Hall and Duncan Burke of the law firm Simons Hall Johnston PC, as counsel of record for Defendant The Little Paris Sheep Company, LLC. Please direct all future correspondence, notices, and pleadings in this matter to the undersigned as follows:

> Joshua M. Halen (SBN 13885)
> HOLLAND & HART LLP
> 5470 Kietzke Lane, Suite 100
> Reno, Nevada 89511
> Telephone: (775) 327-3000
> jmhalen@hollandhart.com
>
> Cory A. Talbot (Pro Hac Vice forthcoming)
> April M. Medley (Pro Hac Vice forthcoming)
> HOLLAND & HART LLP
> 222 S. Main Street, Suite 2200
> Salt Lake City, Utah  84101
> Telephone: (801) 799-5800
> catalbot@hollandhart.com
> AMMedley@hollandhart.com

| | |
|---|---|
| I consent to the above substitition.<br>Dated: September 18, 2024 | /s/ *Bonnie Little*<br>The Little Paris Sheep Company, LLC |
| I consent to the above substitition.<br>Dated: September 18, 2024 | SIMONS HALL JOHNSTON PC<br><br>By: /s/ *Duncan Burke*<br>    Anthony Hall<br>    Duncan Burke |
| I consent to the above substitition.<br>Dated: September 18, 2024 | HOLLAND & HART LLP<br><br>By: /s/ *Joshua Halen*<br>    Cory A. Talbot<br>    April M. Medley<br>    Joshua M. Halen |

ORDER

The substitution of attorney is hereby approved and so Ordered.

Dated: September 20, 2024

_____
UNITED STATES MAGISTRATE JUDGE

32777276_v2