| | | |
|---|---|---|
| 1 | **THIERMAN BUCK LLP** | **EDELSON PC** |
| 2 | LEAH L. JONES, Nev. Bar No. 13161<br>leah@thiermanbuck.com | NATASHA J. FERNÁNDEZ-SILBER, ESQ.<br>(*Pro Hac Vice*)* |
| 3 | 7287 Lakeside Drive<br>Reno, Nevada 89511 | nfernandezsilber@edelson.com<br>350 North LaSalle Street, 14th Floor |
| 4 | Telephone: 775-284-1500<br>Facsimile: 775-703-5027 | Chicago, Illinois 60654<br>Tel: 312-589-6370 |
|  |  | * Admitted in New York and Michigan |

**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775-284-1500
Facsimile: 775-703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
RUCHA DESAI, ESQ. (*Pro Hac Vice*)
rdesai@fairmarklaw.com
1825 7th Street NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
david@towardsjustice.org
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
PO Box 371680, PMB 44465
Denver, Colorado 80237

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415-212-9300

**EDELSON PC**
NATASHA J. FERNÁNDEZ-SILBER, ESQ.
(*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

*Attorneys for Plaintiff and the Putative Class*

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail: rhause-schultz@fisherphillips.com
Dennis Cuneo, *Pro Hac Vice*
E-Mail: dcueno@fisherphillips.com
David B. Witkin, *Pro Hac Vice*
E-Mail: dwitkin@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

**LEWIS BRISBOIS**
Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com
Telephone: (775) 399-6377
Facsimile: (775) 827-9256

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

*[Additional Counsel on Next Page]*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on behalf of himself and all others similarly situated;<br><br>*Plaintiff*,<br><br>v.<br><br>**WESTERN RANGE ASSOCIATION**, a California non-profit corporation; **ELLISON RANCHING COMPANY**, a Nevada corporation; **JOHN ESPIL SHEEP CO., INC.**, a Nevada corporation; **F.I.M. CORP.**, a Nevada corporation; **THE LITTLE PARIS SHEEP COMPANY,** | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADINGS** |

**LLC**, a Nevada limited liability company; **BORDA LAND & SHEEP COMPANY, LLC**, a Nevada limited liability company; **HOLLAND RANCH, LLC**, a Nevada limited liability company; **NEED MORE SHEEP CO., LLC**, a Nevada limited liability company; and **FAULKNER LAND AND LIVESTOCK COMPANY, INC.**, an Idaho corporation,

     ***Defendants.***

| | |
|---|---|
| FABIAN VANCOTT<br>Scott M. Petersen<br>Email: spetersen@fabianvancott.com<br>Tanner J. Bean<br>Email: tbean@fabianvancott.com<br>Kirsten R. Allen<br>Email: kallen@fabianvancott.com<br>95 S. State Street, Ste. 2300<br>Salt Lake City, Utah 84111<br><br>Bryan Dixon<br>Email: bdixson@fabianvancott.com<br>411 E. Bonneville Ave., Ste. 400<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant Ellison Ranching Co.* | HOLLAND & HART LLP<br>Joshua M. Halen<br>Email: jmhalen@hollandhart.com<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br><br>Cory A. Talbot, *Pro Hac Vice*<br>catalbot@hollandhart.com<br>April M. Medley, *Pro Hac Vice*<br>ammedley@hollandhart.com<br>222 S. Main Street, Suite 2200<br>Salt Lake City, Utah 84101<br><br>*Attorneys for Defendant The Little Paris Sheep Co., LLC* |
| JERRY SNYDER LAW<br>Jerry M. Snyder<br>Email: nevadajerrysnyder@gmail.com<br>429 Plumb Ln.<br>Reno, NV 89509<br><br>*Attorneys for Defendants F.I.M. Corp., Need More Sheep Co., LLC, and Faulkner Land & Livestock Co.* | SIMONS HALL JOHNSTON PC<br>Anthony L. Hall, Esq.<br>Email: ahall@shjnevada.com<br>Duncan G. Burke, Esq.<br>Email: dburke@shjnevada.com<br>690 Sierra Rose Dr.<br>Reno, NV 89511<br><br>*Attorneys for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, and Holland Ranch, LLC* |

JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADINGS    2

FP 52539146.1

Plaintiff Cirilo Ucharima Alvarado ("Plaintiff") and Defendants Western Range Association, Ellison Ranching Co., John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, Holland Ranch, LLC, F.I.M. Corp., Need More Sheep Co., LLC, Faulkner Land & Livestock Co., and The Little Paris Sheep Co., LLC, (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to an alternative briefing schedule for Defendants' Responsive Motion(s) to Plaintiff's Second Amended Complaint, pursuant to Local Rules IA 6-2, LR 7-1, and LCR 45-1.

1. Plaintiff filed his Second Amended Complaint on September 27, 2024. (ECF No. 224);

2. Defendants' Responsive Motion(s) are currently due October 11, 2024. Fed. R. Civ. P. 15(a)(3);

3. The Parties respectfully submit that setting an alternative briefing schedule is warranted due to the number of parties, the complexity of the issues, and the desire to avoid taxing the Court's limited resources with unnecessary motion practice;

4. The Parties respectfully submit that setting an alternative briefing schedule will maximize efficiency and serve the interests of justice and judicial economy;

5. The Parties propose the following alternative briefing schedule:

- Defendants' Responsive Motion(s) deadline: **November 12, 2024**;
- Plaintiff's Opposition deadline: **December 20, 2024**;
- Defendants' Reply to Opposition deadline: **January 17, 2025**;

6. Further, the Parties propose that, if Defendants file more than one motion to dismiss, Plaintiff be permitted to file a single consolidated opposition brief to such motion(s), the length of which shall not exceed the combined maximum length that would have been allowable to Defendants under the local rules based on the number of motions filed.

7. This Stipulation is made in good faith and not for the purpose of delay;

8. Nothing in this Stipulation, nor the fact of entering into same, shall be construed as a waiver of any claim or defense held by any party;

9. For all of the aforementioned reasons, the parties stipulate and request the Court issue an alternative briefing schedule for Defendants' Responsive Motion(s) to Plaintiff's Second Amended Complaint, as set forth herein.

Dated: October 9, 2024

**EDELSON PC**

*/s/ Yaman Salahi*
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

NATASHA J. FERNÁNDEZ-SILBER, ESQ. (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
* Admitted in New York and Michigan

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th Street NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**

DAVID SELIGMAN, ESQ. (*Pro Hac Vice*)
david@towardsjustice.org
PO Box 371680, PMB 44465
Denver, Colorado 80237

*Co-Lead Counsel for Plaintiff and the Putative Class*

Dated: October 9, 2024

**FISHER & PHILLIPS LLP**

*/s/ Rebecca Hause-Schultz*
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail: rhause-schultz@fisherphillips.com
Dennis Cuneo, *Pro Hac Vice*
E-Mail: dcueno@fisherphillips.com
David B. Witkin, *Pro Hac Vice*

E-Mail: dwitkin@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, California 95714
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

**LEWIS BRISBOIS**

Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com
Telephone: (775) 3099-6377
Facsimile: (775) 827-9256

*Attorneys for Defendant Western Range Association*

**FABIAN VANCOTT**

*/s/ Tanner J. Bean*
Scott M. Petersen
E-Mail: spetersen@fabianvancott.com
Tanner J. Bean
E-Mail: tbean@fabianvancott.com
Kirsten R. Allen
E-Mail: kallen@fabianvancott.com
Bryan Dixon
E-Mail: bdixson@fabianvancott.com

*Attorneys for Defendant Ellison Ranching Co.*

**JERRY SNYDER LAW**

*/s/ Jerry M. Snyder*
Jerry M. Snyder
E-Mail: nevadajerrysnyder@gmail.com

*Attorneys for Defendants F.I.M. Corp., Need More Sheep Co., LLC, and Faulkner Land & Livestock Co.*

**SIMONS HALL JOHNSTON PC**

*/s/ Duncan G. Burke*
Anthony L. Hall, Esq.
E-Mail: ahall@shjnevada.com
Duncan G. Burke, Esq.
E-Mail: dburke@shjnevada.com

690 Sierra Rose Dr.
Reno, Nevada 89519
Telephone: (775) 785-0088

*Attorneys for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, and Holland Ranch, LLC*

**HOLLAND & HART LLP**

*/s/ Cory A. Talbot*
Joshua M. Halen
E-Mail: jmhalen@hollandhart.com
Cory A. Talbot, *Pro Hac Vice*
catalbot@hollandhart.com
April M. Medley, *Pro Hac Vice*
ammedley@hollandhart.com

*Attorneys for Defendant The Little Paris Sheep Co., LLC*

## ORDER

Based on the stipulation of the parties, the Court finds good cause to modify the briefing schedule and structure as follows:

- Defendants' Responsive Motion(s) deadline: **November 12, 2024**;

- Plaintiff's Opposition deadline: **December 20, 2024**;

- Defendants' Reply to Opposition deadline: **January 17, 2025**;

Further, if Defendants file more than one motion to dismiss, Plaintiff shall be permitted to file a single consolidated opposition brief to such motion(s), the length of which shall not exceed the combined maximum length that would have been allowable to Defendants under the local rules based on the number of motions filed.

IT IS SO ORDERED.

Dated: October 11, 2024

UNITED STATES DISTRICT JUDGE MIRANDA M. DU