**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
PO Box 371680, PMB 44465
Denver, CO 80237

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

**EDELSON PC**
NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

*Attorneys for Plaintiff and the Putative Class*

**LEWIS BRISBOIS**
Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
621 Capitol Mall, Suite 2400
E-Mail: rhause-schultz@fisherphillips.com

*Attorneys for Defendant*
WESTERN RANGE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT (ECF NO. 244)** |

1

FP 53323604.2

By and through their counsel, Plaintiff Cirilo Ucharima Alvarado ("Plaintiff") and Defendants Western Range Association, Ellison Ranching Company, John Espil Sheep Co., Inc., F.I.M. Corp., The Little Paris Sheep Company, LLC, Holland Ranch, LLC, Need More Sheep Co., LLC, and Faulkner Land and Livestock Company, Inc., respectfully submit this stipulation and [PROPOSED] Order to extend the time in which Defendants' Response to Plaintiff's Motion for Leave to File a Third Amended Complaint ("Motion to Amend") is due by fourteen days, as well as to extend the time in which Plaintiff's reply thereto is due by seven days.

Plaintiff filed his Motion to Amend on December 20, 2024. (ECF No. 244.) The current deadline for Defendants to file a response thereto is January 3, 2025. The stipulation seeks to change the pending deadline from January 3, 2025, to **January 17, 2025.** It also seeks to set the deadline for Plaintiff to file his reply as **January 31, 2025.** The original briefing schedule would overlap substantially with several major holidays and counsel's previously scheduled travel for those holidays. The parties conferred via email and agreed to this proposed briefing schedule.

The parties therefore stipulate and request that this Court extend the deadline for Defendants to submit their Response to Plaintiff's Motion to Amend to January 17, 2025, and to extend the time in which Plaintiff's reply thereto is due to January 31, 2025.

Respectfully submitted,

Dated:  December 31, 2024

**FAIRMARK PARTNERS, LLP**

JAMIE CROOKS (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001

**EDELSON P.C.**

/s/ Yaman Salahi
YAMAN SALAHI (*Pro Hac Vice*)
150 California St., 18th Floor
San Francisco, CA 94109

Dated:  December 31, 2024

**LEWIS BRISBOIS**

/s/ Ellen Winograd
ELLEN JEAN WINOGRAD
5555 Kietzke Lane, Suite 200
Reno, NV 89511

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
621 Capitol Mall, Suite 2400
Sacramento, CA 95814

*Counsel for Defendant Western Range*

| | |
|---|---|
| NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)<br>350 N. La Salle St., 14th Floor<br>Chicago, IL 60654<br><br>**TOWARDS JUSTICE**<br><br>DAVID SELIGMAN (*Pro Hac Vice*)<br>1825 7th St NW, #821<br>Washington, DC 20001<br>*Co-Lead Counsel for Plaintiff and the Putative Class* | *Association*<br><br>**FABIAN VANCOTT**<br><br>*/s/ Scott Petersen*<br>SCOTT M. PETERSEN<br>411 E. Bonneville Ave., Ste 400<br>Las Vegas, Nevada 89101<br><br>*Counsel for Defendant Ellison Ranching Company*<br>**SIMONS HALL JOHNSTON PC**<br><br>*/s/ Duncan Burke*<br>DUNCAN G. BURKE<br>690 Sierra Rose Dr.<br>Reno, Nevada 89511<br><br>*Counsel for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Company, LLC, and Holland Ranch, LLC*<br><br>**HOLLAND & HART LLP**<br><br>*/s/ Cory A. Talbot*<br>Joshua M. Halen<br>E-Mail: jmhalen@hollandhart.com<br>Cory A. Talbot, *Pro Hac Vice*<br>catalbot@hollandhart.com<br>April M. Medley, *Pro Hac Vice*<br>ammedley@hollandhart.com<br><br>*Attorneys for Defendant The Little Paris Sheep Co., LLC*<br><br>**JERRY SNYDER LAW**<br><br>*/s/ Jerry M. Snyder*<br>JERRY M. SNYDER<br>429 Plumb Ln.<br>Reno, Nevada 89509<br><br>*Counsel for Defendants F.I.M. Corporation, Need More Sheep Co LLC, and Faulkner Land & Livestock Co.* |

FP 53323604.2

3

**ORDER**

Pursuant to the Parties' stipulation, the Court orders as follows:

- Defendants' deadline to file a Response to Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF No. 244) shall be January 17, 2025.
- Plaintiff's deadline to file a reply thereto shall be January 31, 2025.

**IT IS SO ORDERED.**

DATED: January 2, 2025.

_____
The Honorable Miranda M. Du
UNITED STATES DISTRICT JUDGE