**THIERMAN BUCK LLP**
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th St NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
PO Box 371680, PMB 44465
Denver, CO 80237

**EDELSON PC**
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
ysalahi@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111

**EDELSON PC**
NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)*
nfernandezsilber@edelson.com
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Tel: 312-589-6370
* Admitted in New York and Michigan

*Attorneys for Plaintiff and the Putative Class*

**LEWIS BRISBOIS**
Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
621 Capitol Mall, Suite 2400
E-Mail: rhause-schultz@fisherphillips.com

*Attorneys for Defendant*
WESTERN RANGE ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION RE: STAY OF DISCOVERY** |

FP 53323603.1

1

Pursuant to the Court's October 22, 2024 minute order, the Parties have met and conferred regarding a stay of discovery (ECF No. 233). The Parties have agreed to a temporary stay of party discovery pending completion of briefing on Defendants' motions to dismiss. Plaintiff's opposition is due on December 20, 2024, and Defendants' reply briefs are due on January 17, 2025. No additional discovery has been undertaken since the October 2024 status conference. The Parties further agree that they will meet and confer after January 17, 2025 to determine whether a further stay of discovery is appropriate.

Therefore, the Parties respectfully request that the Court (1) order the Parties to meet and confer no later than January 24, 2025 to determine whether to extend any stay of discovery; and (2) no later than January 31, 2025, submit either a joint stipulation regarding a stay of discovery if an agreement can be reached, or, if no agreement is possible, Defendants shall file a motion to stay discovery.

Respectfully submitted,

Dated: December 31, 2024

**FAIRMARK PARTNERS, LLP**

JAMIE CROOKS (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001

**EDELSON P.C.**

*/s/ Yaman Salahi*
YAMAN SALAHI (*Pro Hac Vice*)
150 California St., 18th Floor
San Francisco, CA 94109

NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)
350 N. La Salle St., 14th Floor
Chicago, IL 60654

**TOWARDS JUSTICE**

DAVID SELIGMAN (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001
*Co-Lead Counsel for Plaintiff and the Putative Class*

Dated: December 31, 2024

**LEWIS BRISBOIS**

*/s/ Ellen Winograd*
ELLEN JEAN WINOGRAD
5555 Kietzke Lane, Suite 200
Reno, NV 89511

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
621 Capitol Mall, Suite 2400
Sacramento, CA 95814

*Counsel for Defendant Western Range Association*

**FABIAN VANCOTT**

*/s/ Scott Petersen*
SCOTT M. PETERSEN
411 E. Bonneville Ave., Ste 400
Las Vegas, Nevada 89101

*Counsel for Defendant Ellison Ranching Company*

2

FP 53323603.1

**SIMONS HALL JOHNSTON PC**

*/s/ Duncan Burke*
DUNCAN G. BURKE
690 Sierra Rose Dr.
Reno, Nevada 89511

*Counsel for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Company, LLC, and Holland Ranch, LLC*

**HOLLAND & HART LLP**

*/s/ Cory A. Talbot*
Joshua M. Halen
E-Mail: jmhalen@hollandhart.com
Cory A. Talbot, *Pro Hac Vice*
catalbot@hollandhart.com
April M. Medley, *Pro Hac Vice*
ammedley@hollandhart.com

*Attorneys for Defendant The Little Paris Sheep Co., LLC*

**JERRY SNYDER LAW**

*/s/ Jerry M. Snyder*
JERRY M. SNYDER
429 Plumb Ln.
Reno, Nevada 89509

*Counsel for Defendants F.I.M. Corporation, Need More Sheep Co LLC, and Faulkner Land & Livestock Co.*

**ORDER**

Based on the Parties' stipulation, the Court orders that party discovery is stayed until January 17, 2025. The Court further orders the Parties to meet and confer no later than January 24, 2025 to determine whether to extend any stay of discovery, and, no later than January 31, 2025, submit either a joint stipulation regarding a stay of discovery if an agreement can be reached, or, if no agreement is possible, Defendants shall file a motion to stay discovery.

**IT IS SO ORDERED.**

DATED: January 2, 2025

_____
The Honorable Carla Baldwin
UNITED STATES MAGISTRATE JUDGE