Yaman Salahi (SBN 288752)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>WESTERN RANGE ASSOCIATION, *et al.*,<br><br>    *Defendants*. | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE AND WITHDRAW COUNSEL** |

STIPULATION TO SUBSTITUTE AND WITHDRAW COUNSEL        1        Case No. 3:22-cv-00249-MMD-CLB

Pursuant to LR IA 11-6, the undersigned counsel for Plaintiff Cirilo Ucharima Alvarado ("Moving Plaintiff") respectfully move the Court to authorize the substitution of Yaman Salahi at Salahi PC for Yaman Salahi and Natasha Fernández-Silber at Edelson PC, and the withdrawal of Edelson PC as counsel of record. Plaintiff's counsel hereby stipulate and agree as follows:

1. Natasha Fernández-Silber and Edelson PC have been counsel of record for the Moving Plaintiff in this proceeding.
2. Yaman Salahi is no longer associated with Edelson PC, but will continue to represent Moving Plaintiff at Salahi PC.
3. Edelson PC is withdrawing as counsel of record.
4. The substitution of Natasha Fernández-Silber and Edelson PC with Yaman Salahi at Salahi PC will not delay proceedings or prejudice Moving Plaintiff. Other counsel continue to represent Moving Plaintiff.

WHEREFORE, Moving Plaintiff respectfully requests the Court authorize the substitution of Yaman Salahi and Natasha Fernández-Silber at Edelson PC with Yaman Salahi at Salahi PC, and the withdrawal of Edelson PC as counsel of record in connection with this proceeding.

Dated: January 15, 2025

Respectfully submitted,

/s/
CIRILO UCHARIMA ALVARADO

*Plaintiff Cirilo Ucharima Alvarado*

/s/ Yaman Salahi
YAMAN SALAHI (*Pro Hac Vice*)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111

*Attorney for Plaintiff and the Proposed Class*

**EDELSON PC**

/s/ Natasha Fernández-Silber
NATASHA FERNÁNDEZ-SILBER (*Pro Hac Vice*)*
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
* Admitted in New York and Michigan

**IT IS SO ORDERED.**

DATED: January 16, 2025

_____
UNITED STATES MAGISTRATE JUDGE