THIERMAN BUCK LLP
LEAH L. JONES, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775-284-1500
Facsimile: 775-703-5027

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
RUCHA DESAI, ESQ. (*Pro Hac Vice*)
rdesai@fairmarklaw.com
1825 7th Street NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (*Pro Hac Vice*)
david@towardsjustice.org
ALEXANDER HOOD, ESQ. (*Pro Hac Vice*)
alex@towardsjustice.org
PO Box 371680, PMB 44465
Denver, Colorado 80237

SALAHI PC
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
yaman@salahilaw.com
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

*Attorneys for Plaintiff and the proposed Class*

**FISHER & PHILLIPS LLP**
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail: rhause-schultz@fisherphillips.com
Dennis Cuneo, *Pro Hac Vice*
E-Mail: dcueno@fisherphillips.com
David B. Witkin, *Pro Hac Vice*
E-Mail: dwitkin@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

**LEWIS BRISBOIS**
Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com
Telephone: (775) 399-6377
Facsimile: (775) 827-9256

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

*[Additional Counsel on Next Page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CIRILO UCHARIMA ALVARADO**, on behalf of himself and all others similarly situated; <br><br> *Plaintiff*, <br><br> v. <br><br> **WESTERN RANGE ASSOCIATION**, a California non-profit corporation; **ELLISON RANCHING COMPANY**, a Nevada corporation; **JOHN ESPIL SHEEP CO., INC.**, a Nevada corporation; **F.I.M. CORP.**, a Nevada corporation; **THE LITTLE PARIS SHEEP COMPANY, LLC**, a Nevada limited liability company; **BORDA LAND & SHEEP** | Case No. 3:22-cv-00249-MMD-CLB <br><br> **ORDER GRANTING JOINT STIPULATION RE PAGE LIMITS FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

JOINT STIPULATION RE: PAGE LIMITS

1

**COMPANY, LLC**, a Nevada limited liability company; **HOLLAND RANCH, LLC**, a Nevada limited liability company; **NEED MORE SHEEP CO., LLC**, a Nevada limited liability company; and **FAULKNER LAND AND LIVESTOCK COMPANY, INC.**, an Idaho corporation,

                  *Defendants*.

FABIAN VANCOTT
Scott M. Petersen
Email: spetersen@fabianvancott.com
Tanner J. Bean
Email: tbean@fabianvancott.com
Kirsten R. Allen
Email: kallen@fabianvancott.com
95 S. State Street, Ste. 2300
Salt Lake City, Utah 84111

Bryan Dixon
Email: bdixson@fabianvancott.com
411 E. Bonneville Ave., Ste. 400
Las Vegas, NV 89101

*Attorneys for Defendant Ellison Ranching Co.*

JERRY SNYDER LAW
Jerry M. Snyder
Email: nevadajerrysnyder@gmail.com
429 Plumb Ln.
Reno, NV 89509

*Attorneys for Defendants F.I.M. Corp., Need More Sheep Co., LLC, and Faulkner Land & Livestock Co.*

HOLLAND & HART LLP
Joshua M. Halen
Email: jmhalen@hollandhart.com
5470 Kietzke Lane, Suite 100
Reno, NV 89511

Cory A. Talbot, *Pro Hac Vice*
catalbot@hollandhart.com
April M. Medley, *Pro Hac Vice*
ammedley@hollandhart.com
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101

*Attorneys for Defendant The Little Paris Sheep Co., LLC*

SIMONS HALL JOHNSTON PC
Anthony L. Hall, Esq.
Email: ahall@shjnevada.com
Duncan G. Burke, Esq.
Email: dburke@shjnevada.com
690 Sierra Rose Dr.
Reno, NV 89511

*Attorneys for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, and
Holland Ranch, LLC*

Plaintiff Cirilo Ucharima Alvarado ("Plaintiff") and Defendants Western Range Association, Ellison Ranching Co., John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, Holland Ranch, LLC, F.I.M. Corp., Need More Sheep Co., LLC, Faulkner Land & Livestock Co., and The Little Paris Sheep Co., LLC, (collectively, "Defendants"), by and through their respective counsel, hereby stipulate regarding the page limits to apply to Plaintiff's opposition to Defendants' motions to dismiss Plaintiff's Third Amended Complaint, pursuant to Local Rules IA 6-2, LR 7-1, and LR 7-3.

1. Plaintiff filed his Third Amended Complaint (TAC) on January 14, 2025. (ECF No. 254).

2. Defendants filed five motions to dismiss the TAC on February 11, 2025. (ECF Nos. 262, 263, 264, 265, 266.)

3. On January 22, 2025, the Court rejected the Parties' stipulation to provide Plaintiff with the same number of pages that Defendants would have been entitled to under the local rules, or up to 120 pages, as unreasonable. (ECF No. 260.) However, the Court "encourage[d] Plaintiff to file a consolidated response." (*Id.*)

4. Defendants' motions to dismiss include 102 pages of briefing and were filed with 41 attached exhibits. The local rules permit Plaintiff to file a separate brief in response to each motion, up to 24 pages each, for a total of 120 pages. LR 7-3(b). To avoid repetition and to help streamline the issues, however, Plaintiff prefers to file a single consolidated brief. To adequately address Defendants' arguments, Plaintiff needs more than the 24 pages allowed under the local rules for a single brief. Moreover, fairness calls for parity between the parties. Nevertheless, Plaintiff believes that a single consolidated brief of up to 50 pages will provide sufficient room to engage with Defendants' arguments. Plaintiff will attempt to file a shorter brief if possible. (Indeed, Plaintiff's consolidated opposition brief responding to Defendants' five motions to dismiss the second amended complaint was only 41 pages long, *see* ECF No. 243, although the Court had authorized him to file a brief up to 120 pages in length, *see* ECF No. 228. The new motions raise new arguments and include more exhibits than the last round, however.)

5. Plaintiff and Defendants have met and conferred, and Defendants do not oppose Plaintiff's request to file a single consolidated brief of up to 50 pages.

6. This Stipulation is made in good faith and not for the purpose of delay.

7. For all of the aforementioned reasons, the Parties stipulate and request the Court allow Plaintiff to file a single consolidated brief up to 50 pages in opposition to Defendants' motions to dismiss the Third Amended Complaint.

Dated: March 5, 2025

**SALAHI PC**

*/s/ Yaman Salahi*
YAMAN SALAHI, ESQ. (*Pro Hac Vice*)
yaman@salahilaw.com
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (*Pro Hac Vice*)
jamie@fairmarklaw.com
1825 7th Street NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**

DAVID SELIGMAN, ESQ. (*Pro Hac Vice*)
david@towardsjustice.org
PO Box 371680, PMB 44465
Denver, Colorado 80237

*Co-Lead Counsel for Plaintiff and the Putative Class*

Dated: March 5, 2025

**FISHER & PHILLIPS LLP**

*/s/ David B. Witkin*
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail: rhause-schultz@fisherphillips.com
Dennis Cuneo, *Pro Hac Vice*
E-Mail: dcueno@fisherphillips.com
David B. Witkin, *Pro Hac Vice*
E-Mail: dwitkin@fisherphillips.com

621 Capitol Mall, Suite 1400
Sacramento, California 95714
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

**LEWIS BRISBOIS**

Ellen Jean Winograd (Nev. Bar No. 815)
5555 Kietzke Lane, Suite 200
E-Mail: ellen.winograd@lewisbrisbois.com
Telephone: (775) 3099-6377
Facsimile: (775) 827-9256

*Attorneys for Defendant Western Range Association*

**FABIAN VANCOTT**

*/s/ Tanner J. Bean*
Scott M. Petersen
E-Mail: spetersen@fabianvancott.com
Tanner J. Bean
E-Mail: tbean@fabianvancott.com
Kirsten R. Allen
E-Mail: kallen@fabianvancott.com
Bryan Dixon
E-Mail: bdixson@fabianvancott.com

*Attorneys for Defendant Ellison Ranching Co.*

**JERRY SNYDER LAW**

*/s/ Jerry M. Snyder*
Jerry M. Snyder
E-Mail: nevadajerrysnyder@gmail.com

*Attorneys for Defendants F.I.M. Corp., Need More Sheep Co., LLC, and Faulkner Land & Livestock Co.*

**SIMONS HALL JOHNSTON PC**

*/s/ Duncan G. Burke*
Anthony L. Hall, Esq.
E-Mail: ahall@shjnevada.com
Duncan G. Burke, Esq.
E-Mail: dburke@shjnevada.com
690 Sierra Rose Dr.

Reno, Nevada 89519
Telephone: (775) 785-0088

*Attorneys for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Co., LLC, and Holland Ranch, LLC*

**HOLLAND & HART LLP**

/s/ *Cory A. Talbot*
Joshua M. Halen
E-Mail: jmhalen@hollandhart.com
Cory A. Talbot, *Pro Hac Vice*
catalbot@hollandhart.com
April M. Medley, *Pro Hac Vice*
ammedley@hollandhart.com

*Attorneys for Defendant The Little Paris Sheep Co., LLC*

## **ORDER**

Based on the stipulation of the parties, the Court finds good cause to allow Plaintiff to file a single consolidated opposition brief to Defendants' motions to dismiss the Third Amended Complaint, not to exceed 50 pages.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
UNITED STATES DISTRICT JUDGE MIRANDA M. DU