Jerry M. Snyder
Jerry Snyder Law
Nevada State Bar No. 6830
429 Plumb Ln.
Reno, Nevada 89509
Jerry@Jerrysnyderlaw.com
Telephone (775) 499-5647
*Attorney for Defendants*
*F.I.M. Corporation*
*Need More Sheep Co LLC.*
*Faulkner Land and Livestock Co., Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.:  3:22-cv-00249-MMD-CLB <br><br> ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Plaintiff CIRILO UCHARIMA ALVARADO ("Plaintiff"), by and through his counsel of record, YAMAN SALAHI, ESQ. of SALAHI, P.C. and Defendants FAULKNER LAND AND LIVESTOCK COMPANY, INC. ("Faulkner"), F.I.M. CORP., NEED MORE SHEEP CO., LLC, WESTERN RANGE ASSOCIATION,

1

ELLISON RANCHING COMPANY, JOHN ESPIL SHEEP CO., INC., THE LITTLE PARIS SHEEP COMPANY, LLC, BORDA LAND & SHEEP COMPANY, LLC, and HOLLAND RANCH, LLC, by and through their respective counsels of record, hereby stipulate, and request this Court grant Defendants leave to respond to the Third Amended Complaint by September 12, 2025. Defendants' response to Plaintiff's Third Amended Complaint is currently due on August 22, 2025. Given the length of the Complaint, counsels' respective schedules, and the complexity of the issues involved, more time is required to frame an Answer to the Complaint. The undersigned parties stipulate and request that this allow Defendants to file their response to the Third Amended Complaint by September 12, 2025.

This Stipulation was prepared by counsel for F.I.M. Corporation, Need More Sheep Co LLC, and Faulkner Land and Livestock Co., Inc. with the consent of the both the Plaintiff and all other Defendants and is made in good faith and not for purposes of delay.

Respectfully Submitted

Dated:  August 15, 2025

| | |
|---|---|
| **SALAHI P.C.**<br><br>/s/_____<br>YAMAN SALAHI (*Pro Hac Vice*)<br>505 Montgomery St, 11th Floor<br>San Francisco, California 94111 | **FISHER & PHILLIPS LLP**<br><br>/s/_____<br>DAVID B. WITKIN, ESQ. (*Pro Hac Vice*)<br>621 Capitol Mall, Suite 1400<br>Sacramento, California 95814 |

| | |
|---|---|
| **FAIRMARK PARTNERS, LLP**<br><br>JAMIE CROOKS (*Pro Hac Vice*)<br>RUCHA A. DESAI (*Pro Hac Vice*)<br>400 7th St NW, #304<br>Washington, DC 20004<br><br><br>**TOWARDS JUSTICE**<br><br>DAVID SELIGMAN (*Pro Hac Vice*)<br>PO Box 371680, PMB 44465<br>Denver, CO 80237<br><br>*Co-Lead Counsel for Plaintiff and the Putative Class* | **SIMONS HALL JOHNSON PC**<br><br>ELLEN JEAN WINOGRAD<br>690 Sierra Rose Dr.,<br>Reno, NV 89511<br><br>*Counsel for Defendant Western Range Association*<br><br>**FABIAN VANCOTT**<br><br>/s/_____<br>TANNER J. BEAN<br>95 South State, Suite 2300<br>Salt Lake City, UT 84111<br><br>*Counsel for Defendant Ellison Ranching Company*<br><br>**SIMONS HALL JOHNSTON PC**<br><br>/s/_____<br>DUNCAN G. BURKE<br>690 Sierra Rose Dr.<br>Reno, Nevada 89511<br><br>*Counsel for Defendants John Espil Sheep Co., Inc., Borda Land & Sheep Company, LLC, and Holland Ranch, LLC*<br><br>**JERRY SNYDER LAW**<br><br>/s/_____<br>JERRY M. SNYDER<br>429 Plumb Ln.<br>Reno, Nevada 89509<br><br>*Counsel for Defendants F.I.M. Corporation, Need More Sheep Co LLC, and Faulkner Land & Livestock Co.* |

HOLLAND & HART LLP

/s/
CORY TALBOT

*Attorneys for Defendant The Little Paris Sheep Co., LLC*

**ORDER**

**IT IS SO ORDERED**

Dated this __18th__ day of August, 2025

_____
UNITED STATES MAGISTRATE JUDGE