**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Suite 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

SCOTT M. PETERSEN, ESQ. (PHV)
KIRSTEN R. ALLEN, ESQ. (PHV)
TANNER J. BEAN, ESQ. (PHV)
95 S. State Street, Ste. 2300
Salt Lake City, Utah 84111
(801) 531-8900
spetersen@fabianvancott.com
kallen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Ellison Ranching Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.: 3:22-cv-00249-MMD-CLB <br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT the address for attorney Bryan D. Dixon of Fabian

VanCott, counsel herein for Defendant Ellison Ranching Company ("Ellison"), has changed

to the address below. The address for attorneys Scott M. Petersen, Kirsten R. Allen, and

1

Tanner J. Bean remains the same.

Firm Name: FABIAN VANCOTT

**New Firm Address**: **2275 Corporate Circle, Suite 220 Henderson, NV 89074**

Firm Telephone:        (702) 333-4903

Firm Facsimile:        (877) 898-1168

E-Mail address:        bdixon@fabianvancott.com

These changes are effective immediately.

Respectfully submitted this 29th day of August 2025.

/s/ Bryan D. Dixon
**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Suite 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

SCOTT M. PETERSEN, ESQ. (PHV)
KIRSTEN R. ALLEN, ESQ. (PHV)
TANNER J. BEAN, ESQ. (PHV)
95 S. State Street, Ste. 2300
Salt Lake City, Utah 84111
(801) 531-8900
spetersen@fabianvancott.com
kallen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Ellison Ranching Company*

**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444

**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444

### CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on the 29th day of August 2025, I electronically filed the above and foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will then send notification of such to the following counsel of record:

**THIERMAN BUCK LLP**
LEAH L. JONES, ESQ.
leah@thiermanbuck.com
7287 Lakeside Dr.
Reno, Nevada 89511

**FAIRMARK PARTNERS, LLP**
JAMIE CROOKS, ESQ. (PHV)
jamie@fairmarklaw.com
RUCHA DESAI, ESQ. (PHV)
rucha@fairmarklaw.com
1825 7th St., NW, #821
Washington, DC 20001

**TOWARDS JUSTICE**
DAVID H. SELIGMAN, ESQ. (PHV)
david@towardsjustice.org
ALEXANDER HOOD, ESQ. (PHV)
alex@towardsjustice.org
P.O. Box 371680, PMB 44465
Denver, CO 80237

**SALAHI PC**
YAMAN SALAHI, ESQ. (PHV)
yaman@salahilaw.com
505 Montgomery Street, 11th Floor
San Francisco, California 94111
*Attorneys for Plaintiff and Putative Class*

**SIMONS HALL JOHNSTON PC**
ELLEN JEAN WINOGRAD, ESQ.
EWinograd@SHJNevada.com
690 Sierra Rosa Drive
Reno, NV 89511

**WOODBURN AND WEDGE**
JOSE TAFOYA
jtafoya@woodburnandwedge.com
6100 Neil Road Suite 500
Reno, NV 89511

**FISHER & PHILLIPS LLP**
DENNIS CUNEO, ESQ (PHV)
dcuneo@fisherphillips.com
1401 New York Ave., NW, Ste. 400
Washington, DC 20005

REBECCA A. HAUSE-SCHULTZ, ESQ. (PHV)
rhause-schultz@fisherphillips.com
DAVID B. WITKIN, ESQ. (PHV)
dwitkin@fisherphillips.com
621 Capitol Mall, Ste. 2400
Sacramento, CA 95814
*Attorneys for Defendant Western Range Association*

**JERRY SNYDER LAW**
JERRY M. SNYDER, ESQ.
429 Plumb Ln.
Reno, Nevada 89509
jerry@Jerrysnyderlaw.com
*Attorney for F.I.M. Corporation, Need More Sheep Co LLC., and Faulkner Land Livestock Company, Inc.*

**SIMONS HALL JOHNSTON PC**
ANTHONY L. HALL, ESQ.
AHall@SHJNevada.com
DUNCAN G. BURK, ESQ.
DBurke@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
690 Sierra Rose Dr.,
Reno, Nevada 89511
*Attorneys for John Espil Sheep Co., Inc.,*
*Borda Land & Sheep Company, LLC, and*
*Holland Ranch, LLC*

**HOLLAND & HART LLP**
JOSHUA M. HALEN, ESQ.
jmhalen@hollandhart.com
5470 Kietzke Lane, Ste. 100
Reno, NV 89511

APRIL M. MEDLEY
ammedley@hollandhart.com
CORY A. TALBOT
catalbot@hollandhart.com
222 S. Main St., Ste. 2200
Salt Lake City, UT 84101
*Attorneys for Little Paris Sheep Company,*
*LLC*

Dated: August 29, 2025.                    /s/ Bryan D. Dixon

**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444