SIMONS HALL JOHNSTON PC
Ellen Jean Winograd (Nev. Bar No. 815)
690 Sierra Rose Dr.
E-Mail: ewinograd@shjnevada.com
Reno, NV 89511
Telephone: (775) 785-0088
Facsimile:  (775) 785-0087

FISHER & PHILLIPS LLP
Dennis Cuneo, *Pro Hac Vice*
E-Mail:  dcuneo@fisherphillips.com
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail:  rhause-schultz@fisherphillips.com
David B. Witkin, *Pro Hac Vice*
E-Mail:  dwitkin@fisherphillips.com
621 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated; , <br><br> Plaintiff, <br><br> v. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation, , <br><br> Defendants. | Case No. 3:22-cv-00249-MMD-CLB <br><br> **DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT** |

Defendant WESTERN RANGE ASSOCIATION ("Defendant" or "WRA") responds to Plaintiff CIRILO UCHARIMA ALVARADO's ("Plaintiff") Third Amended Complaint ("TAC" or "Complaint") as follows:

## I.   INTRODUCTORY STATEMENT

1.     In response to paragraph 1 of the Complaint, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

2.     In response to paragraph 2 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

3.     In response to paragraph 3 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

4.     In response to paragraph 4 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

5.     In response to paragraph 5 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

6.      In response to paragraph 6 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

7.      In response to paragraph 7 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant,

1    Defendant denies those allegations.

2        8.    In response to paragraph 8 of the Complaint, Defendant lacks sufficient knowledge and

3    information to form a belief as to the truth of the assertions in this paragraph. Additionally, the

4    allegations contained therein are legal conclusions that do not contain any factual allegations to which

5    Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant,

6    Defendant denies those allegations.

7        9.    In response to paragraph 9 of the Complaint, Defendant lacks sufficient knowledge and

8    information to form a belief as to the truth of the assertions in this paragraph. Additionally, the

9    allegations contained therein are legal conclusions that do not contain any factual allegations to which

10   Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant,

11   Defendant denies those allegations.

12       10.   In response to paragraph 10 of the Complaint, Defendant lacks sufficient knowledge and

13   information to form a belief as to the truth of the assertions in this paragraph. Additionally, the

14   allegations contained therein are legal conclusions that do not contain any factual allegations to which

15   Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant,

16   Defendant denies those allegations.

17       11.   In response to paragraph 11 of the Complaint, Defendant lacks sufficient knowledge and

18   information to form a belief as to the truth of the assertions in this paragraph. Additionally, the

19   allegations contained therein are legal conclusions that do not contain any factual allegations to which

20   Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant,

21   Defendant denies those allegations.

22       12.   In response to paragraph 12 of the Complaint, Defendant lacks sufficient knowledge and

23   information to form a belief as to the truth of the assertions in this paragraph. Additionally, the

24   allegations contained therein are legal conclusions that do not contain any factual allegations to which

25   Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant,

26   Defendant denies those allegations.

27       13.   In response to paragraph 13 of the Complaint, Defendant lacks sufficient knowledge and

28   information to form a belief as to the truth of the assertion in this paragraph. Additionally, the

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
THIRD AMENDED CLASS ACTION COMPLAINT

allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

14.    In response to paragraph 14 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

15.    In response to paragraph 15 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

16.    In response to paragraph 16 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

17.    In response to paragraph 17 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertion in this paragraph. Additionally, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

## II.    <u>JURISDICTION AND VENUE</u>

18.    In response to paragraph 18 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

19.    In response to paragraph 19 of the Complaint, the allegations contained therein are legal

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT
FP 56522838.2

conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes factual allegations against Defendant, Defendant denies those allegations.

20.    In response to paragraph 20 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond. To the extent this paragraph makes factual allegations against Defendant, Defendant denies those allegations.

## III.    PARTIES

### A.    Plaintiff

21.    In response to paragraph 21 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

22.    In response to paragraph 22 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

23.    In response to paragraph 23 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

24.    In response to paragraph 24 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

25.    In response to paragraph 25 of the Complaint, Defendant admits that Plaintiff worked for the Little Ranch, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

26.    In response to paragraph 26 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

27.    In response to paragraph 27 of the Complaint, Defendant lacks sufficient knowledge and

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

28. In response to paragraph 28 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

**B. Defendants**

29. In response to paragraph 29 of the Complaint, Defendant admits that it is a California non-profit corporation. To the extent this paragraph makes any further factual allegations against Defendant, Defendant denies those allegations.

30. In response to paragraph 30 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

31. In response to paragraph 31 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

32. In response to paragraph 32 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

33. In response to paragraph 33 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

34. In response to paragraph 34 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

35. In response to paragraph 35 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

36.     In response to paragraph 36 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

37.     In response to paragraph 37 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

## IV.     STATEMENT OF FACTS

### A.     Regulatory Scheme Governing Importation of Foreign Sheepherder Labor

38.     In response to paragraph 38 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

39.     In response to paragraph 39 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

40.     In response to paragraph 40 of the Complaint and the corresponding subparts, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

41.     In response to paragraph 41 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

42.     In response to paragraph 42 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

43.     In response to paragraph 43 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

44.     In response to paragraph 44 of the Complaint, the allegations contained therein are legal

FP 56522838.2

conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

45.    In response to paragraph 45 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

46.    In response to paragraph 46 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

47.    In response to paragraph 47 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

48.    In response to paragraph 48 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

49.    In response to paragraph 49 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

50.    In response to paragraph 50 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

51.    In response to paragraph 51 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

52.    In response to paragraph 52 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

53.    In response to paragraph 53 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

54.     In response to paragraph 54 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

55.     In response to paragraph 55 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

56.     In response to paragraph 56 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond.  To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

**B.     WRA's Member Ranches Are Horizontal Competitors**

57.     In response to paragraph 57 of the Complaint, Defendant admits that some of its directors, officers, and executive directors have been affiliated with ranches. To the extent this paragraph makes any further factual allegations against Defendant, Defendant denies those allegations.

58.     In response to paragraph 58 of the Complaint, Defendant admits that some of its directors, officers, and executive directors since 2017 have been affiliated with ranches. To the extent this paragraph makes any further factual allegations against Defendant, Defendant denies those allegations.

59.     In response to paragraph 59 of the Complaint, Defendant admits that WRA has nearly 200 member ranches in 13 states, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

60.     In response to paragraph 60 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

61.     In response to paragraph 61 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

62.     In response to paragraph 62 of the Complaint, Defendant lacks sufficient knowledge and

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

63.    In response to paragraph 63 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

64.    In response to paragraph 64 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

65.    In response to paragraph 65 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

66.    In response to paragraph 66 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

67.    In response to paragraph 67 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

68.    In response to paragraph 68 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

69.    In response to paragraph 69 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

70.    In response to paragraph 70 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

**C.    <u>The Market for Sheepherder Labor</u>**

71.    In response to paragraph 71 of the Complaint, Defendant lacks sufficient knowledge and

FP 56522838.2

information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

72. In response to paragraph 72 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

73. In response to paragraph 73 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

74. In response to paragraph 74 of the Complaint, Defendant admits that some of the described duties are attributable to sheepherders, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

75. In response to paragraph 75 of the Complaint, Defendant admits that some of the described duties are attributable to sheepherders, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

76. In response to paragraph 76 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

77. In response to paragraph 77 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

78. In response to paragraph 78 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

79.    In response to paragraph 79 of the Complaint, Defendant admits that WRA helps its members procure labor from international markets, including Peru, but otherwise lacks sufficient knowledge and information to form a belief as to the truth of the assertations in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

**D.    <u>Arrangements and Agreements That Limit Competition in the Labor Market Hurt Workers</u>**

80.    In response to paragraph 80 of the Complaint, Defendant admits that there are many variables in the labor market, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertations in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

81.    In response to paragraph 81 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertations in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

82.    In response to paragraph 82 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertations in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

83.    In response to paragraph 83 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertations in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies

FP 56522838.2

those allegations.

84.     In response to paragraph 84 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

85.     In response to paragraph 85 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

86.     In response to paragraph 86 of the Complaint, Defendant admits that discovering prices for wages is difficult in the labor context, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

87.     In response to paragraph 87 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

E.      **Defendants' Collusive Scheme to Suppress Sheepherder Wages**

        1.      *The Ranch Defendants Joined the Cartel by Joining the WRA and Agreeing to Its Anticompetitive Policies*

88.     In response to paragraph 88 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

89.     In response to paragraph 89 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

90.     In response to paragraph 90 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

91.     In response to paragraph 91 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

92.     In response to paragraph 92 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

93.     In response to paragraph 93 of the Complaint and the corresponding subparts, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

94.     In response to paragraph 94 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must

respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

95.    In response to paragraph 95 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

            2.    *WRA Members Suppress Wages by Suppressing Worker Mobility*

96.    In response to paragraph 96 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

            a.    WRA Suppresses Competition During the Recruitment Process

97.    In response to paragraph 97 of the Complaint, Defendant denies those allegations.

98.    In response to paragraph 98 of the Complaint, Defendant denies those allegations. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

99.    In response to paragraph 99 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

100.    In response to paragraph 100 of the Complaint and the corresponding subparts, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including listed information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

101.    In response to paragraph 101 of the Complaint, Defendant lacks sufficient knowledge and

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

102.    In response to paragraph 102 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

103.    In response to paragraph 103 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

> b.    WRA's No-Transfer and No-Solicitation Policies Suppress Competition

104.    In response to paragraph 104 of the Complaint, Defendant denies those allegations.

105.    In response to paragraph 105 of the Complaint, Defendant denies those allegations.

106.    In response to paragraph 106 of the Complaint, Defendant denies those allegations.

107.    In response to paragraph 107 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

108.    In response to paragraph 108 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

109.    In response to paragraph 109 of the Complaint, Defendant lacks sufficient knowledge and

FP 56522838.2

information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

110.    In response to paragraph 110 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

111.    In response to paragraph 111 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

112.    In response to paragraph 112 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

113.    In response to paragraph 113 of the Complaint, Defendant admits that the transfer process requires the approval of one or more state and/or federal agencies, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

114.    In response to paragraph 114 of the Complaint, Defendant admits that the transfer process requires the approval of one or more state and/or federal agencies, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

115.     In response to paragraph 115 of the Complaint and the corresponding subparts, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

116.     In response to paragraph 116 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

117.     In response to paragraph 117 of the Complaint, Defendant denies those allegations.

118.     In response to paragraph 118 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

119.     In response to paragraph 119 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

120.     In response to paragraph 120 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

121.     In response to paragraph 121 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

122.    In response to paragraph 122 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

123.    In response to paragraph 123 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

124.    In response to paragraph 124 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

125.    In response to paragraph 125 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

126.    In response to paragraph 126 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

c.    WRA Maintains Similar No-Poach Agreements with Other Ranching Associations

127.    In response to paragraph 127 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

19
DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

128.    In response to paragraph 128 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

129.    In response to paragraph 129 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

130.    In response to paragraph 130 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

131.    In response to paragraph 131 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

132.    In response to paragraph 132 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

133.    In response to paragraph 133 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

134.    In response to paragraph 134 of the Complaint, Defendant lacks sufficient knowledge and

information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

d.    WRA and Its Members Gratuitously Punish Workers Who Leave

135.    In response to paragraph 135 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

136.    In response to paragraph 136 of the Complaint, Defendant admits that it is required to notify the federal government when an H2-A worker absconds, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

137.    In response to paragraph 137 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

138.    In response to paragraph 138 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

139.    In response to paragraph 139 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted

information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

140.    In response to paragraph 140 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

141.    In response to paragraph 141 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

142.    In response to paragraph 142 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

143.    In response to paragraph 143 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

3.    *The WRA and Its Members Suppress Wages Through Wage-Fixing*

a.    The WRA and Its Member Ranches Share a Collective Desire to Suppress Wages

144.    In response to paragraph 144 of the Complaint, Defendant denies those allegations.

145.    In response to paragraph 145 of the Complaint, Defendant lacks sufficient knowledge and

information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

146.    In response to paragraph 146 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

147.    In response to paragraph 147 of the Complaint, Defendant admits that WRA convenes board and/or membership meetings, and that some of its directors, officers, and executive directors have been affiliated with ranches, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

148.    In response to paragraph 148 of the Complaint, Defendant admits that members who are not on the board have attended meetings, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

149.    In response to paragraph 149 of the Complaint and the corresponding subparts, Defendant admits that employees of members who are not on the board have attended meetings, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

150.    In response to paragraph 150 of the Complaint, Defendant lacks sufficient knowledge and

information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

151.    In response to paragraph 151 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

152.    In response to paragraph 152 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

> b.    <u>The ranch Defendants and Other WRA Members Cede Wage-Setting Authority to the WRA</u>

153.    In response to paragraph 153 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

154.    In response to paragraph 154 of the Complaint, Defendant admits that WRA has completed immigration and employment paperwork on behalf of ranches, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

155.    In response to paragraph 155 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

156.    In response to paragraph 156 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

157.    In response to paragraph 157 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

158.    In response to paragraph 158 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

159.    In response to paragraph 159 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

160.    In response to paragraph 160 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

161.    In response to paragraph 161 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal

conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

162.    In response to paragraph 162 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

163.    In response to paragraph 163 of the Complaint, Defendant admits that WRA communicates mandatory minimum wage increases to members, but otherwise Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

164.    In response to paragraph 164 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

165.    In response to paragraph 165 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

166.    In response to paragraph 166 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

/ / /

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

c.    The WRA and its Members Coordinate Wages Offered to Domestic Workers

167.    In response to paragraph 167 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

168.    In response to paragraph 168 of the Complaint, Defendant denies those allegations.

169.    In response to paragraph 169 of the Complaint, Defendant denies those allegations.

170.    In response to paragraph 170 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations,

171.    In response to paragraph 171 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

172.    In response to paragraph 172 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

173.    In response to paragraph 173 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies

those allegations.

174.    In response to paragraph 174 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

175.    In response to paragraph 175 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

176.    In response to paragraph 176 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided and/or examples Defendant has not authenticated and cannot authenticate. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

177.    In response to paragraph 177 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

178.    In response to paragraph 178 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph, including quoted information for which no citation has been provided. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

179.    In response to paragraph 179 of the Complaint, Defendant lacks sufficient knowledge and

information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

180.    In response to paragraph 180 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

181.    In response to paragraph 181 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

182.    In response to paragraph 182 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

183.    In response to paragraph 183 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

184.    In response to paragraph 184 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

those allegations.

185.    In response to paragraph 185 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

186.    In response to paragraph 186 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

d.    The WRA and Its Members Coordinate Wages Offered to Foreign Workers

187.    In response to paragraph 187 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

188.    In response to paragraph 188 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

189.    In response to paragraph 189 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

190.    In response to paragraph 190 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

191.    In response to paragraph 191 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

192.    In response to paragraph 192 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

193.    In response to paragraph 193 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

194.    In response to paragraph 194 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

195.    In response to paragraph 195 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

196.    In response to paragraph 196 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

        4.     *WRA Members' Adherence to the Minimum Wage Is Economically Irrational and Unlikely Absent a Conspiracy*

197.    In response to paragraph 197 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

198.    In response to paragraph 198 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

199.    In response to paragraph 199 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

200.    In response to paragraph 200 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

201.    In response to paragraph 201 of the Complaint, Defendant lacks sufficient knowledge and

information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

202.    In response to paragraph 202 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

203.    In response to paragraph 203 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

204.    In response to paragraph 204 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

**F.    Defendants' Collusive Scheme Hurts Sheepherders**

205.    In response to paragraph 205 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

206.    In response to paragraph 206 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

207.     In response to paragraph 207 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

208.     In response to paragraph 208 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

209.     In response to paragraph 209 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

210.     In response to paragraph 210 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

211.     In response to paragraph 211 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

212.     In response to paragraph 212 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must

respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

213.     In response to paragraph 213 of the Complaint, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the assertions in this paragraph. Moreover, the allegations therein contain legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

V.     **CLASS ALLEGATIONS**

214.     In response to paragraph 214 of the Complaint, Defendant re-alleges and incorporates by reference herein its responses to the specific paragraphs re-alleged and incorporated by Plaintiff therein.

215.     In response to paragraph 215 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

216.     In response to paragraph 216 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

217.     In response to paragraph 217 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

218.     In response to paragraph 218 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

219.     In response to paragraph 219 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

220.     In response to paragraph 220 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

221.    In response to paragraph 221 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

222.    In response to paragraph 222 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

223.    In response to paragraph 223 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

224.    In response to paragraph 224 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

225.    In response to paragraph 225 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

226.    In response to paragraph 226 of the Complaint, Defendant denies the allegations contained in this paragraph. Moreover, the allegations in this paragraph are legal conclusions that do not contain any factual allegations to which Defendant must respond.

## I.

## CAUSES OF ACTION

## COUNT I: HORIZONTAL WAGE-FIXING AGREEMENT

## (RESTRAINT OF TRADE, 15 U.S.C. §§ 1, ET SEQ.)

### Plaintiff and the Class

227.    In response to paragraph 227 of the Complaint, Defendant re-alleges and incorporates by reference herein its responses to the specific paragraphs re-alleged and incorporated by Plaintiff therein.

228.    In response to paragraph 228 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

FP 56522838.2

229.    In response to paragraph 229 of the Complaint, Defendant denies those allegations.

230.    In response to paragraph 230 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

231.    In response to paragraph 231 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

232.    In response to paragraph 232 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

233.    In response to paragraph 233 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

234.    In response to paragraph 234 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

235.    In response to paragraph 235 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

236.    In response to paragraph 236 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

237.    In response to paragraph 237 of the Complaint and the corresponding subparts, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

238.    In response to paragraph 238 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent

this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

239.    In response to paragraph 239 of the Complaint, Defendant denies those allegations.

240.    In response to paragraph 240 of the Complaint, Defendant denies those allegations.

## COUNT II: HORIZONTAL MARKET ALLOCATION

## (RESTRAINT OF TRADE, 15 U.S.C. §§ 1, ET SEQ.)

### Plaintiff and the Class

241.    In response to paragraph 241 of the Complaint, Defendant re-alleges and incorporates by reference herein its responses to the specific paragraphs re-alleged and incorporated by Plaintiff therein.

242.    In response to paragraph 242 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

243.    In response to paragraph 243 of the Complaint, Defendant denies those allegations.

244.    In response to paragraph 244 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

245.    In response to paragraph 245 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

246.    In response to paragraph 246 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

247.    In response to paragraph 247 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

248.    In response to paragraph 248 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

249.    In response to paragraph 249 of the Complaint, the allegations contained therein are legal

FP 56522838.2

conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

250. In response to paragraph 250 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

251. In response to paragraph 251 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

252. In response to paragraph 252 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

253. In response to paragraph 253 of the Complaint, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

254. In response to paragraph 254 of the Complaint and the corresponding subparts, the allegations contained therein are legal conclusions that do not contain any factual allegations to which Defendants must respond. To the extent this paragraph makes any factual allegations against Defendant, Defendant denies those allegations.

255. In response to paragraph 255 of the Complaint, Defendant denies those allegations.

256. In response to paragraph 256 of the Complaint, Defendant denies those allegations.

257. In response to paragraph 257 of the Complaint, Defendant denies those allegations.

## PRAYER FOR RELIEF

258. In response to paragraph 258 of the Complaint and the corresponding subparts, Defendant alleges that such paragraphs constitute requests for relief to which no response is necessary. To the extent that a response is necessary, Defendant specifically denies that Plaintiff is entitled to any relief whatsoever.

## **FIRST AFFIRMATIVE DEFENSE**

1. Plaintiff's Complaint, and each and every cause of action therein, fails to state facts

sufficient to constitute any cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

2.    Plaintiff and the putative class lack common law standing to bring the claims alleged against Defendant.

## THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff and the putative class lack antitrust standing to bring the claims alleged against Defendant.

## FOURTH AFFIRMATIVE DEFENSE

4.    Plaintiff's complaint, and each and every cause of action therein, is barred by the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

5.    To the extent that Plaintiff and the putative class have suffered damages as alleged in the Complaint, such damages were not proximately caused by Defendant, but by the acts and/or omissions of Plaintiff himself, or others, third parties, and/or governmental agencies.

## SIXTH AFFIRMATIVE DEFENSE

6.    The Complaint and each purported cause of action therein are barred because Defendant's conduct was in furtherance of legitimate consumer and Department of Labor ("DoL") interests.

## SEVENTH AFFIRMATIVE DEFENSE

7.    The Complaint and each purported cause of action therein are barred because Defendant's conduct was consistent with legitimate business practices and compliant with regulatory requirements.

## EIGHTH AFFIRMATIVE DEFENSE

8.    Plaintiff is estopped by his conduct from recovering any relief sought in the complaint, or in any purported cause of action alleged therein.

## NINTH AFFIRMATIVE DEFENSE

9.    By his conduct, Plaintiff has waived any right to recover any relief sought in the complaint, or in any purported cause of action alleged therein.

## TENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's claims are barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

11.     Plaintiff is guilty of undue delay in filing and prosecuting this suit, and accordingly, this action is barred by laches.

### TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's claims are barred under the doctrine of equitable estoppel because Defendant reasonably relied upon state and federal agencies and these agencies' express and implied approval of Defendant's H-2A policies, procedures, and practices maintained by Defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.     The acts of the other named Defendants of which Plaintiff complains were all undertaken outside the scope of their agency and/or employment with this answering Defendant and without the knowledge or consent of this answering Defendant and this answering Defendant may not be held liable therefor.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.     To the extent Plaintiff suffered any symptoms of mental or emotional distress or injury, they were the result of a pre-existing psychological disorder or alternative concurrent cause, and not the result of any act and/or omission of Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.     None of the damages or injuries alleged by Plaintiff or the putative class constitutes antitrust injury.

### SIXTEENTH AFFIRMATIVE DEFENSE

16.     None of the damages or injuries claimed are of the type of antitrust laws intended to prevent; Plaintiff and the putative class are therefore entitled to no relief under the antitrust laws.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiff and the putative class members approved, acquiesced to, or ratified the actions of which Plaintiff and the putative class members complain and therefore plaintiff is not entitled to relief in this action.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18.     The Complaint and each purported cause of action therein are barred by Plaintiff's own

waiver of rights and remedies.

### NINETEENTH AFFIRMATIVE DEFENSE

19.    Plaintiff is entitled to no relief for the conduct alleged because Plaintiff and some or all of the putative class members have participated in unlawful or other conduct related to their H-2A employment and therefore barred from seeking equitable relief.

### TWENTIETH AFFIRMATIVE DEFENSE

20.    Plaintiff and the putative class members failed to mitigate their alleged damages and are therefore barred in whole or in part from recovering damages and interest.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    Plaintiff and the putative class members failed to mitigate their alleged damages and are therefore barred in whole or in part from seeking equitable relief.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

22.    Plaintiff and the putative class members are barred from recovering equitable relief on the grounds that remedies at law adequately redress the wrongs and injuries alleged by Plaintiff if any have been sustained.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

23.    The causes of action in the Complaint are barred because Plaintiff and the putative class members have not sustained any damages.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.    Plaintiff is entitled to no relief since Plaintiff and the putative class members who voluntarily chose employment are in pari delicto, having equally and voluntarily participated in the alleged misconduct.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    Plaintiff is entitled to no relief for the conduct alleged because the agreements and/or expectations upon which Plaintiff's claims relied, were subject to the DoL and other government agencies' promulgation, mandatory compliance, and enforcement.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.    Plaintiff is entitled to no relief for the conduct alleged because the damages claimed are

speculative at best.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.    The conduct alleged against Defendant was undertaken to comply with rules and regulations of state and/or federal enforcement agencies and Defendant is therefore immune from liability.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.    The wage fixing violations alleged fail because the wages were lawfully set, mandated, and enforced by state and/or federal agency requirements, with which Defendant complied.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

29.    The alleged fixing of wage floors involved AEWRS set lawfully, in compliance with governmentally mandated wage floors, in response to changing conditions over various times.

### THIRTIETH AFFIRMATIVE DEFENSE

30.    The applicability of statutes of limitations requires individualized determinations for each putative class member, thereby precluding class-wide resolution.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31.    The applicability of laches requires individualized determinations for each putative class member, thereby precluding class-wide resolution.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    Plaintiff's claims cannot be sustained as a class action because Plaintiff is not similarly situated with other putative class members.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33.    Plaintiff's claims cannot be sustained as a class action because Plaintiff's claims are unmanageable.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.    Plaintiff's claims cannot be sustained as a class action because Plaintiff cannot fairly represent the interests of other putative class members.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.    Plaintiff's claims cannot be sustained as a class action because the putative class is not

ascertainable.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

36.    Plaintiff's claims cannot be sustained as a class action because Plaintiff's claims are not typical of the putative class.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37.    Plaintiff's claims cannot be sustained as a class action because Plaintiff's claims lack commonality with the putative class.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

38.    Plaintiff's claims cannot be sustained as a class action because the putative class lacks numerosity.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

39.    Plaintiff's claims cannot be sustained as a class action because Plaintiff is not an adequate class representative.

### FORTIETH AFFIRMATIVE DEFENSE

40.    Plaintiff's claims cannot be sustained as a class action because class treatment of Plaintiff's claims lacks superiority.

### FORTY-FIRST AFFIRMATIVE DEFENSE

41.    Plaintiff's claims cannot be sustained as a class action because there is a lack of a commonality of issues between and among the putative class members.

### FORTY-SECOND AFFIRMATIVE DEFENSE

42.    Plaintiff's claims cannot be sustained as a class action because there is a lack of a commonality of interest between and among the putative class members.

### FORTY-THIRD AFFIRMATIVE DEFENSE

43.    Plaintiff's claims and those brought on behalf of the putative class require individualized discovery and determination as to each class member, thus precluding class certification.

### FORTY-FOURTH AFFIRMATIVE DEFENSE

44.    Plaintiff's claims brought on behalf of himself and the putative class members are barred, in whole or in part, under the doctrines of waiver, ratification, acquiescence, fraud, accord and

satisfaction, payment, settlement, consent, release, and/or estoppel.

### FORTY-FIFTH AFFIRMATIVE DEFENSE

45.   Defendant has no knowledge of, nor would it have had any knowledge of, any alleged uncompensated work by the Plaintiff or putative class members, and Defendant did not authorize, require, request, ratify, or permit such activity to occur.

### FORTY-SIXTH AFFIRMATIVE DEFENSE

46.   The Complaint and each purported cause of action therein are barred by the *Noerr-Pennington* doctrine.

### FORTY-SEVENTH AFFIRMATIVE DEFENSE

47.   The Complaint and each purported cause of action therein are barred by the *Copperweld* doctrine.

### FORTY-EIGHTH AFFIRMATIVE DEFENSE

48.   The Complaint and each purported cause of action therein are barred by implied immunity applicable to Defendant.

### FORTY-NINTH AFFIRMATIVE DEFENSE

49.   The Complaint and each purported cause of action therein are barred by statutory immunity applicable to Defendant.

### FIFTIETH AFFIRMATIVE DEFENSE

50.   Plaintiff's claims are barred in whole or in part by claim preclusion (res judicata) and/or issue preclusion (collateral estoppel).

### RIGHT TO AMEND AFFIRMATIVE DEFENSES

51.   Because the complaint is couched in vague and conclusory terms, Defendant cannot fully anticipate all defenses that may be applicable to the allegations set forth and the causes of action pleaded therein. Accordingly, Defendant respectfully reserves the right to amend its Answer to assert additional affirmative defenses in the future and to supplement those asserted herein upon further investigation and discovery.

**WHEREFORE**, this answering Defendant prays as follows:

1.   That Plaintiff take nothing by his Third Amended Complaint for damages;

2.      That Plaintiff's Third Amended Complaint herein be dismissed in its entirety with prejudice;

3.      That Defendant recover its costs of suit herein, including its reasonable attorneys' fees; and

4.      That the court award such other and further relief as it deems appropriate.

Dated: September 12, 2025                    SIMONS HALL JOHNSTON PC


                                        By: */s/ Ellen Jean Winograd*
                                             Ellen Jean Winograd

Dated: September 12, 2025                    FISHER & PHILLIPS LLP


                                        By: */s/ David B. Witkin*
                                             Dennis Cuneo, (PHV)
                                             Rebecca A. Hause-Schultz, (PHV)
                                             David B. Witkin, (PHV)

                                             Attorneys for Defendant
                                             WESTERN RANGE ASSOCIATION

DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
THIRD AMENDED CLASS ACTION COMPLAINT

FP 56522838.2

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, California 95814.

On **September 12, 2025,** I served the foregoing document entitled **DEFENDANT WESTERN RANGE ASSOCIATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT** on all the appearing and/or interested parties in this action as follows:

☒      **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **September 12, 2025** at Sacramento, California.

| Shelby Kerner | By: |
| --- | --- |
| Print Name | Signature |

**THIERMAN BUCK LLP**
Leah L Jones
7287 Lakeside Dr.
Reno, NV 89511
Email: leah@thiermanbuck.com

**FAIRMARK PARTNERS, LLP**
Jamie Crooks, Esq., *Pro Hac Vice*
Rucha DeSai, Esq., *Pro Hac Vice*
1825 7th St. NW, #821
Washington, DC 20001
Email: jamie@fairmarklaw.com
Email: rucha@fairmarklaw.com

**TOWARDS JUSTICE**
David H. Seligman, Esq., *Pro Hac Vice*
Alexander Hood, Esq., *Pro Hac Vice*
PO Box 371680, PMB 44465
Denver, CO 80237
Email: david@towardsjustice.org
Email: alex@towardsjustice.org

**SALAHI PC**
Yaman Salahi, Esq., *Pro Hac Vice*
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Email: yaman@salahilaw.com

**FABIAN VANCOTT**
Scott M. Petersen
Tanner J. Bean
Kirsten R. Allen
95 S. State Street, Ste. 2300
Salt Lake City, Utah 84111
Email: spetersen@fabianvancott.com
Email: tbean@fabianvancott.com
Email: kallen@fabianvancott.com

Bryan Dixon
2275 Corporate Circle, Suite 220
Henderson, NV 89074
Email: bdixon@fabianvancott.com

*Attorneys for Defendant Ellison Ranching Co.*

**SIMONS HALL JOHNSTON PC**
Ellen Jean Winograd (Nev. Bar No. 815)
Anthony L. Hall, Esq.
Duncan G. Burke, Esq.
690 Sierra Rose Dr.
Reno, NV 89511
E-Mail: ewinograd@shjnevada.com
Email: ahall@shjnevada.com
Email: dburke@shjnevada.com

FP 56522838.2

1

*Attorneys for Plaintiff and the Putative Class*

2

**HOLLAND & HART LLP**
3  Joshua M. Halen
5470 Kietzke Lane, Suite 100
4  Reno, NV 89511
Email: jmhalen@hollandhart.com

5  Cory A. Talbot, *Pro Hac Vice*
April M. Medley, *Pro Hac Vice*
6  222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
7  Email: catalbot@hollandhart.com
Email: ammedley@hollandhart.com

8
*Attorneys for Defendant The Little Paris*
9  *Sheep Co., LLC*

*Attorneys for Defendants John Espil Sheep
Co., Inc., The Little Paris Sheep Co., LLC,
Borda Land & Sheep Co., LLC, and Holland
Ranch, LLC*

**JERRY SNYDER LAW**
Jerry M. Snyder
429 Plumb Ln.
Reno, NV 89509
Email: nevadajerrysnyder@gmail.com

*Attorneys for Defendants F.I.M. Corp., Need
More Sheep Co., LLC, and Faulkner Land &
Livestock Co.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
CERTIFICATE OF SERVICE