Matthew B. Hippler (SBN 7015)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Telephone: (775) 327-3000
MHippler@hollandhart.com

Cory A. Talbot (admitted Pro Hac Vice)
April M. Medley (admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
catalbot@hollandhart.com
AMMedley@hollandhart.com

*Attorneys for Defendant,*
*The Little Paris Sheep Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F. I. M. CORP., a Nevada corporation; THE LITTLE PARISH SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation,<br><br>Defendants. | Case No. 3:22-CV-00249-MMD-CLB<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

1

PLEASE TAKE NOTICE that Joshua M. Halen is no longer associated with the law firm of Holland & Hart LLP. Please remove his name from the above-entitled matter. Please continue to provide notices to the attention of Cory A. Talbot and April M. Medley of the law firm Holland & Hart LLP.

DATED this 2nd day of February, 2026

**HOLLAND & HART LLP**

By: */s/ Matthew B. Hippler*
Matthew B. Hippler
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3000
MHippler@hollandhart.com

Cory A. Talbot*
April M. Medley*
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
(801) 799-5800
catalbot@hollandhart.com
AMMedley@hollandhart.com
*Admitted *pro hac vice*

*Attorneys for Defendant The Little Paris Sheep Company, LLC*

36909011_v1

2