Matthew B. Hippler (SBN 7015)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Telephone: (775) 327-3000
MHippler@hollandhart.com

Cory A. Talbot (admitted Pro Hac Vice)
April M. Medley (admitted Pro Hac Vice)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
catalbot@hollandhart.com
AMMedley@hollandhart.com

*Attorneys for Defendant,*
*The Little Paris Sheep Company, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F. I. M. CORP., a Nevada corporation; THE LITTLE PARISH SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation,<br><br>Defendants. | Case No. 3:22-CV-00249-MMD-CLB<br><br>**MOTION TO SUBSTITUTE LOCAL COUNSEL** |

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

1

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant The Little Paris Sheep Company, LLC, by and through undersigned counsel, respectfully moves this Court for an Order substituting local counsel pursuant to LR IA 11-6 and, in support thereof, states as follows:

Attorney Joshua M. Halen, Esq. (State Bar No. 13885) was previously designated as local counsel in association with Cory A. Talbot and April M. Medley, who were admitted to practice before this Court pro hac vice by Orders dated September 20, 2024.

Joshua M. Halen has withdrawn from Holland & Hart, LLP and is no longer available to serve as local counsel in this matter.

Matthew B. Hippler, Esq. (State Bar No. 7015) is an attorney in good standing with the State Bar of Nevada and is qualified to practice before this Court.

Matthew B. Hippler has agreed to serve as local counsel in association with Cory A. Talbot and April M. Medley in this matter.

The Little Paris Sheep Company, LLC consents to this substitution of local counsel as indicated below.

The admission pro hac vice of Cory A. Talbot and April M. Medley remain in full force and effect.

WHEREFORE, Defendant respectfully requests that this Court enter an Order substituting Matthew B. Hippler as local counsel in place of Joshua M. Halen.

/ / /

DATED this 2nd day of February, 2026

**HOLLAND & HART LLP**

By: */s/Matthew B. Hippler*
Matthew B. Hippler
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3000
MHippler@hollandhart.com

Cory A. Talbot*
April M. Medley*
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
(801) 799-5800
catalbot@hollandhart.com
AMMedley@hollandhart.com
*Admitted *pro hac vice*

*Attorneys for Defendant The Little Paris Sheep Company, LLC*

## APPOINTMENT OF NEW DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Matthew M. Hippler as its new Designated Resident Nevada Counsel in this case.

*/s/Bonnie Little*
Party's Signature

The Little Paris Sheep Company, LLC, Managing Member
Party's Title

36909794_v1