**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

SCOTT M. PETERSEN, ESQ. (PHV)
KIRSTEN R. ALLEN, ESQ. (PHV)
TANNER J. BEAN, ESQ. (PHV)
95 S. State Street, Ste. 2300
Salt Lake City, Utah 84111
(801) 531-8900
spetersen@fabianvancott.com
kallen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Ellison Ranching Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated, Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation; Defendants. | Case No.: 3:22-cv-00249-MMD-CLB <br><br><br> **ORDER GRANTING JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444

1

Having considered the Parties' stipulated motion to amend the scheduling order, and good cause appearing, the Court hereby amends the scheduling order as follows:

| Event | Existing Deadlines | Proposed Deadlines |
|---|---|---|
| Plaintiff's Deadline to Disclose Experts and Reports in Support of Class Certification | April 10, 2026 | November 10, 2026 |
| Defendants' Deadline to Disclose Rebuttal Experts and Reports in Opposition to Class Certification | July 13, 2026 | January 13, 2027 |
| Plaintiff's Motion for Class Certification | September 4, 2026 | March 4, 2027 |
| Defendants' Opposition to Motion for Class Certification | October 9, 2026 | April 9, 2027 |
| Plaintiff's Reply ISO Motion for Class Certification | November 6, 2026 | May 6, 2027 |
| Deadline for Party with Burden of Proof to Disclose Experts and Reports Not Previously Disclosed | January 29, 2027 | July 29, 2027 |
| Deadline to Disclose Rebuttal Experts and Reports Not Previously Disclosed | February 26, 2027 | August 26, 2027 |
| Close of Fact and Expert Discovery | May 31, 2027 | December 1, 2027 |
| Deadline to File Dispositive Motions/Expert Motions | June 25, 2027 | January 14, 2028<br><br>*(Would have fallen on Christmas, December 25, 2027 if extended exactly 6 months. Deadlines below extended an additional 20 days accordingly.)* |

FABIAN VANCOTT
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444

2

| | | |
|---|---|---|
| Oppositions to Dispositive Motions/Expert Motions | July 30, 2027 | February 19, 2028 |
| Replies ISO Dispositive Motions/Expert Motions | August 27, 2027 | March 19, 2028 |

No further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED:** March 12, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**FABIAN VANCOTT**
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444