Mark J. Ricciardi (SBN 3141)
E-Mail: mricciardi@fisherphillips.com
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

FISHER & PHILLIPS LLP
Rebecca Hause-Schultz, *Pro Hac Vice*
E-Mail: rhause-schultz@fisherphillips.com
Dennis Cuneo, *Pro Hac Vice*
E-Mail: dcuneo@fisherphillips.com
David B. Witkin, *Pro Hac Vice*
E-Mail: dwitkin@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

SIMONS HALL JOHNSTON PC
Ellen Jean Winograd (Nev. Bar No. 815)
690 Sierra Rose Dr.
Reno, NV 89511
E-Mail: ewinograd@shjnevada.com
Telephone: (775) 785-0088
Facsimile: (775) 785-0087

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRILO UCHARIMA ALVARADO, On Behalf of Himself and All Others Similarly Situated; ,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, a California non-profit corporation; ELLISON RANCHING COMPANY, a Nevada corporation; JOHN ESPIL SHEEP CO., INC., a Nevada corporation; F.I.M. CORP., a Nevada corporation; THE LITTLE PARIS SHEEP COMPANY, LLC, a Nevada limited liability company; BORDA LAND & SHEEP COMPANY, LLC, a Nevada limited liability company; HOLLAND RANCH, LLC, a Nevada limited liability company; NEED | Case No. 3:22-cv-00249-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR SUBSTITUTION OF DESIGNATED NEVADA COUNSEL FOR WRA** |

MORE SHEEP CO., LLC, a Nevada limited liability company; and FAULKNER LAND AND LIVESTOCK COMPANY, INC., an Idaho corporation, ,

Defendants.

Pursuant to Local Rule IA 11-6(c), DEFENDANT WESTERN RANGE ASSOCIATION ("WRA") by and through its counsel of record, hereby stipulates as follows:

WHEREAS, Attorney Ellen Jean Winograd (Nev. Bar No. 815) has served as designated Nevada counsel for WRA for purposes of the verified petitions to practice *pro hac vice* ("PHV") for Rebecca Hause Schultz, Esq., Dennis Cuneo, Esq., and David B. Witkin, Esq.;

WHEREAS, Rebecca Hause Schultz, Esq. verified and approved PHV petition is at ECF No. 168;

WHEREAS, Dennis Cuneo, Esq. verified and approved PHV petition is at ECF No. 182;

WHEREAS, David B. Witkin, Esq. verified and approved PHV petition is at ECF No. 204;

WHEREAS, by and through its Executive Director, Brice Frank, WRA desires to substitute into this matter as designated resident Nevada counsel for WRA for purposes of the verified petitions to practice pro hac vice to Mark J. Ricciardi (Nev. Bar No. 3141) from Ellen Jean Winograd as she will no longer be associated with this matter;

WHEREAS this stipulation for substitution of counsel is not entered into for any improper purpose;

WHEREAS, this stipulation will not result in delay of discovery, the trial, or any hearing in the case;

WHEREAS this stipulation for substitution of counsel will facilitate the interests of justice;

The undersigned(s) hereby stipulate as follows:

1. Mark J. Ricciardi (Nev. Bar No. 3141) will substitute this matter as designated resident Nevada counsel for WRA for purposes of the verified petition to practice pro hac vice for Rebecca Hause-Schultz (verified and approved PHV petition at ECF No. 168);
2. Mark J. Ricciardi (Nev. Bar No. 3141) will substitute this matter as designated resident Nevada counsel for WRA for purposes of the verified petition to practice pro hac vice for Dennis Cuneo (verified and approved PHV petition at ECF No. 182);
3. Mark J. Ricciardi (Nev. Bar No. 3141) will substitute this matter as designated resident Nevada counsel for WRA for purposes of the verified petition to practice pro hac vice for David B. Witkin (verified and approved PHV petition at ECF No. 204);

4. Ellen Jean Winograd (Nev. Bar. No. 815) will substitute out as designated resident Nevada counsel for WRA, and in all other capacities, as she will no longer be associated with this matter.

Dated: October 9, 2026

FISHER & PHILLIPS LLP

By: ______________________________
Mark J. Ricciardi
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101

Dated: October 9, 2026

SIMONS HALL JOHNSTON PC

By: ______________________________
Ellen Jean Winograd

Prior Counsel for Defendant
WESTERN RANGE ASSOCIATION

Dated: October 9, 2026

SIMONS HALL JOHNSTON PC

By: ______________________________
Brice Frank

Executive Director of
WESTERN RANGE ASSOCIATION

**IT IS SO ORDERED.**

**DATED:** October 14, 2026

______________________________
UNITED STATES MAGISTRATE JUDGE